IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV 23  P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>　　　　Defendant. | Civil Action No. |

RECEIPT # 60345
AMOUNT $ 150
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. Tom
DATE 11 23 04

MAGISTRATE JUDGE Mbb

## COMPLAINT AND JURY DEMAND

    1.    Plaintiff NEBL, Inc. ("NEBL") is a Massachusetts corporation having a principal

place of business at 665 Salem St., Malden, Massachusetts 02148.

    2.    Plaintiff Jeffrey Dann, M.D. is an individual residing at 76 Deep Woods Way,

Ormond Beach, Florida 32174.

    3.    Defendant American Medical Systems, Inc. ("AMS") is a Delaware corporation

having a principal place of business at 10700 Bren Road West, Minnetonka, Minnesota 55343.

    4.    This action arises under the patent laws of the United States, Title 35 of the

United States Code, and state law governing contracts, trade secrets and unjust enrichment.

    5.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C.

§§ 1331, 1332(a), and 1338(a).

### Count I (Breach of Contract)

    6.    Plaintiffs repeat and reallege paragraphs 1-5 above.

    7.    On December 3, 1997, AMS counter-executed a written contract titled

"Confidential Disclosure Agreement" and attached hereto as Exhibit A. Plaintiffs provided information concerning methods and devices for implanting vaginal slings to AMS with an understanding of confidentiality.

8.    AMS used confidential information of Plaintiffs for purposes other than its evaluation of the products referred to in the Confidential Disclosure Agreement.

9.    AMS breached its contractual confidentiality obligations to Plaintiffs.

10.    At the time of the formation and breach of contract, as described in paragraphs 7-9 above, Jeffrey Dann, M.D., was a Massachusetts resident.

11.    As a result of AMS's breach, plaintiffs have suffered damages in an amount to be determined.

### Count II (Failure to Name an Inventor of the '977 Patent)

12.    Plaintiffs repeat and reallege paragraphs 1-11 above.

13.    The inventorship of U.S. Patent No. 6,612,977 (the "'977 patent") is incorrect. Claimed subject matter was invented by Jeffrey Dann, M.D. and/or derived from work done by him.

14.    Under 35 U.S.C. § 256, plaintiffs are entitled to an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '977 patent by adding Dr. Jeffrey Dann as a named inventor. A copy of the '977 patent is attached hereto as Exhibit B.

### Count III (Failure to Name an Inventor of the '450 Patent)

15.    Plaintiffs repeat and reallege paragraphs 1-14 above.

16.    The inventorship of U.S. Patent No. 6,652,450 (the "'450 patent") is incorrect. Claimed subject matter was invented by Jeffrey Dann, M.D. and/or derived from work done by him.

17.     Under 35 U.S.C. § 256, plaintiffs are entitled to an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '450 patent by adding Dr. Jeffrey Dann as a named inventor.  A copy of the '450 patent is attached hereto as Exhibit C.

### Count IV (Failure to Name an Inventor of the '807 Patent)

18.     Plaintiffs repeat and reallege paragraphs 1-17 above.

19.     The inventorship of U.S. Patent No. 6,802,807 (the "'807 patent") is incorrect. Claimed subject matter was invented by Jeffrey Dann, M.D. and/or derived from work done by him.

20.     Under 35 U.S.C. § 256, plaintiffs are entitled to an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '807 patent by adding Dr. Jeffrey Dann as a named inventor.  A copy of the '807 patent is attached hereto as Exhibit D.

### Count V (Unjust Enrichment)

21.     Plaintiffs repeat and reallege paragraphs 1-20 above.

22.     AMS has been unjustly enriched, monetarily and otherwise, by its improper use of information provided to it under an understanding of confidentiality, including through its use in preparing to develop and/or developing commercial products and securing patents on such products.

23.     AMS has been unjustly enriched, monetarily and otherwise, by its failure to name Dr. Jeffrey Dann as a co-inventor of the '977 patent.

24.     AMS has been unjustly enriched, monetarily and otherwise, by its failure to name Dr. Jeffrey Dann as a co-inventor of the '450 patent.

25.     AMS has been unjustly enriched, monetarily and otherwise, by its failure to name Dr. Jeffrey Dann as a co-inventor of the '807 patent.

## Relief Requested

WHEREFORE, NEBL, Inc. and Jeffrey Dann, M.D. request that this Court:

1.  issue an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '977 patent by adding Dr. Jeffrey Dann as a named inventor;

2.  issue an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '450 patent by adding Dr. Jeffrey Dann as a named inventor;

3.  issue an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '807 patent by adding Dr. Jeffrey Dann as a named inventor;

4.  award plaintiffs compensatory damages and their costs and interest;

5.  award plaintiffs their reasonable attorneys' fees under 35 U.S.C. § 285; and

6.  award plaintiffs such other relief as the Court deems just and proper.

## Jury Demand

NEBL, Inc. and Jeffrey Dann, M.D. demand a trial by jury on all issues so triable.

Respectfully submitted,

NEBL, INC. and JEFFREY DANN, M.D.

Dated:  November 23, 2004                   by:

Matthew B. Lowrie, BBO No. 563,414
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.  Title of case (name of first party on each side only) NEBL, Inc. and Jeffrey Dann, M.D. v. American Medical Systems, Inc.

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

    - [ ]  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    - [x]  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

    - [ ]  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    - [ ]  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    - [ ]  V.    150, 152, 153.

    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    FILED IN CLERKS OFFICE
    2004 NOV 23  P 2: 47
    DISTRICT COURT
    DISTRICT OF MASS.

    04 - 12482 RGS

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)                                                                    YES [ ]    NO [x]

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?                        YES [ ]    NO [x]

                                                                                                       YES [ ]    NO [ ]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                                                       YES [ ]    NO [x]

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    A.  If yes, in which division do all of the non-governmental parties reside?                        YES [x]    NO [ ]

        Eastern Division [x]        Central Division [ ]        Western Division [ ]

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)                            YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Matthew B. Lowrie, Esq.

ADDRESS  Lowrie, Lando & Anastasi, LLP, Riverfront Office Park, One Main Street, Cambridge, MA 02412

TELEPHONE NO.  617-395-7000

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
NEBL, Inc. and Jeffrey Dann, M.D.

### DEFENDANTS
American Medical Systems, Inc.

FILED CLERKS OFFICE

2004 NOV 23 P 2: 47

**(b)** County of Residence of First Listed Plaintiff    Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed    Hennepin
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED. U.S. DIST. OF MASS.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Matthew B. Lowrie, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park, One Main Street,
Cambridge, MA 02142

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reap portionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability / ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Product Liability | ☐ 630 Liquor Laws |  | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Injury Product | ☐ 650 Airline Regs. | ☐ 820 Co pyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability Liability | ☐ 660 Occupational | ☒ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product **PERSONAL PROPERTY** | ☐ 690 Other |  | Exchange |
| ☐ 153 Recovery of Overpayment | Liability / ☐ 370 Other Fraud |  | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability Property Damage | Act | ☐ 863 DIWC/DIWW (405 (g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
|  | Product Liability |  | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | **FEDERAL TAX SUITS** | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | ☐ 870 Taxes (U.S. Plaintiff | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: |  | ☐ 871 IRS—Third Party | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | 26 USC 7609 | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. |  | State Statutes |
|  |  | ☐ 550 Civil Rights | Security Act |  | ☐ 890 Other Statutory Actions |
|  |  | ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Inventorship of Patent, 35 U.S.C. sec. 1, et seq.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
November    , 2004

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____