IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 NOV 23 P 2: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEBL, INC. and
JEFFREY DANN, M.D.,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

Civil Action No.: 04-12482 RGS

## CORPORATE DISCLOSURE STATEMENT

There is no parent corporation nor publicly held corporation that owns 10% or more of the stock of NEBL, Inc.

Respectfully submitted,

NEBL, INC.

Dated: November 23, 2004    by: _____
Matthew B. Lowrie, BBO No. 563,414
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070