AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

NEBL, Inc. and Jeffrey Dann, M.D.

V.

American Medical Systems, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12482 RGS

TO: (Name and address of Defendant)

American Medical Systems, Inc.
10700 Bren Road West
Minnetonka, Minnesota 55343

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew B. Lowrie, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Cambridge, Massachusetts 02142

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

NOV 23 2004

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: MARCH 1, 2005 |
| NAME OF SERVER (PRINT): LAURA A. SHINE | TITLE: PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVICE ACCEPTED BY DEFENDANT'S COUNSEL, JAKE M. HOLDREITH OF ROBINS, KAPLAN, MILLER & CIRESI, LLP.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/1/05
Date

Signature of Server

Address of Server: LOWRIE, LANDO & ANASTASI
ONE MAIN ST.
CAMBRIDGE, MA 02142

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.