IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. AND<br>JEFFREY DANN, M.D.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No.: 04-12482RGS |

## DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e)

Defendant American Medical Systems ("AMS") hereby requests this Court to grant its Motion for a More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e).

Plaintiffs Complaint and Jury Demand ("Complaint") alleges claims for breach of contract (Count I), failure to name an inventor on U.S. patent Nos. 6,612,977 (the "977 patent"), 6,652,450 (the "450 patent"), and 6,802,807 (the "807 patent") (Counts II-IV), and unjust enrichment (Count V). (Pls.' Compl. dated November 23, 2004.) The foundation for each of Plaintiffs' claims is its allegation of misappropriation of "confidential information." (*Id.* at ¶¶ 7, 8.) Plaintiffs' allegation of misappropriation of "confidential information" fails to identify the specific "confidential information" that Plaintiffs allegedly disclosed to AMS and that AMS allegedly misused. Each subsequent claim realleges Plaintiffs' vague allegation of "confidential information" misappropriation without further explanation. (*Id.* at ¶¶ 12, 15, 18, 21.) Additionally, Plaintiffs' three claims alleging failure to name an inventor fail to indicate which claims of the three patents-at-issue are the claims to which they allege inventorship. (*Id.* at ¶¶

13, 16, 19). In either case, AMS cannot reasonably be expected to be able to answer Plaintiffs' Complaint unless Plaintiffs specifically identify the "confidential information" they accuse AMS of misusing.

In further support of this Motion, AMS relies upon the Memorandum of Law in Support of this Motion, the Declaration of Stephen L. Coco, and attached exhibits, submitted herewith.

WHEREFORE, AMS respectfully requests that this Court order Plaintiffs to specifically identify the "confidential information" that forms the basis of their Complaint, and to indicate which claims of the three patents-at-issue are the claims to which they allege inventorship, with the particularity and specificity necessary for this Court and AMS to evaluate and answer its claims.

Respectfully Submitted,
AMERICAN MEDICAL SYSTEMS, INC.'S
By its attorneys,

_____
Stephen L. Coco (BBO# 561169)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue
Suite 1300
Boston, MA 02199-7610
Phone: (617) 267-2300
Fax: (617) 267-8288
slcoco@rkmc.com

OF COUNSEL
Jake M. Holdreith
Misti N. Nelc
Jeffrey D. Gram
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax: (612) 339-4181

Dated: March 21, 2005

Word 35022336.1

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for defendant American Medical Systems, Inc. conferred with counsel for the plaintiffs and attempted in good faith to resolve or narrow the issues in dispute, but was unable to do so.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) was served by messenger this 21st day of March, 2005, on the following:

Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142

Stephen L. Coco

Word 35022336.1