IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. AND <br> JEFFREY DANN, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MEDICAL SYSTEMS, INC., <br><br> Defendant. | Civil Action No.: 04-12482RGS |

**DECLARATION OF STEPHEN L. COCO IN SUPPORT OF DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e)**

I, STEPHEN L. COCO, declare:

1.  I am a partner with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing defendant American Medical Systems, Inc. ("AMS").

2.  I submit this declaration in support of defendant AMS's Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e).

3.  I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently concerning these matters.

4.  Attached hereto at Exhibit A is a true and correct copy of a letter from Matthew Lowrie to Doug Kohrs and Daniel Johnson dated November 23, 2004, with attached Plaintiffs' Complaint dated November 23, 2004, and attached Confidentiality Disclosure Agreement between AMS and Dr. Jeffrey Dann dated December 3, 1997.

5.  Attached hereto at Exhibit B is a true and correct copy of a letter from Jake Holdreith to Matthew Lowrie dated December 10, 2004.

6.  Attached hereto at Exhibit C is a true and correct copy of a letter from Matthew Lowrie to Jake Holdreith dated December 20, 2004.

7.  Attached hereto at Exhibit D is a true and correct copy of a letter from Jake Holdreith to Matthew Lowrie dated February 10, 2005.

8   Attached hereto at Exhibit E is a true and correct copy of an excerpt of U.S. Patent No. 6,612,977.

9   Attached hereto at Exhibit F is a true and correct copy of a letter from Matthew Lowrie to Jake Holdreith dated February 28, 2005.

10. Attached hereto at Exhibit G is a true and correct copy of an e-mail from Jake Holdreith to Matthew Lowrie dated February 28, 2005.

11. Attached hereto at Exhibit H is a true and correct copy of *First Mut., Inc. v. Rive Gauche Apparel Distrib.*, Civ. A. No. 90-10899-Z, 1990 WL 235422 (D. Mass. Dec. 21, 1990) (unpublished).

12. Attached hereto at Exhibit I is a true and correct copy of *Cambridge Internet Solutions, Inc. v. Avicon Group*, No. 99-1841, 1999 WL 959673 (Mass. Super. Sept. 21, 1999) (unpublished).

To the best of my knowledge and belief, I declare, under the pains and penalties of perjury, that all the statements made by me herein are true.

Dated this 21th day of March, 2005.

_____
Stephen L. Coco

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DECLARATION OF STEPHEN L. COCO IN SUPPORT OF DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e)** was served by messenger this 21st day of March, 2005, on the following:

Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA  02142

_____
Stephen L. Coco