IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NEBL, INC. AND )
JEFFREY DANN, M.D., )
)
Plaintiffs, ) Civil Action No. 04-12482 RGS
)
vs )
)
AMERICAN MEDICAL SYSTEMS, INC. )
)
Defendant )

## MOTION TO ADMIT JAKE M. HOLDREITH, JEFFREY D. GRAM AND MISTI NELC *PRO HAC VICE*

Stephen L. Coco, a member in good standing of the bar of this Court, respectively moves for the admission of Jake M. Holdreith, Jeffrey D. Gram and Misti Nelc *Pro Hac Vice* in this matter. In support of this Motion, Attorney Coco states as follows:

**A.   Attorney Jake M. Holdrieth**

1.   Attorney Holdreith is an attorney practicing with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402.

2.   Attorney Holdreith is admitted to practice in the highest courts of the states of Minnesota, Wisconsin and Colorado and in the United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Federal Circuit, United States District Court for the District of Minnesota, United States District Court for the District of Colorado and the United States District Court for the Western District of Wisconsin.

3.   Attorney Holdreith is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

4. There are no disciplinary proceedings pending against Attorney Holdreith as a member of the bar of any jurisdiction.

5. Attorney Holdreith is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

B. **Attorney Jeffrey D. Gram**

6. Attorney Gram is an attorney practicing with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402.

7. Attorney Gram is admitted to practice in the highest courts of the state of Minnesota and New York and in the United States District Court for the District of Minnesota and the Unites States District Court for the Eastern District of New York.

8. Attorney Gram is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

9. There are no disciplinary proceedings pending against Attorney Gram as a member of the bar of any jurisdiction.

10. Attorney Gram is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

C. **Attorney Misti Nelc**

11. Attorney Nelc is an attorney practicing with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402.

12. Attorney Nelc is admitted to practice in the highest courts of the state of Minnesota and the United States Court of Appeals for the Federal Circuit and the United States District Court for the District of Minnesota.

13. Attorney Nelc is a member of the bar in good standing of every jurisdiction where she has been admitted to practice.

14. There are no disciplinary proceedings pending against Attorney Nelch as a member of the bar of any jurisdiction.

15. Attorney Nelc is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this Motion, Attorney Coco submits his own affidavit as well as the Affidavits of Jake M. Holdreith, Jeffrey D. Gram and Misti Nelc, attached hereto as Exhibits A, B, and C, respectively.

Wherefore, Attorney Coco respectively requests that this Court allow this Motion in its entirety.

Respectively Submitted

_____
Stephen L. Coco, Esq. (BBO# 561169)
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
111 Huntington Avenue, Suite 1300
Boston, MA 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

Dated: March 22, 2005

Word 35021996.1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on March 22, 2005, counsel for American Medical System, Inc. conferred in accordance with Local Rule 7.1 in an attempt to resolve or narrow the issue raised in this Motion, and plaintiffs' counsel indicated that he had no objection to this motion.

_____
Stephen L. Coco

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing *Pro Hac Vice* Motion has been served via first class mail, postage pre-paid on March 22, 2005 to:

    Matthew B. Lowrie
    Emily A. Berger
    Lowrie, Lando & Anastasi, LLP
    Riverfront Office Park
    One Main Street – 11th Floor
    Cambridge, MA 02142
    Telephone: (617) 395-7000
    Facsimile: (617 395-7070

_____
Stephen L. Coco

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEBL, INC. And<br>JEFFREY DANN, M.D.,<br><br>      Plaintiffs<br><br>vs.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 04-12482 RGS |

## AFFIDAVIT OF JAKE M. HOLDREITH IN SUPPORT OF MOTION TO ADMIT JAKE M. HOLDREITH *PRO HAC VICE*

The affiant, Jake M. Holdreith, under oath hereby deposes and states:

1. I am a partner in the Minnesota office of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza 800 La Salle Avenue Minneapolis, Minnesota 55402.

2. I am admitted to practice in the highest courts of the state of Minnesota, and I am admitted to practice in the following Federal Courts: United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Federal Circuit, United States District Court for the District of Minnesota, the United States District Court for the Western District of Wisconsin and the United States District Court for the District of Colorado.

3. I am a member of the Bar in good standing of every jurisdiction where I have been admitted to practice.

BN1.35022048;1

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. This affidavit is submitted in support of Stephen L. Coco's Motion to Admit Jake M. Holdreith *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 14 day of March, 2005.

_____
Jake M. Holdreith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. And <br> JEFFREY DANN, M.D., <br><br> Plaintiffs <br><br> vs. <br><br> AMERICAN MEDICAL SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 04-12482 RGS |

### AFFIDAVIT OF JEFFREY D. GRAM IN SUPPORT OF MOTION TO ADMIT JEFFREY D. GRAM *PRO HAC VICE*

The affiant, Jeffrey D. Gram, under oath hereby deposes and states:

1. I am an associate in the Minnesota office of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402.

2. I am admitted to practice in the highest courts of the states of Minnesota, and I am admitted to practice in the following Federal Courts: United States District Court for the District of Minnesota, the United States District Court for the Eastern District of New York (*Pro Hac Vice*).

3. I am a member of the Bar in good standing of every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

BN1.35022051;1

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. This affidavit is submitted in support of Stephen L. Coco's Motion to Admit Jeffrey D. Gram *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 8 day of March, 2005.

_____
Jeffrey D. Gram

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEBL, INC. And )
JEFFREY DANN, M.D., )
)
Plaintiffs )
) Civil Action No. 04-12482 RGS
vs. )
)
AMERICAN MEDICAL SYSTEMS, INC., )
)
Defendant. )

## AFFIDAVIT OF MISTI NELC IN SUPPORT OF MOTION TO ADMIT MISTI NELC *PRO HAC VICE*

The affiant, Misti Nelc under oath hereby deposes and states:

1. I am an aasociate in the Minnesota office of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza 800 La Salle Avenue Minneapolis, Minnesota 55402.

2. I am admitted to practice in the highest courts of the states of Minnesota, and I am admitted to practice in the following Federal Courts: United States Court of Appeals for the Federal Circuit and the United States District Court for the District of Minnesota.

3. I am a member of the Bar in good standing of every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

BN1.35022052;1

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. This affidavit is submitted in support of Stephen L. Coco's Motion to Admit Misti Nelc *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 14th day of March, 2005.

_____
Misti Nelc

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAR 22 P 4: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEBL, INC. AND JEFFREY DANN, M.D., <br><br> Plaintiffs, <br><br> vs <br><br> AMERICAN MEDICAL SYSTEMS, INC. <br><br> Defendant | Civil Action No. 04-12482 RGS |

## AFFIDAVIT OF STEPHEN L. COCO IN SUPPORT OF MOTION TO ADMIT JAKE M. HOLDREITH, JEFFREY D. GRAM AND MISTI NELC *PRO HAC VICE*

The affiant, Stephen L. Coco, under oath hereby deposes and states:

1. I am a partner in the Boston office of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. I am counsel of record for the Defendant, American Medical Systems, Inc.

2. I am a member in good standing of the Bar of the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and of the Massachusetts Supreme Judicial Court and have made an appearance in this case.

3. This affidavit is submitted in support of Motion to Admit Jake M. Holdreith, Jeffrey D. Gram and Misti Nelc *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 22nd day of March, 2005.

_____
Stephen L. Coco

BN1.35022006;1