# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

       Plaintiffs,

v.                                                    Civil Action No.:  04-cv-12482 (RGS)

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.

NOTICE OF APPEARANCE

     Pursuant to local Rule 83.5.2, please enter my appearance on behalf of plaintiffs NEBL,

Inc. and Jeffrey Dann, M.D. in the above-identified action.

                       Respectfully submitted,

Dated: May 11, 2005                          /s/ Emily A. Berger
                                             Emily A. Berger, BBO No. 650,841
                                             Lowrie, Lando & Anastasi, LLP
                                             Riverfront Office Park
                                             One Main Street - 11th Floor
                                             Cambridge, MA 02142
                                             Tel: 617-395-7000
                                             Fax: 617-395-7070