IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

Civil Action No.:  04-cv-12482 (RGS)

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Plaintiffs NEBL, Inc. and Jeffrey Dann, M.D. (collectively "NEBL") and defendant American Medical Systems, Inc. ("AMS") submit this joint statement pursuant to the Court's Notice of Scheduling Conference dated May 9, 2005.

**I.**     **Statement Pursuant to Local Rule 16.1(b)**

Counsel for plaintiffs and defendant state that they have conferred, pursuant to Fed. R. Civ. P. 16.1(b) and L.R. 16.1, for the purpose of (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery; and (3) considering whether they will consent to trial by magistrate judge.

**II.**     **Statement Pursuant to Local Rule 16.1(c)**

Plaintiffs will serve a written settlement proposal on defendant AMS on or before May 20, 2005.

**III.    Statement Pursuant to Local Rule 16.1(d)**

    **A.    Phased Discovery/Mediation**

The parties shall determine whether the case may be resolved by alternative dispute resolution on or before August 31, 2005.

Pursuant to Local Rule 26.3, Defendant proposes that the period of May 13, 2005 to August 13, 2005 shall be limited to written discovery of any information Plaintiffs contend they provided to Defendant and whether any such information was in fact provided as confidential information under the terms of the Confidential Disclosure Agreement between the parties dated December 3, 1997. Defendant believes phased discovery would facilitate settlement and any early dispositive motions. Plaintiffs believe that phasing discovery, so that it is taken only of plaintiffs, would not facilitate settlement and that discovery of defendant would be required before dispositive motions could be filed by either party.

    **B.    Limitations on Additional Discovery**

The parties believe that the discovery permitted by Local Rule 26.1(c) is sufficient, except that the parties agree that there shall be no limit to the number of sets of requests for production of documents.

    **C.    Proposed Discovery/Pretrial Schedule**

The parties have conferred through counsel and have agreed to the following schedule:

| Date | Event |
|---|---|
| May 27, 2005 | Deadline for initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). |
| Nov. 1, 2005 | Deadline to amend pleadings and join additional parties. |
| Dec. 16, 2005 | All fact discovery to be concluded. |
| Jan. 27, 2005 | All expert reports pursuant to Fed. R. Civ. P. 26(a)(2), on which respective parties have the burden of proof, shall be exchanged. |
| Feb. 27, 2006 | All rebuttal reports, if any, shall be exchanged. |

   Mar. 30, 2006   All expert discovery shall be completed.

   April 28, 2006   Deadline for the filing of case-dispositive motions.

  **D.**  **Certifications Pursuant to Local Rule 16.1(d)(3)**

Each party hereby certifies that it has conferred with its counsel (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.  Signed statements to this effect will be made available at the time of the Scheduling Conference.

  **E.**  **Trial by Magistrate Judge**

The parties do not consent to trial by magistrate judge.

**IV.** **Other Matters**

  **A.**  **Service by e-mail**

The parties agree to accept service by e-mail under Federal Rule of Civil Procedure 5(b)(2)(D), and agree that Federal Rule of Civil Procedure 6(e) applies.

Service by e-mail to plaintiffs shall be made upon each of the following:

   emailservice@LL-A.com

Service by e-mail to defendant shall be made upon each of the following:

   Jake M. Holdreith  jmholdreith@rkmc.com

   Misti Nelc  mnnelc@rkmc.com

   Jeffrey D. Gram  jdgram@rkmc.com

   Michelle Livingston  mrlivingston@rkmc.com

   Lila Zimmerman  lmzimmerman@rkmc.com

  Jeanne Westerlund  jawesterlund@rkmc.com

**B.**  **Motions to file under seal.**

The parties agree not to oppose motions to file under seal.  Such agreement is not recognition by the party not opposing the motion that the documents filed under seal are in fact confidential.

| | |
|---|---|
| NEBL, INC. and JEFFREY DANN, M.D., | AMERICAN MEDICAL SYSTEMS, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Emily A. Berger<br>Matthew B. Lowrie (BBO# 563414)<br>Emily A. Berger (BBO# 650841)<br>Lowrie, Lando & Anastasi, LLP<br>Riverfront Office Park<br>One Main Street – 11th Floor<br>Cambridge, MA 02142<br>(617) 395-7000 | /s/ Stephen L. Coco<br>Stephen L. Coco (BBO# 646725)<br>Robins, Kaplan, Miller & Ciresi<br>800 Boylston Street<br>25th Floor<br>Boston, MA 02199<br>(617) 267-2300<br><br>OF COUNSEL<br><br>Jake M. Holdreith<br>Misti Nelc<br>Jeffrey D. Gram<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500 |
| Dated: May 20, 2005 | Dated: May 20, 2005 |