IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. AND
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.

Civil Action No.: 04-12482RGS

## AMERICAN MEDICAL SYSTEMS, INC.'S
## CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

The undersigned hereby certify that American Medical Systems, Inc. and its attorneys have conferred:

1. With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
ROBINS, KAPLAN, MILLER & CIRESI, LLP
Jake M. Holdreith
Misti Nelc
Jeffrey D. Gram
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
(612) 349-8500

_____
José Jimenez, Esq.
American Medical Systems, Inc.

Stephen L. Coco (BBO# 561169)
800 Boylston, 25th Floor
Boston, MA 02199-7610
(617) 267-2300

ATTORNEYS FOR DEFENDANT

May 26, 2005

MP3 20136499.1