IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.

Civil Action No.: 04-cv-12482 (RGS)

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

We hereby certify that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course— and various alternative courses—of the above-captioned litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Matthew B. Lowrie (BBO# 563414)
Emily A. Berger (BBO# 650841)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

_____
Jeffrey Dann, M.D.

ATTORNEYS FOR PLAINTIFFS

Dated: June 1, 2005