**LOWRIE, LANDO & ANASTASI, LLP**
*Devoted to Intellectual Property Law*

Matthew B. Lowrie
mlowrie@ll-a.com
direct dial 617-395-7003

June 7, 2005

Hon. Richard G. Stearns
United States District Court
  For the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    NEBL, Inc. and Jeffrey Dann, M.D. v. American Medical Systems, Inc.
              Civil Action No. 04-cv-12482 (RGS)
              Our File No. N2004-6000

Dear Judge Stearns:

       During yesterday's scheduling conference, counsel for defendant American Medical Systems ("AMS") requested a copy of a NEBL, Inc. videotape which shows some of the information communicated to AMS under a confidentiality agreement. NEBL in return sought a mutual exchange of information, namely AMS's development documents prior to the filing of the provisional patent application that resulted in the patents-in-suit, as these are critical to any claim of AMS of independent development. The Court requested a list of the specific categories of documents NEBL seeks. Please find attached for the Court's approval or modification a proposed order reflecting the same. We sought comment from AMS on the proposed order, but they refused to agree to a mutual exchange.

                                                LOWRIE, LANDO & ANASTASI, LLP

                                                Matthew B. Lowrie

MBL/EAB/cdd
Enclosure

cc:    Jake M. Holdreith, Esq.
        Jeffrey G. Gram, Esq.
        Misti Nelc, Esq.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.

Civil Action No.: 04-cv-12482 (RGS)

**[PROPOSED] ORDER FOR THE MUTUAL EXCHANGE OF
AMS'S DEVELOPMENT DOCUMENTS FOR NEBL'S VIDEOTAPE**

Following the discussion that took place with counsel during the June 6, 2005 scheduling conference:

1.    Defendant American Medical Systems, Inc. ("AMS") is ordered to produce to Plaintiffs NEBL, Inc. and Jeffrey Dann, M.D. (collectively "NEBL") the following documents, at the offices of Lowrie, Lando & Anastasi, LLP, Riverfront Office Park, One Main Street, Eleventh Floor, Cambridge, MA 02142.

    A.    Documents in AMS's possession, custody or control, from before January 23, 2001 (the date of AMS's first provisional patent application, which appears in the priority claims of the patents-in-suit), sufficient to show the research, development, and/or design process of the devices described in that provisional patent application, including all correspondence related to that work (from before January 23, 2001) with the named inventors for the patents-in-suit.

    B.    Documents in AMS's possession, custody or control, from before January 23,

2001, sufficient to show the decision-making process with respect to researching or developing any device or kit for implanting vaginal slings, whether with the Plaintiffs or with the named inventors on the patents-in-suit.

2. NEBL shall produce to AMS a copy of the NEBL videotape at the offices of Robins, Kaplan, Miller & Ciresi, LLP, 800 Boylston Street, 25th Floor, Boston, MA 02199.

3. The materials above shall be exchanged at a mutually agreeable time, within 30 days of the date hereof.

So Ordered

_____
Richard G. Stearns, Judge, U.S.D.C.