# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

JACOB M. HOLDREITH
612-349-8483

June 8, 2005

The Honorable Richard G. Stearns
United States District Court
 For the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

  Re: NEBL, Inc. and Jeffrey Dann, M.D. v. American Medical Systems, Inc.
    Civil Action No. 04-cv-12482 (RGS)
    File No.: 122994-0001

Dear Judge Stearns:

I am responding to a letter and proposed order that Matthew Lowrie, counsel for plaintiffs NEBL and Dr. Dann, sent to the Court on June 7. The parties have disagreed about the Court's directive regarding the videotape during the June 6 scheduling conference. But the Court's directive was clear: "Plaintiff is ordered by the Court to produce the videotape to defense counsel. Plaintiff shall then produce a list to the Court of the items they wish to have defendant produce to them and the Court will review it." 6/8/05 Electronic Clerk's Notes for 6/6/05 scheduling conference (attached at page 3 of 4). Although Defendant American Medical Systems asked plaintiffs to immediately produce the videotape that Dr. Dann allegedly disclosed to AMS, Plaintiffs refused, arguing that the Court did not direct plaintiffs to do so. In light of the clerk's notes of the conference, which were distributed this morning, AMS contacted plaintiffs' counsel to see whether they have changed their position, but was unable to connect with plaintiffs' lead counsel. Attached is correspondence exchanged between the parties regarding this dispute.

AMS asks that the Court order plaintiffs to produce the videotape to AMS immediately. AMS has been severely handicapped in its ability to evaluate the case and to determine the proper scope of discovery without disclosure of what plaintiffs contend is the basis for their claim.

AMS also respectfully requests that the Court not enter plaintiffs' proposed order, to which AMS objects as overly broad in scope and irrelevant to plaintiffs' claim. Plaintiffs have stated in correspondence and in open court that the transabdominal approach is at issue in this case; as such, AMS plans to produce discovery on the development of the SPARC transabdominal sling kit once it finishes gathering, preparing, and finalizing its document production. Plaintiffs, however, are not entitled to discovery of other confidential AMS research and development on

The Honorable Richard G. Stearns
June 8, 2005
Page 2

other approaches and other aspects of sling placement that Dr. Dann does not even claim to have disclosed. As written, plaintiffs' proposed order requests discovery on "any device or kit for implanting vaginal slings," which improperly attempts to cover all of AMS's female urinary incontinence products, regardless of whether they utilize a transabdominal approach. Plaintiffs' proposed order should not be entered.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*[signature]*

Jacob M. Holdreith

JMH/mrs

cc: Matthew B. Lowrie (via fax)

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12482-RGS

NEBL, Incorporated et al v. American Medical Systems, Incorporated
Assigned to: Judge Richard G. Stearns
Cause: 35:271 Patent Infringement

Date Filed: 11/23/2004
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**NEBL, Incorporated**                 represented by   **Matthew B. Lowrie**
                                                        Lowrie, Lando and Anastasi, LLP
                                                        Riverfront Office Park
                                                        One Main Street
                                                        Cambridge, MA 02142
                                                        617-395-7000
                                                        Fax: 617-395-7070
                                                        Email: mlowrie@ll-a.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Emily A. Berger**
                                                        Lowrie, Lando & Anastasi LLP
                                                        Riverfront Office Park
                                                        1 Main Street - 11th Floor
                                                        Cambridge, MA 02142
                                                        617-395-7000
                                                        Fax: 617-395-7070
                                                        Email: eberger@ll-a.com
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.D. Jeffrey Dann**                  represented by   **Matthew B. Lowrie**
*MD*                                                    (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Emily A. Berger**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Medical Systems, Incorporated**   represented by   **Jake M. Holdreith**
                                                              Robins, Kaplan, Miller & Ciresi L.L.P.
                                                              2800 LaSalle Plaza
                                                              800 LaSalle Avenue

Minneapolis, MN 55402
612-349-8500
Email: JMHoldreith@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Gram**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500
Email: JDGram@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Misti Nelc**
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500
Email: MNnelc@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen L. Coco**
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1300
111 Huntington Avenue
Boston, MA 02199
617-267-2300
Fax: 617-859-2726
Email: slcoco@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2004 | 1 | COMPLAINT against American Medical Systems, Incorporated Filing fee: $ 150, receipt number 60345, filed by Jeffrey Dann, NEBL, Incorporated. (Attachments: # 1) (Flaherty, Elaine) (Entered: 11/29/2004) |
| 11/23/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by NEBL, Incorporated. (Flaherty, Elaine) Additional attachment(s) added on 11/29/2004 (Flaherty, Elaine). (Entered: 11/29/2004) |
| 11/23/2004 |   | Summons Issued as to American Medical Systems, Incorporated. (Flaherty, Elaine) (Entered: 11/29/2004) |
|  |  |  |

