# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

JACOB M. HOLDREITH
612-349-8483

June 10, 2005

**Via Hand-Delivery**

The Honorable Richard G. Stearns
United States District Court
 For the District of Massachusetts
1 Courthouse Way
Suite 7130
Boston, MA  02210

      Re:    NEBL, Inc. and Jeffrey Dann, M.D. v. American Medical Systems, Inc.
             Civil Action No. 04-cv-12482 (RGS)
             File No.:  122994-0001

Dear Judge Stearns:

In response to Plaintiffs' request for early disclosure, we had already agreed to produce documents that show the development of the SPARC transabdominal sling kit up to January 23, 2001 prior to Plaintiffs' request for an order, and it remains our intention to make that production. SPARC is the product name of the only transabdominal procedure for which Defendant AMS has made surgical tools. Upon review of the videotape we received from the Plaintiffs yesterday, we have confirmed that Dr. Dann's procedure is a transabdominal procedure. We respectfully request 30 days to prepare these documents for production. Prior to viewing the videotape yesterday, we were uncertain as to which products were relevant to the dispute, and accordingly had not yet prepared documents for production.

We have an objection if Plaintiff is seeking disclosure of confidential documents regarding other AMS sling kits, which are not placed transabdominally. We believe these products are wholly irrelevant to the dispute, and that producing discovery regarding them would unreasonably increase the cost and burden of discovery. If the Plaintiffs are seeking such broad discovery, we request an opportunity for complete briefing and if necessary, a hearing.

                             Very truly yours,

                             ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                             Jacob M. Holdreith

The Honorable Richard G. Stearns
June 10, 2005
Page 2

JMH/mrl

cc:  Matthew B. Lowrie (via fax)