IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 04-cv-12482 (RGS)<br><br>**JOINT MOTION TO ALLOW AN UNLIMITED NUMBER OF SETS OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS** |

      The local rules of this Court limit each of the parties to two sets of requests for the production of documents, absent an order from the Court providing otherwise.  LR, D.Mass 26.1(C); See Advanced Sterilization Prods. v. Jacob, 190 F.R.D. 284, 286 n.2 (D. Mass. 2000) (noting that an order of a judicial officer must be sought and obtained, and that stipulation of the parties is insufficient, to alter limits on the number of depositions provided by LR 26.1(C)). Each of the parties believes document discovery will proceed more expeditiously without a limit on the number of sets of requests for the production of documents, providing that each party reserves the right to object should the number of sets of requests served become unduly burdensome.

      WHEREFORE, the parties jointly move the Court for an Order allowing an unlimited number of sets of requests for the production of documents, providing that each party reserves the right to object should the number of sets of requests served become unduly burdensome.

BN1 35025218.1

Respectfully submitted,

| AMERICAN MEDICALSYSTEMS, INC., | NEBL, INC. |
|---|---|
| By Its Attorneys | By Its Attorneys |

\_\_\_/s/ Stephen L. Coco_____        \_\_\_/s/ Emily A. Berger_____
Stephen L. Coco (BBO# 561169)                             Matthew B. Lowrie (BBO# 563414)
ROBINS, KAPLAN, MILLER & CIRESI, LLP          Emily A. Berger (BBO# 650841)
800 Boylston Street, 25th Floor                                 LOWRIE, LANDO & ANASTASI, LLP
Boston, Massachusetts 02199-7610                        One Main Street
Phone: (617) 267-2300                                              Cambridge, MA 02142
Fax:  (617) 267-8288                                                 Phone:  (617) 395-7000
                                                                                   Fax:  (617) 395-7070

OF COUNSEL
Jake M. Holdreith                                                     Date:  July 26, 2005
Misti N. Nelc
Jeffrey D. Gram
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Phone: (612) 349-8500
Fax: (612) 339-4181

Date:  July 26, 2005


SO ORDERED

Date:_____                                             _____


## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for defendant American Medical Systems, Inc. conferred with counsel for the plaintiffs and counsel for the plaintiffs agreed to join in this motion.

                                                                                                \_\_\_\_/s/ Stephen L. Coco\_\_\_\_