UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12482-RGS

NEBL, INC. and
JEFFREY DANN, M.D.

v.

AMERICAN MEDICAL SYSTEMS, INC.

ORDER ON PLAINTIFFS' PROPOSED ORDER
FOR THE PRODUCTION OF
AMERICAN MEDICAL SYSTEMS, INC.'S DEVELOPMENT DOCUMENTS

July 29, 2005

STEARNS, D.J.

Based on the representations contained in defendant's letter to the court dated June 10, 2005, and the elapse of the thirty days requested for the voluntary production of documents, the court deems the matter <u>MOOT</u> as it is satisfied with the scope of the exchange.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE