IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>       Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>       Defendant. | Civil Action No.: 04-cv-12482 (RGS) |

## **PLAINTIFFS' MOTION TO EXTEND SCHEDULE**

Plaintiffs NEBL, Inc. and Jeffrey Dann, M.D. (collectively "NEBL") hereby move for an order extending all deadlines in this case by eight (8) weeks.

NEBL has requested that American Medical Systems, Inc. ("AMS") respond fully and completely to their Requests for the Production of Documents served on May 13, 2005 and produce all relevant, non-privileged documents well in advance of the commencement of depositions in this case. AMS has stated that it expects to, but cannot commit to, completing its document production by December 1, 2005. Even if AMS meets that deadline, the remaining two weeks in the discovery period would not afford NEBL a reasonable opportunity to review the documents before being required to complete the depositions needed in this case.

While NEBL regrets the need to request the assistance of this Court in the discovery phase of this case, NEBL is left with no choice. AMS has not committed to producing its documents before December 1, 2005 or even by that date (i.e., over six

months after the documents were requested). NEBL would not complain about this delay, except that AMS now seems intent on using the delay to deprive NEBL of a meaningful period to conduct discovery. Five months to produce documents and two weeks to review them and take depositions simply is not reasonable. Unfortunately, while AMS is unwilling to commit to producing its documents by more than two weeks before the close of discovery, AMS is also unwilling to agree to extend the discovery period.

*Nature of the Case*

This is a suit for breach of contract and for correction of inventorship of three AMS patents directed to methods and apparatus for vaginal sling implantation.

*Procedural History*

NEBL served its discovery requests on May 13, 2005, after numerous requests that AMS agree to a mutual exchange of documents. AMS agreed to produce and did produce a portion of its development documents in anticipation of settlement discussions. Although that production was incomplete, in that at least one of three binders relating to the primary product at issue was not produced, settlement discussions were undertaken over the last four months. During that time, NEBL provided all of the relevant, non-privileged documents related to the case that were requested by AMS. Settlement discussions are still underway, but progress has slowed as the discovery cut-off deadline has neared.

AMS has now agreed that it <u>may</u> be able to complete its document production by December 1, 2005 and states that it expects the production to be somewhat voluminous. It will not agree, however, to extend the discovery period beyond December 16, 2005.

NEBL cannot reasonably be prepared for depositions prior to the current discovery cut-off based on AMS's current proposed document production schedule.

*Request for Extension*

AMS's responses to NEBL's discovery requests are incomplete and NEBL, by this motion, requests an order that AMS complete its production by December 1, 2005 and that there be an eight-week extension of the current scheduling order, such that the fact discovery deadline will be extended to February 10, 2006, to afford NEBL the opportunity to review AMS's documents prior to the taking of depositions.

Dated:  November 7, 2005         /s/ Emily A. Berger
                                 Matthew B. Lowrie, BBO No. 563,414
                                 Emily A. Berger, BBO No. 650,841
                                 LOWRIE, LANDO & ANASTASI, LLP
                                 Riverfront Office Park
                                 One Main Street - 11th Floor
                                 Cambridge, MA 02142
                                 Tel: 617-395-7000
                                 Fax: 617-395-7070

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for NEBL hereby certifies that we have conferred with opposing counsel with regard to the subject of this motion and have been unable to resolve or narrow the issues presented herein.

Dated:  November 7, 2005         /s/ Emily A. Berger
                                 Matthew B. Lowrie, BBO No. 563,414
                                 Emily A. Berger, BBO No. 650,841
                                 LOWRIE, LANDO & ANASTASI, LLP
                                 Riverfront Office Park
                                 One Main Street - 11th Floor
                                 Cambridge, MA 02142
                                 Tel: 617-395-7000
                                 Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of the foregoing be served, by CM/ECF on:

| | |
|---|---|
| Stephen L. Coco | slcoco@rkmc.com |
| Jake M. Holdreith | jmholdreith@rkmc.com |
| Misti Nelc | mnnelc@rkmc.com |
| Jeffrey D. Gram | jdgram@rkmc.com |

Dated:  November 7, 2005                              /s/ Emily A. Berger