IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

Civil Action No.: 04-cv-12482 (RGS)

## UNOPPOSED MOTION TO SET SETTLEMENT CONFERENCE

Plaintiffs NEBL, Inc. and Jeffrey Dann, M.D. (collectively "NEBL") hereby request judicial assistance in an effort to settle the instant case. Defendant American Medical Systems, Inc. ("AMS") has indicated that it would not oppose plaintiffs' request.

The present case asserts claims for relief based on violation of a confidentiality agreement, improper use of trade secrets, and misnaming of inventors on certain patents.

At present, discovery is set to close on December 16. NEBL has moved to extend the discovery schedule by eight weeks, in part because AMS has not completed its document production, AMS has stated it cannot do so before December 1, and AMS has not even committed to doing so by then. That request, however, is only for an additional eight weeks, as all of the parties to the case wish to have a speedy resolution to this case.

Over the last few months, the parties have been discussing settlement possibilities. Although discussions have been productive, and the parties have exchanged offers, the parties have been unable to close the gap. Judicial assistance may help the

parties to reach a final resolution.

For settlement discussions to be most meaningful, plaintiffs request that a settlement conference be scheduled for a date in the first two weeks of December. A conference in this time frame would permit the parties to avoid certain discovery costs, making settlement more likely. In addition, the close of fact discovery is imminent and, even if extended, is not far away.

The parties (plaintiffs and defendant) all believe that a settlement conference before this Court would be the most productive, that is, would be the most helpful in attempting to reach a settlement. If the Court is unavailable or prefers to have settlement discussions handled by another Judge, the parties respectfully request that the Court appoint a Magistrate Judge, who is available to work with the parties toward settlement on an expedited basis.

Respectfully submitted,

NEBL, INC. and JEFFREY DANN, M.D.

Dated: November 14, 2005

/s/ Emily A. Berger
Matthew B. Lowrie, BBO No. 563,414
Emily A. Berger, BBO No. 650,841
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

## LOCAL RULE 7.1(A)(2) CERTIFICATION

  Counsel for NEBL hereby certifies that we have conferred with opposing counsel with regard to the subject of this motion, and opposing counsel has indicated that they would not oppose this motion.

| | |
|---|---|
| Dated: November 14, 2005 | /s/ Emily A. Berger |
| | Matthew B. Lowrie, BBO No. 563,414 |
| | Emily A. Berger, BBO No. 650,841 |
| | LOWRIE, LANDO & ANASTASI, LLP |
| | Riverfront Office Park |
| | One Main Street - 11th Floor |
| | Cambridge, MA 02142 |
| | Tel: 617-395-7000 |
| | Fax: 617-395-7070 |

## CERTIFICATE OF SERVICE

  I hereby certify that today I caused a true and correct copy of the foregoing be served, by CM/ECF on:

    Stephen L. Coco  slcoco@rkmc.com
    Jake M. Holdreith  jmholdreith@rkmc.com
    Misti Nelc  mnnelc@rkmc.com
    Jeffrey D. Gram  jdgram@rkmc.com

Dated: November 14, 2005      /s/ Emily A. Berger