IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.
_____

Civil Action No.: 04-12482RGS

**DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO EXTEND SCHEDULE**

Defendant American Medical Systems, Inc., in response to Plaintiffs NEBL, Inc.'s and Jeffrey Dann, M.D.'s Motion to Extend Schedule, does not oppose Plaintiffs' motion for an eight-week extension of all deadlines in this case.

Dated: November 21, 2005      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:  /s/ Jeffrey D. Gram_____
ATTORNEYS FOR DEFENDANT
Jake M. Holdreith
Misti Nelc
Jeffrey D. Gram
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
(612) 349-8500

OF COUNSEL
Stephen L. Coco
800 Boylston, 25th Floor
Boston, MA  02199-8001
(617) 267-2300

MP3 20158743.1

## CERTIFICATE OF SERVICE

  I hereby certify that today I caused a true and correct copy of the foregoing to be served, by CM/ECF on:

  Matthew B. Lowrie, Esq.
  Emily A. Berger, Esq.
  LOWRIE, LANDO & ANASTASI, LLP
  Riverfront Office Park
  One Main Street, Eleventh Floor
  Cambridge, MA  01242
  emailservice@LL-A.com
  ATTORNEYS FOR PLAINTIFFS


Dated:  November 21, 2005       /s/ Jeffrey D. Gram_____