UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and JEFFREY DANN, M.D.
      Plaintiff(s)

CIVIL ACTION
NO. 04-CV-12482-RGS

V.

AMERICAN MEDICAL SYSTEMS, INC.
      Defendant(s)

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____Stearns_____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On _____12/2/2005_____ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
    __x__ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel. The parties were present in person [except for the third party defendants, who participated via teleconference]
The case was:

[ ]    Settled, parties to bear their own costs.
Your clerk should enter a 60 day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____12/2/2005_____            __U.S.M.J. Marianne B. Bowler__
DATE                                                      ADR Provider