IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.

_____

Civil Action No.:  04-12482RGS

**DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO COMPEL
THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER
TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

Defendant American Medical Systems, Inc. ("AMS") hereby requests this Court to grant its Motion to Compel Third-Party Nashoba Valley Medical Center ("Nashoba Valley") to Produce Documents Responsive to Third-Party Subpoena, brought pursuant to Federal Rules of Civil Procedure 37 and 45, and Rule 37.1 of the Local Rules for the District of Massachusetts.

By this motion, AMS makes a narrowly-focused request for an order compelling Nashoba Valley to produce the same collection of medical records it previously produced pursuant to AMS's third-party document subpoena, this time without redacting the dates of the medical records, because the dates on the medical records, including the dates of the medical procedures, are highly relevant to some of AMS's defenses in this case.

WHEREAS, AMS respectfully requests that this Court issue an order compelling Nashoba Valley to produce the same collection of medical records it previously produced

pursuant to AMS's third-party document subpoena, this time without redacting the dates on the medical records.

In further support of this Motion, AMS relies upon the Memorandum of Law in Support of this Motion, the Declaration of Jeffrey D. Gram, and attached exhibits, submitted herewith.

Dated:  February 22, 2006                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By: _____/s/ Jeffrey D. Gram_____
Jake M. Holdreith  (*pro hac vice*)
Misti Nelc  (*pro hac vice*)
Jeffrey D. Gram  (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
(612) 349-8500

Stephen L. Coco (BBO# 561169)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA  02199
ATTORNEYS FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Defendant American Medical Systems, Inc. conferred with counsel for third-party Nashoba Valley Medical Center and attempted in good faith to resolve or narrow the issues in dispute, but was unable to do so.

_____/s/ Jeffrey D. Gram_____

## CERTIFICATE PURSUANT TO LOCAL RULE 37.1

The undersigned hereby certifies that counsel for Defendant American Medical Systems, Inc. have complied with the provisions of Local Rule 37.1.

_____/s/ Jeffrey D. Gram_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing:

**DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO COMPEL THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

was served this 22th day of February, 2006, on the following:

**Via U.S. Mail**
Michael R. Costa
Greenberg Traurig, LLP
One International Plaza, 20th Floor
Boston, MA 02110
Counsel for Nashoba Valley Medical Center

**Via Electronic Filing**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142
**emailservice@LL-A.com**
Counsel for Plaintiffs
Dr. Dann and NEBL

_____/s/ Jeffrey D. Gram_____ ____
Jeffrey D. Gram
Counsel for Defendant American Medical Systems

- 3 -