| | | |
|---|---|---|
| 11/23/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Flaherty, Elaine) (Entered: 11/29/2004) |
| 03/01/2005 | 3 | AFFIDAVIT OF SERVICE Executed by NEBL, Incorporated, Jeffrey Dann. American Medical Systems, Incorporated served on 3/1/2005, answer due 3/21/2005. Acknowledgement filed by NEBL, Incorporated; Jeffrey Dann. (Lowrie, Matthew) (Entered: 03/01/2005) |
| 03/21/2005 | 4 | MOTION for More Definite Statement by American Medical Systems, Incorporated. (Flaherty, Elaine) (Entered: 03/22/2005) |
| 03/21/2005 | 5 | MEMORANDUM in Support re 4 MOTION for More Definite Statement filed by American Medical Systems, Incorporated. (Flaherty, Elaine) (Entered: 03/22/2005) |
| 03/21/2005 | 6 | AFFIDAVIT in Support re 4 MOTION for More Definite Statement. (Flaherty, Elaine) (Entered: 03/22/2005) |
| 03/22/2005 | 7 | MOTION for Leave to Appear Pro Hac Vice by Holdreith, Gram & Nelc Filing fee $ 150., receipt number 62995. by American Medical Systems, Incorporated.(Flaherty, Elaine) (Entered: 04/01/2005) |
| 04/04/2005 | 8 | Opposition re 4 MOTION for More Definite Statement filed by NEBL, Incorporated, Jeffrey Dann. (Berger, Emily) (Entered: 04/04/2005) |
| 04/05/2005 | | Judge Richard G. Stearns : Electronic ORDER entered denying 4 Motion for More Definite Statement (Flaherty, Elaine) (Entered: 04/08/2005) |
| 04/19/2005 | 9 | ANSWER to Complaint with Jury Demand by American Medical Systems, Incorporated.(Flaherty, Elaine) (Entered: 04/26/2005) |
| 04/26/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Jake M. Holdreith for American Medical Systems, Incorporated, Jeffrey G. Gram for American Medical Systems, Incorporated, Misti Nelc for American Medical Systems, Incorporated (Flaherty, Elaine) (Entered: 04/26/2005) |
| 05/09/2005 | 10 | NOTICE of Scheduling Conference. Scheduling Conference set for 6/6/2005 03:45 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 05/10/2005) |
| 05/11/2005 | 11 | NOTICE of Appearance by Emily A. Berger on behalf of all plaintiffs (Berger, Emily) (Entered: 05/11/2005) |
| 05/20/2005 | 12 | JOINT STATEMENT re scheduling conference. (Berger, Emily) (Entered: 05/20/2005) |
| 05/26/2005 | 13 | CERTIFICATION pursuant to Local Rule 16.1 by American Medical Systems, Incorporated.(Coco, Stephen) (Entered: 05/26/2005) |
| 06/02/2005 | 14 | CERTIFICATE OF CONSULTATION *To Local Rule 16.1(d)(3)* by Emily A. Berger on behalf of all plaintiffs. (Berger, Emily) (Entered: 06/02/2005) |
| 06/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Scheduling Conference held on 6/6/2005. Attys. Lowrie and Berger present for the pltf. Atty. Coco and Holdreith (by telephone) present for the deft. Initial disclosures shall be done by 5-27-05. Amended pleadings and joinder of additional parties shall be done by |

| | | |
|---|---|---|
| | | 11-1-05. All fact discovery shall be completed by 12-16-05. Expert reports shall be exchanged by 1-27-06, and rebuttal reports shall be exchanged by 2-27-06. All expert discovery shall be completed by 5-30-06. Dispositive motions shall be filed by 4-28-06. Plaintiff is ordered by the Court to produce the videotape to defense counsel. Plaintiff shall then produce a list to the Court of the items they wish to have defendant produce to them and the Court will review it. (Court Reporter None.) (Johnson, Mary) Modified on 6/8/2005 (Johnson, Mary). (Entered: 06/08/2005) |
| 06/07/2005 | 15 | Letter/request (non-motion) from Matthew B. Lowrie, Counsel for Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Berger, Emily) (Entered: 06/07/2005) |
| 06/08/2005 | 16 | Joint MOTION for Protective Order by NEBL, Incorporated, Jeffrey Dann. (Attachments: # 1 Exhibit A)(Berger, Emily) (Entered: 06/08/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/08/2005 13:19:30 | | | |
| PACER Login: | rk0014 | Client Code: | 122994-0001-02084 |
| Description: | Docket Report | Search Criteria: | 1:04-cv-12482-RGS |
| Billable Pages: | 2 | Cost: | 0.16 |

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-
www.rkmc.com

ATTORNEYS AT LAW

JEFFREY D. GRAM
612-349-8287

June 6, 2005

**VIA FACSIMILE AND MAIL**

Ms. Emily A. Berger
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142

Re: NEBL v. AMS
File No.: 122994.0001

Dear Ms. Berger:

Pursuant to Judge Stearn's order, please produce by overnight delivery the videotape that plaintiffs allegedly provided to American Medical Systems ("AMS"). AMS will pay for reasonable copy charges.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Jeffrey D. Gram

JDG/jw

| | |
|---|---|
| From: | "Emily Berger" <eberger@ll-a.com> |
| To: | <JDGram@rkmc.com>, "Misti Nelc" <MNNelc@rkmc.com> |
| Date: | 6/7/2005 9:26:14 AM |
| Subject: | NEBL, Inc. et al. v. American Medical Systems, Inc.: MaterialsExchange |

Dear Jeff,

We are in receipt of your fax of yesterday evening requesting immediate delivery of the NEBL invention videotape. The Court did not order immediate production and, in fact, ordered a mutual exchange. Judge Stearns wanted to first see a description of the documents we want. This is our proposed description:

1. Documents in AMS's possession, custody or control, from before January 23, 2001 (the date of AMS's first provisional patent application, which appears in the priority claims of the patents-in-suit), sufficient to show the research, development, and/or design process of the devices described in that provisional patent application, including all correspondence related to that work (from before January 23, 2001) with the named inventors for the patents-in-suit.

2. Documents in AMS's possession, custody or control, from before January 23, 2001, sufficient to show the decision-making process with respect to researching or developing any device or kit for implanting vaginal slings, whether with the Plaintiffs or with the named inventors on the patents-in-suit.

If you are agreeable, we can file an agreed-on order and pick a date to exchange materials. If you have objections that can be addressed with reasonable changes to our proposed description, we are happy to discuss them. If you object entirely to a mutual exchange, we will submit a proposed order to the Court and take it from there.

We look forward to hearing from you.

Emily A. Berger
Associate
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA 02142
eberger@LL-A.com
T (617) 395-7000; F (617) 395-7070; DD (617) 395-7038

Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.

CC: "Jake M. Holdreith" <JMHoldreith@rkmc.com>, "JD6000" <JD6000@ll-a.com>, <mrlivingston@rkmc.com>, <lmzimmerman@rkmc.com>, <jawesterlund@rkmc.com>

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-201!
Tel: 612-349-8500 Fax: 612-33!
www.rkmc.com

ATTORNEYS AT LAW

JAKE M. HOLDREITH
(612) 349-8483

June 7, 2005

**VIA FACSIMILE AND U.S. MAIL**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142

    Re:    Investigation by American Medical Systems of Dann/NEBL Claim

Dear Mr. Lowrie:

We received the enclosed email from your office. Judge Stearns clearly directed you to produce the video immediately and unconditionally, and further directed you to forward to the Court a list of the materials you are seeking. You are the plaintiff. It is incumbent on you to produce the basis for your claim, and we are severely handicapped in our ability to evaluate the case and to determine the appropriate scope of discovery without disclosure of what you contend is the basis for your claim. Your refusal to disclose the video even in the face of a directive of the Court leaves us skeptical about your good faith. Please send the video by overnight delivery today.

With respect to your request, we will be producing documents that show the development of the SPARC transabdominal sling kit up to January 23, 2001 as part of our document production, and we can attempt to prioritize this subset of the documents. It is unclear whether you are seeking information on devices and methods other than the transabdominal sling kit. If so, we object, as you have clearly and repeatedly indicated that Dr. Dann claims only to have shown placement of sling by a transabdominal method. While we don't consider the idea of a transabdominal approach to sling placement to be novel to AMS as of December, 1997, we will produce discovery to prove it. You are not entitled to discovery of other confidential AMS research and development on other approaches and other aspects of sling placement that Dr. Dann does not even claim to have disclosed. If, upon review of the video, it becomes apparent that Dr. Dann claims to have developed and disclosed other confidential information, apart from the idea of a transabdominal approach, we will discuss the scope of our objection with you.

MP3 20138003.1
6/7/05

Matthew B. Lowrie
June 7, 2005
Page 2

Please let me know immediately if you will not produce the video by overnight delivery today so that we can file an appropriate motion.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*[signature]*

Jake M. Holdreith

JMH/mrl
Enclosure

Word 20120068.1
MP3 20138003.1
6/7/05