IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. AND )
JEFFREY DANN, M.D., )
                               )
                               )           Civil Action No.:  04-12482RGS
         Plaintiffs, )
                               )
v. )
                               )
AMERICAN MEDICAL SYSTEMS, INC., )
                               )
         Defendant. )
_____)

**DECLARATION OF JEFFREY D. GRAM IN SUPPORT OF
DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO COMPEL
THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER TO PRODUCE
DOCUMENTS RESPONSIVE TO SUBPOENA**

       I, JEFFREY D. GRAM, declare:

       1.       I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and

am one of the attorneys representing defendant American Medical Systems, Inc. ("AMS").

       2.       I submit this declaration in support of defendant AMS's Motion to Compel

Nashoba Valley Medical Center to Produce Documents Responsive to Third-Party Subpoena.

       3.       I have personal knowledge of the facts stated herein.  If called as a witness, I

could and would testify competently concerning these matters.

       4.       Attached hereto at Exhibit A is a true and correct copy of a letter from Matthew

Lowrie to Doug Kors and Daniel Johnson dated November 23, 2004, with attached Plaintiffs'

Complaint dated November 23, 2004, and attached Confidentiality Disclosure Agreement

between AMS and Dr. Jeffrey Dann, dated December 3, 1997.

5.      Attached hereto at Exhibit B is a true and correct copy of the June 8, 2005, Electronic Clerk's Notes for the June 5, 2005 scheduling conference.

6.      Attached hereto at Exhibit C is a true and correct copy of an e-mail to Emily Berger from Misti Nelc dated October 13, 2005.

7.      Attached hereto at Exhibit D is a true and correct copy of an e-mail to Jake Holdreith from Emily Berger dated October 19, 2005.

8.      Attached hereto at Exhibit E is a true and correct copy of a subpoena duces decum of Nashoba Valley Medical Center ("Nashoba Valley") served by AMS, dated October 24, 2005, with Attachment A.

9.      On November 17, I granted Nashoba Valley's request for an extension until November 29, 2005 to either comply with or move to quash AMS's subpoena.  On November 29, 2005, counsel for Nashoba Valley, Mr. Michael Costa, informed me that Nashoba Valley had identified medical records for vaginal sling procedures performed by Dr. Bogojavlensky during the time period of January 1, 1995 through December 5, 1997, and that Nashoba Valley was in the process of redacting the records and would produce them by the morning of December 2, 2006.  On December 1, 2006, Nashoba Valley produced twenty medical records to AMS in response to AMS's subpoena.   Nashoba Valley produced an additional twenty medical records on or about December 7, 2006.

10.      Attached hereto at Exhibit F is a true and correct copy of redacted documents produced by Nashoba Valley to AMS, and bates stamped by AMS as NH00395-427.

11.      Attached hereto at Exhibit G is a true and correct copy of redacted documents produced by Nashoba Valley to AMS, and bates stamped by AMS as NH00879-924.

12.     On or about January 16, 2006, I telephoned and spoke with counsel for Nashoba Valley, Mr. Michael Costa.  During that conversation, I requested that Nashoba Valley again produce the medical records it produced pursuant to AMS's subpoena, this time without redacting the dates on the medical records, while leaving all other redactions in place.

13.     Attached hereto at Exhibit H is a true and correct copy of an e-mail to Jeffrey Gram from Michael Costa dated January 20, 2006.

14.     On or about, January 24, 2006, Jake Holdreith and I telephoned counsel for Nashoba Valley, Mr. Michael Costa.  On information and belief, Mr. Holdreith left a voice mail for Mr. Costa during which Mr. Holdreith requested a meet and confer with Mr. Costa on whether we could resolve or at least narrow the issues with respect to Nashoba Valley's document production.

15.     On or about January 24, 2006, counsel for Nashoba Valley, Mr. Michael Costa left a telephone message for Jake Holdreith.  In that message, Mr. Costa stated that Nashoba Valley would like to cooperate with AMS, but that Nashoba Valley was concerned that from a HIPAA perspective, it was unable to disclose certain elements which would fall outside of the limited data set required by HIPAA, and that dates of service are specifically mentioned in the federal regulations.  Mr. Costa stated that Nashoba Valley needed to be protected, and a court order would give it the protection it needs to produce the documents to AMS.

16.     Attached hereto at Exhibit I is a true and correct copy of the Stipulation and Protective Order dated June 17, 2005.

MP3 20168779.1

To the best of my knowledge and belief, I declare, under the pains and penalties of perjury, that all the statements made by me herein are true.

Dated this 22th day of February, 2006.

_____/s/ Jeffrey D. Gram_____ ____
Jeffrey D. Gram

MP3 20168779.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing:

**DECLARATION OF JEFFREY D. GRAM IN SUPPORT OF DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO COMPEL THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

was served this 22th day of February, 2006, on the following:

**Via U.S. Mail**
Michael R. Costa
Greenberg Traurig, LLP
One International Plaza, 20th Floor
Boston, MA 02110
Counsel for Nashoba Valley Medical Center

**Via Electronic Filing**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142
**emailservice@LL-A.com**
Counsel for Plaintiffs
Dr. Dann and NEBL

_____/s/ Jeffrey D. Gram_____
Jeffrey D. Gram
Counsel for Defendant American Medical Systems

MP3 20168779.1

# EXHIBIT A



PAGE 2/9 * RCVD AT 12/7/2004 4:08:59 PM [Central Standard Time] * SVR:MF-RIGHTFAX/0 * DNIS:612 * CSID: * DURATION (mm-ss):01-36



**LOWRIE, LANDO**
**&ANASTASI, LLP**
*Devoted to Intellectual Property Law*

Matthew B. Lowrie
Partner
mlowrie@LL-A.com
direct dial 617-395-7003

November 23, 2004

# CONFIRMATION

<u>**VIA FACSIMILE [952-930-6157]**</u>
*Confirmation via Regular Mail*

Doug Kohrs, President and CEO
Daniel J. Johnson, Legal Counsel
American Medical Systems, Inc.
10700 Bren Road West
Minnetonka, Minnesota 55343

  Re: <u>Confidential Disclosure Agreement and</u>
     <u>U.S. Patent Nos. 6,612,977, 6,652,450, and 6,802,807</u>

Dear Messrs. Kohrs and Johnson:

   I am writing on behalf of NEBL, Inc. and Jeffrey Dann, M.D., to send a courtesy copy of a Complaint that we filed in the United States District Court of Massachusetts today against AMS and to invite AMS to discuss an amicable resolution of this matter. We felt the need to file this Complaint in order to preserve our client's rights, and we do intend to aggressively pursue this case should an amicable resolution prove impossible.

   As you will see in Exhibit A to the Complaint, Dr. Dann and NEBL entered into a confidentiality agreement with AMS. Pursuant to that agreement, Dr. Dann disclosed a device and a method for implanting a vaginal sling by inserting the tool through the abdomen and pulling the sling up, rather than attempting to insert the sling from below. Dr. Dann even sent a video of the procedure to AMS.

   It appears that AMS used this confidential information in developing and commercializing its SPARC urethral support sling products. We are firmly convinced that AMS could not have pursued this device without violating its confidentiality obligations.

   In addition, AMS applied for a number of patents directed to tools and methods for implanting vaginal slings. Those patents are identified in the Complaint. In our view, Dr. Dann is at least a co-inventor on these patents – all follow directly from the information and techniques Dr. Dann disclosed to AMS.

   While Dr. Dann and NEBL are serious about pursuing their rights, we nevertheless hope that this matter can be resolved amicably and, if AMS can establish true independent

PAGE 3/9 ' RCVD AT 12/7/2004 4:08:58 PM [Central Standard Time] ' SVR:IMF-RIGHTFAX/0 ' DNIS:612 ' CSID: ' DURATION (mm-ss):01-36



**LOWRIE, LANDO & ANASTASI, LLP**
*Devoted to Intellectual Property Law*

American Medical Systems, Inc.
November 23, 2004
Page 2

development, Dr. Dann and NEBL might withdraw their claims. Consequently, we are not at this time formally serving a copy of the Complaint. Rather, we request that counsel for AMS contact us immediately so that we can discuss whether AMS is interested in investigating the matter and its resolution less formally than a court proceeding.

Please have counsel respond to this letter within two weeks, so that we know whether we should serve the Complaint and proceed accordingly or whether discussion first might be useful.

Sincerely yours,

LOWRIE, LANDO & ANASTASI, LLP

Matthew B. Lowrie

Enclosure

PAGE 4/9 ; RCVD AT 12/7/2004 4:08:59 PM [Central Standard Time] ; SVR:NF-RIGHTFAX/0 ; DNIS:612 ; CSID: ; DURATION (mm-ss):01-36

COPY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV 23 ₱ 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.

**04 - 12482 RGS**

Civil Action No.:

## COMPLAINT AND JURY DEMAND

1.     Plaintiff NEBL, Inc. ("NEBL") is a Massachusetts corporation having a principal place of business at 665 Salem St., Malden, Massachusetts 02148.

2.     Plaintiff Jeffrey Dann, M.D. is an individual residing at 76 Deep Woods Way, Ormond Beach, Florida 32174.

3.     Defendant American Medical Systems, Inc. ("AMS") is a Delaware corporation having a principal place of business at 10700 Bren Road West, Minnetonka, Minnesota 55343.

4.     This action arises under the patent laws of the United States, Title 35 of the United States Code, and state law governing contracts, trade secrets and unjust enrichment.

5.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a).

### Count I (Breach of Contract)

6.     Plaintiffs repeat and reallege paragraphs 1-5 above.

7.     On December 3, 1997, AMS counter-executed a written contract titled

PAGE 5/9 * RCVD AT 12/7/2004 4:08:59 PM [Central Standard Time] * SVR:IMP-FRONTFAX/0 * DNIS:612 * CSID: * DURATION (mm-ss):01-35

"Confidential Disclosure Agreement" and attached hereto as Exhibit A. Plaintiffs provided information concerning methods and devices for implanting vaginal slings to AMS with an understanding of confidentiality.

      8.      AMS used confidential information of Plaintiffs for purposes other than its evaluation of the products referred to in the Confidential Disclosure Agreement.

      9.      AMS breached its contractual confidentiality obligations to Plaintiffs.

      10.      At the time of the formation and breach of contract, as described in paragraphs 7-9 above, Jeffrey Dann, M.D., was a Massachusetts resident.

      11.      As a result of AMS's breach, plaintiffs have suffered damages in an amount to be determined.

### Count II (Failure to Name an Inventor of the '977 Patent)

      12.      Plaintiffs repeat and reallege paragraphs 1-11 above.

      13.      The inventorship of U.S. Patent No. 6,612,977 (the "'977 patent") is incorrect. Claimed subject matter was invented by Jeffrey Dann, M.D. and/or derived from work done by him.

      14.      Under 35 U.S.C. § 256, plaintiffs are entitled to an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '977 patent by adding Dr. Jeffrey Dann as a named inventor. A copy of the '977 patent is attached hereto as Exhibit B.

### Count III (Failure to Name an Inventor of the '450 Patent)

      15.      Plaintiffs repeat and reallege paragraphs 1-14 above.

      16.      The inventorship of U.S. Patent No. 6,652,450 (the "'450 patent") is incorrect. Claimed subject matter was invented by Jeffrey Dann, M.D. and/or derived from work done by him.

7530252



PAGE 6/9 * RCVD AT 12/27/2004 4:08:59 PM [Central Standard Time] * SVR:MF-RIGHTFAX/0 * DNIS:612 * CSID: * DURATION (mm-ss):01-36

17.     Under 35 U.S.C. § 256, plaintiffs are entitled to an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '450 patent by adding Dr. Jeffrey Dann as a named inventor.  A copy of the '450 patent is attached hereto as Exhibit C.

### Count IV (Failure to Name an Inventor of the '807 Patent)

18.     Plaintiffs repeat and reallege paragraphs 1-17 above.

19.     The inventorship of U.S. Patent No. 6,802,807 (the "'807 patent") is incorrect. Claimed subject matter was invented by Jeffrey Dann, M.D. and/or derived from work done by him.

20.     Under 35 U.S.C. § 256, plaintiffs are entitled to an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '807 patent by adding Dr. Jeffrey Dann as a named inventor.  A copy of the '807 patent is attached hereto as Exhibit D.

### Count V (Unjust Enrichment)

21.     Plaintiffs repeat and reallege paragraphs 1-20 above.

22.     AMS has been unjustly enriched, monetarily and otherwise, by its improper use of information provided to it under an understanding of confidentiality, including through its use in preparing to develop and/or developing commercial products and securing patents on such products.

23.     AMS has been unjustly enriched, monetarily and otherwise, by its failure to name Dr. Jeffrey Dann as a co-inventor of the '977 patent.

24.     AMS has been unjustly enriched, monetarily and otherwise, by its failure to name Dr. Jeffrey Dann as a co-inventor of the '450 patent.

25.     AMS has been unjustly enriched, monetarily and otherwise, by its failure to name Dr. Jeffrey Dann as a co-inventor of the '807 patent.

 

PAGE 7/9 ' RCVD AT 12/7/2004 4:08:59 PM [Central Standard Time] ' SVR:NP-RIGHTFAX/0 ' DNIS:612 ' CSID: ' DURATION (mm-ss):01-36

## Relief Requested

WHEREFORE, NEBL, Inc. and Jeffrey Dann, M.D. request that this Court:

1.    issue an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '977 patent by adding Dr. Jeffrey Dann as a named inventor;

2.    issue an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '450 patent by adding Dr. Jeffrey Dann as a named inventor;

3.    issue an order directing the U.S. Patent and Trademark Office to correct the inventorship of the '807 patent by adding Dr. Jeffrey Dann as a named inventor;

4.    award plaintiffs compensatory damages and their costs and interest;

5.    award plaintiffs their reasonable attorneys' fees under 35 U.S.C. § 285; and

6.    award plaintiffs such other relief as the Court deems just and proper.

## Jury Demand

NEBL, Inc. and Jeffrey Dann, M.D. demand a trial by jury on all issues so triable.

Respectfully submitted,

NEBL, INC. and JEFFREY DANN, M.D.

Dated:  November 23, 2004          by: _____

Matthew B. Lowrie, BBO No. 563,414
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

753025.2                        -4-

PAGE 8/8 ' RCVD AT 12/7/2004 4:08:59 PM [Central Standard Time] ' SVR:INP-RIGHTFAX/0 ' DNIS:812 ' CSID: ' DURATION (mm-ss):01-36

## CONFIDENTIAL DISCLOSURE AGREEMENT

This Agreement, dated December 3, 1997, between American Medical Systems, Inc., a Minnesota corporation, 10700 Bren Road West, Minnetonka, Minnesota 55343 ("AMS") and NEBL, a Massachusetts corporation, 44 Terrace Drive, Worcester, Massachusetts 01609 ("NEBL").

WHEREAS, AMS currently markets penile prostheses, artificial urinary sphincters, urological stent products, and other urological products; and

WHEREAS, AMS would like to evaluate certain information regarding product ideas conceived by NEBL or products developed or under development by NEBL which relate to a vaginal sling procedure kit and method for treatment of female urinary incontinence (the "Products").

NOW, THEREFORE, in consideration of the foregoing, the parties hereto agree as follows:

1. For purposes of this Agreement, the term "Confidential Information" shall mean all information, which NEBL deems to be confidential and proprietary, relating to the Products (including, but not limited to, data, know-how, technical and nontechnical materials, and specifications) which NEBL shall deliver to AMS pursuant to this Agreement. All Confidential Information which is delivered to AMS in writing shall be stamped or marked "Confidential" on the cover page thereof. All Confidential Information which is disclosed by NEBL orally shall be confirmed in writing by the NEBL to be Confidential Information within fifteen (15) days of oral disclosure.

2. AMS agrees to maintain in confidence the Confidential Information with the same degree of care it holds its own confidential and proprietary information. AMS will not use the Confidential Information except for its evaluation of the Products pursuant to this Agreement. AMS will disclose the Confidential Information only to its officers, employees and consultants directly concerned with the evaluation of the Products and who are under appropriate confidentiality provisions. AMS will not disclose the Confidential Information to any third party nor will AMS use the Confidential Information for any other purpose. Notwithstanding the foregoing, AMS' obligations under this Paragraph 2 shall not prohibit it from disclosing the Confidential Information to those officers, employees and consultants of Pfizer Inc ("Pfizer") and subsidiaries and affiliates of AMS or Pfizer directly concerned with the evaluation of the Products and who are under appropriate confidentiality provisions.

3. In the event that any samples or models relating to Products are furnished to AMS in connection with its evaluation hereunder, AMS agrees to use such samples and models only for its evaluation, to keep confidential the results of any tests conducted thereon and to return such samples or models at the conclusion of its evaluation.

4. The preceding obligations of AMS of non-disclosure and the limitation upon the right to use the Confidential Information (including samples and test results) shall not apply to the extent that AMS can demonstrate that the Confidential Information is: (a) in the possession or control of AMS prior to the time of disclosure hereunder; (b) at the time of disclosure or thereafter becomes public knowledge through no fault or omission of AMS; (c) lawfully obtained by AMS from a third party under no obligation of confidentiality to NEBL; or (d) was independently derived by AMS without using the Confidential Information.

PAGE 9/9 * RCVD AT 12/7/2004 4:08:59 PM [Central Standard Time] * SVR:JNF-RIGHTFAX/0 * DNIS:612 * CSID: * DURATION (mm-ss):01-36

5.  Subject to the provisions of Paragraph 4 hereof, all proprietary rights (including but not limited to patent rights and trade secrets) in and to the Confidential Information and the Products shall remain NEBL's property.

6.  The Confidential Information being disclosed to AMS pursuant to this Agreement is with the express understanding that neither AMS nor NEBL will be obligated to enter into any further agreement relating to the Products or the Confidential Information, and nothing in this Agreement shall be construed as granting any license to AMS relating thereto.

7.  This Agreement shall be governed by the internal laws (but not laws relating to choice of law) of the State of Minnesota.  This Agreement sets forth the entire agreement and understanding between the parties hereto as to the subject matter hereof and has priority over all documents, verbal consents or understanding made between the parties with respect to the subject matter hereof.  None of the terms of this Agreement shall be amended or modified except pursuant to a written document signed by the parties hereto.

8.  All obligations of AMS under this Agreement shall terminate three (3) years from the date of this Agreement.

9.  NEBL represents to AMS that NEBL has the full authority and right to enter into this Agreement and to disclose to AMS the Confidential Information and that such disclosure will not violate the rights of any third party.

10.  This Agreement sets forth the entire agreement among the parties as to the subject matter hereof, and none of the terms of this Agreement shall be amended or modified except in writing signed by the parties.

AMERICAN MEDICAL SYSTEMS, INC.

By: _____
      Roger H. Mitchell, Ph.D., MBA
      Director, New Business Development

Date: _____3 Dec 97_____

NEBL

By: _____
      Jeffrey Dann, M.D.

Date: _____Dec 3, 1997_____

AS7113

# EXHIBIT B

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-12482-RGS**

| | |
|---|---|
| NEBL, Incorporated et al v. American Medical Systems, Incorporated | Date Filed: 11/23/2004 |
| Assigned to: Judge Richard G. Stearns | Jury Demand: Defendant |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**NEBL, Incorporated**                    represented by  **Matthew B. Lowrie**
                                                          Lowrie, Lando and Anastasi, LLP
                                                          Riverfront Office Park
                                                          One Main Street
                                                          Cambridge, MA 02142
                                                          617-395-7000
                                                          Fax: 617-395-7070
                                                          Email: mlowrie@ll-a.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Emily A. Berger**
                                                          Lowrie, Lando & Anastasi LLP
                                                          Riverfront Office Park
                                                          1 Main Street - 11th Floor
                                                          Cambridge, MA 02142
                                                          617-395-7000
                                                          Fax: 617-395-7070
                                                          Email: eberger@ll-a.com
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.D. Jeffrey Dann**                     represented by  **Matthew B. Lowrie**
*MD*                                                      (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Emily A. Berger**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Medical Systems,**             represented by  **Jake M. Holdreith**
**Incorporated**                                          Robins, Kaplan, Miller & Ciresi L.L.P.
                                                          2800 LaSalle Plaza
                                                          800 LaSalle Avenue
                                                          Minneapolis, MN 55402
                                                          612-349-8500
                                                          Email: JMHoldreith@rkmc.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Gram**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500
Email: JDGram@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Misti Nelc**
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500
Email: MNnelc@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen L. Coco**
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 1300
111 Huntington Avenue
Boston, MA 02199
617-267-2300
Fax: 617-859-2726
Email: slcoco@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2004 | 1 | COMPLAINT against American Medical Systems, Incorporated Filing fee: $ 150, receipt number 60345, filed by Jeffrey Dann, NEBL, Incorporated. (Attachments: # 1)(Flaherty, Elaine) (Entered: 11/29/2004) |
| 11/23/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by NEBL, Incorporated. (Flaherty, Elaine) Additional attachment(s) added on 11/29/2004 (Flaherty, Elaine). (Entered: 11/29/2004) |
| 11/23/2004 | | Summons Issued as to American Medical Systems, Incorporated. (Flaherty, Elaine) (Entered: 11/29/2004) |
| 11/23/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Flaherty, Elaine) (Entered: 11/29/2004) |
| 03/01/2005 | 3 | AFFIDAVIT OF SERVICE Executed by NEBL, Incorporated, Jeffrey Dann. American Medical Systems, Incorporated served on 3/1/2005, answer due |

| | | |
|---|---|---|
| | | 3/21/2005. Acknowledgement filed by NEBL, Incorporated; Jeffrey Dann. (Lowrie, Matthew) (Entered: 03/01/2005) |
| 03/21/2005 | 4 | MOTION for More Definite Statement by American Medical Systems, Incorporated.(Flaherty, Elaine) (Entered: 03/22/2005) |
| 03/21/2005 | 5 | MEMORANDUM in Support re 4 MOTION for More Definite Statement filed by American Medical Systems, Incorporated. (Flaherty, Elaine) (Entered: 03/22/2005) |
| 03/21/2005 | 6 | AFFIDAVIT in Support re 4 MOTION for More Definite Statement. (Flaherty, Elaine) (Entered: 03/22/2005) |
| 03/22/2005 | 7 | MOTION for Leave to Appear Pro Hac Vice by Holdreith, Gram & Nelc Filing fee $ 150., receipt number 62995. by American Medical Systems, Incorporated. (Flaherty, Elaine) (Entered: 04/01/2005) |
| 04/04/2005 | 8 | Opposition re 4 MOTION for More Definite Statement filed by NEBL, Incorporated, Jeffrey Dann. (Berger, Emily) (Entered: 04/04/2005) |
| 04/05/2005 | | Judge Richard G. Stearns : Electronic ORDER entered denying 4 Motion for More Definite Statement (Flaherty, Elaine) (Entered: 04/08/2005) |
| 04/19/2005 | 9 | ANSWER to Complaint with Jury Demand by American Medical Systems, Incorporated.(Flaherty, Elaine) (Entered: 04/26/2005) |
| 04/26/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Jake M. Holdreith for American Medical Systems, Incorporated, Jeffrey G. Gram for American Medical Systems, Incorporated, Misti Nelc for American Medical Systems, Incorporated (Flaherty, Elaine) (Entered: 04/26/2005) |
| 05/09/2005 | 10 | NOTICE of Scheduling Conference. Scheduling Conference set for 6/6/2005 03:45 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 05/10/2005) |
| 05/11/2005 | 11 | NOTICE of Appearance by Emily A. Berger on behalf of all plaintiffs (Berger, Emily) (Entered: 05/11/2005) |
| 05/20/2005 | 12 | JOINT STATEMENT re scheduling conference. (Berger, Emily) (Entered: 05/20/2005) |
| 05/26/2005 | 13 | CERTIFICATION pursuant to Local Rule 16.1 by American Medical Systems, Incorporated.(Coco, Stephen) (Entered: 05/26/2005) |
| 06/02/2005 | 14 | CERTIFICATE OF CONSULTATION *To Local Rule 16.1(d)(3)* by Emily A. Berger on behalf of all plaintiffs. (Berger, Emily) (Entered: 06/02/2005) |
| 06/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Scheduling Conference held on 6/6/2005. Attys. Lowrie and Berger present for the pltf. Atty. Coco and Holdreith (by telephone) present for the deft. Initial disclosures shall be done by 5-27-05. Amended pleadings and joinder of additional parties shall be done by 11-1-05. All fact discovery shall be completed by 12-16-05. Expert reports shall be exchanged by 1-27-06, and rebuttal reports shall be exchanged by 2-27-06. All expert discovery shall be completed by 5-30-06. Dispositive motions shall be filed by 4-28-06. Plaintiff is ordered by the Court to produce the videotape to defense counsel. Plaintiff shall then produce a |

| | | |
|---|---|---|
| | | list to the Court of the items they wish to have defendant produce to them and the Court will review it. (Court Reporter None.) (Johnson, Mary) Modified on 6/8/2005 (Johnson, Mary). (Entered: 06/08/2005) |
| 06/07/2005 | 15 | Letter/request (non-motion) from Matthew B. Lowrie, Counsel for Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Berger, Emily) (Entered: 06/07/2005) |
| 06/08/2005 | 16 | Joint MOTION for Protective Order by NEBL, Incorporated, Jeffrey Dann. (Attachments: # 1 Exhibit A)(Berger, Emily) (Entered: 06/08/2005) |
| 06/08/2005 | 17 | Letter/request (non-motion) from Atty. Holdreith to Judge Stearns w/attachments, filed. (Flaherty, Elaine) (Entered: 06/09/2005) |
| 06/09/2005 | 18 | *Second* Letter/request (non-motion) from NEBL. (Attachments: # 1 Text of Proposed Order Text of Proposed Order)(Berger, Emily) (Entered: 06/09/2005) |
| 06/10/2005 | 19 | Letter/request (non-motion) re: discovery from Atty. Holdreith. (Flaherty, Elaine) (Entered: 06/13/2005) |
| 06/17/2005 | 20 | Judge Richard G. Stearns : ORDER entered. STIPULATION AND Protective ORDER, ENTERED.(Flaherty, Elaine) (Entered: 06/20/2005) |
| 07/27/2005 | 21 | Joint MOTION for Discovery *to Allow an Unlimited Number of Sets of Requests for the Production of Documents* by NEBL, Incorporated, American Medical Systems, Incorporated.(Coco, Stephen) (Entered: 07/27/2005) |
| 07/29/2005 | 22 | Judge Richard G. Stearns : ORDER on Plaintiffs' Proposed Order for the Production of American Medical Systems, Inc.'s Development Documents, entered finding as moot 21 Motion for Discovery (Flaherty, Elaine) (Entered: 07/29/2005) |
| 11/07/2005 | 23 | MOTION for Extension of Time to February 10, 2006 to Complete Discovery *and for 8-week Extension of All Deadlines* by NEBL, Incorporated, Jeffrey Dann.(Berger, Emily) (Entered: 11/07/2005) |
| 11/14/2005 | 24 | Assented to MOTION for Settlement *Conference to be Set by Court* by NEBL, Incorporated, Jeffrey Dann.(Berger, Emily) (Entered: 11/14/2005) |
| 11/15/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 24 Motion for Settlement Conference. "the file will be referred to Magistrate Judge Marianne Bowler for purposes of conducting a settlement conference as requested by counsel." (Johnson, Mary) Modified on 11/15/2005 (Johnson, Mary). (Entered: 11/15/2005) |
| 11/21/2005 | 25 | RESPONSE to Motion re 23 MOTION for Extension of Time to February 10, 2006 to Complete Discovery *and for 8-week Extension of All Deadlines* filed by American Medical Systems, Incorporated. (Gram, Jeffrey) (Entered: 11/21/2005) |
| 11/21/2005 | | NOTICE of Hearing: Alternative Dispute Resolution Hearing set for 12/2/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. All parties must be in attendance for the mediation; Leave of the court is required for any exceptions; All confidential briefs must be submitted to the court no later than 11/30/2005. (Duffy, Marc) (Entered: 11/21/2005) |
| 11/29/2005 | | Judge Richard G. Stearns : ElectronicORDER entered granting 23 Motion for Extension of Time to Complete Discovery (Flaherty, Elaine) (Entered: |

| | | 11/29/2005) |
|---|---|---|
| 12/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Mediation Hearing held on 12/2/2005. (Duffy, Marc) (Entered: 12/02/2005) |
| 12/03/2005 | 26 | REPORT of Alternative Dispute Resolution Provider.(Duffy, Marc) (Entered: 12/03/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/06/2006 14:07:11 | | | |
| **PACER Login:** | rk0014 | **Client Code:** | 122994-0001-01742 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-12482-RGS |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

# EXHIBIT C

## Livingston, Michelle R.

| | |
|---|---|
| **From:** | Nelc, Misti N. |
| **Sent:** | Thursday, October 13, 2005 1:15 PM |
| **To:** | 'eberger@ll-a.com'; 'mlowrie@ll-a.com' |
| **Cc:** | Gram, Jeffrey D.; Holdreith, Jake M. |
| **Subject:** | NEBL & Dr. Dann v. American Medical Systems:  Meet and confer |

**Attachments:** Ltr to Lowrie (6-9-05).pdf; Ltr to Lowrie (7-1-05).pdf; Ltr to Berger (7-25-05).pdf; Ltr to Lowrie (8-2-05).pdf; Email to Berger from JMH (9-21-05).pdf; Ltr to Berger (9-28-05).pdf

Dear Matt and Emily:

Over the past four months, we have asked you repeatedly to identify the doctor who performed the procedure shown in the first videotape that plaintiffs produced to AMS.  We also have asked you to identify the doctor who performed the forty-plus procedures that Dr. Dann refers to in his 12/5/97 letter to AMS (AMS-NEBL 8285).  Attached below are six letters we sent to you, asking you to identify the doctor (or doctors).  We also have left you voice messages about this matter, but have not heard back from you.

I ask again for the name and address of the doctor who performed the procedure in the videotape, and the name and address of Dr. "B," who you said performed the forty-plus procedures.  This information is responsive to at least AMS's Interrogatory Nos. 7, 8, 9, and 10.  If you do not provide this information in your response to this e-mail, we request a meet and confer under Local Rule 37.1(A).  Emily, I will call you tomorrow, October 14, 2005, at 2 PM EST, 1 PM CST, to discuss.  If that time does not work for you, please propose an alternative time.  If you will not identify this doctor (or doctors), we will bring a motion to compel, as there are only two months left of fact discovery.

Regards,

Misti


Ltr to Lowrie
(6-9-05).pdf (45...


Ltr to Lowrie
(7-1-05).pdf (16...


Ltr to Berger
(7-25-05).pdf (1...


Ltr to Lowrie
(8-2-05).pdf (93...


Email to Berger
from JMH (9-21...


Ltr to Berger
(9-28-05).pdf (7...

1

# EXHIBIT D

## Livingston, Michelle R.

| | |
|---|---|
| **From:** | Emily Berger [eberger@ll-a.com] |
| **Sent:** | Wednesday, October 19, 2005 9:57 AM |
| **To:** | Holdreith, Jake M. |
| **Cc:** | Livingston, Michelle R.; Nelc, Misti N.; JD6000 |
| **Subject:** | NEBL v. AMS: Dr. B |

Dear Jake,

The full name of "Dr. B" is Dr. Sergei Bogojavlensky, M.D.
We look forward to talking on Friday afternoon. Please let us know what time works for you. We have not heard back from Misti. I believe she mentioned that she would be out of the office this week.

**Emily A. Berger**
*Associate*
**Lowrie, Lando & Anastasi, LLP**
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA 02142
eberger@LL-A.com
T (617) 395-7000; F (617) 395-7070; DD (617) 395-7038
*Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

# EXHIBIT E

OCT 24 2005 11:09 FR RKMC LLP          617 267 8288 TO 16123490612        P.12

AO 88 (Rev. 11/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT
### DISTRICT    OF    MASSACHUSETTS

NEBL, Inc. and Jeffrey Dann M.D.

Plaintiff,

v.

American Medical Systems, Inc.,

Defendant.

**SUBPOENA DUCES TECUM
IN A CIVIL CASE**

Case Number:[1] 04-cv-12482 (RGS)

District of Massachusetts

TO:    **Nashoba Valley Medical Center
200 Groton Road
Ayer, MA 01432**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to designate one or more officers, directors, or managing agents, or persons who consent to testify on behalf of _____ regarding the subjects in the attached Notice of 30(b)(6) Deposition of _____ and those persons must appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): *See Attachment A.*

| PLACE | DATE AND TIME |
|---|---|
| Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 Boylston, 25th Floor<br>Boston, MA 02199-8001 | **November 7, 2005<br>10:00 a.m.** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_  Jeffrey D. Gram, Counsel for Defendant | October 24, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

PAGE 12/14 * RCVD AT 10/24/2005 10:25:34 AM [Central Daylight Time] * SVR:MP-RIGHTFAX/2 * DNIS:612 * CSID:617 267 8288 * DURATION (mm-ss):02-14

OCT 24 2005 11:09 FR RKMC LLP         617 267 8288 TO 16123490612         P.13

AO 88 (Rev. 11/91) (Subpoena in a Civil Case)

## PROOF OF SERVICE

|  | DATE | | PLACE |
|---|---|---|---|
| **SERVED** | | | |

| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
|---|---|---|

| SERVED BY (PRINT NAME) | | TITLE |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)   (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)   (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)   fails to allow reasonable time for compliance;

(ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B)( iii) of this rule, such a person may in order to

attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)   subjects a person to undue burden.

(B)   if a subpoena

(i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)   requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)   DUTIES IN RESPONDING TO SUBPOENA.

(1)   A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)   When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## ATTACHMENT A

1.    Produce all documents referring or relating to any operative notes and any other records of the performance of a transabdominal procedure for implanting a vaginal sling by Dr. Sergei Bogojavlensky M.D. from January 1, 1995 through December 5, 1997.

2.    Produce all documents, with all confidential patient information redacted, referring or relating to any operative notes and any other records of the performance of a transabdominal procedure for implanting a vaginal sling by Dr. Sergei Bogojavlensky, M.D. from January 1, 1995 through December 5, 1997.

3.    Produce all documents referring or relating to any operative notes and any other records of the performance of a transabdominal procedure for implanting a vaginal sling by Dr. Jeffrey Dann, M.D. from January 1, 1995 through December 5, 1997.

4.    Produce all documents, with all confidential patient information redacted, referring or relating to any operative notes and any other records of the performance of a transabdominal procedure for implanting a vaginal sling by Dr. Jeffrey Dann, M.D. from January 1, 1995 through December 5, 1997.

MP3 20154012.2

# EXHIBIT F



Deaconess Nashoba Hospital     Ayer, Massachusetts     INPATIENT ADMISSION RECORD

| MED. REC. NO. | DATE OF ADM | TIME OF ADM | FLOOR BED | PATIENT TYPE | CL. SER. | FIN. CLASS | RACE | SEX | SMOKER |
|---|---|---|---|---|---|---|---|---|---|

FAMILY PHYSICIAN: DAMBROSIO

PRINCIPAL DISCHARGE DIAGNOSIS:

OTHER DIAGNOSIS OR COMPLICATIONS:

PRINCIPAL PROCEDURE

OTHER PROCEDURES

## AUTHORIZATION AND CONSENT UPON ADMISSION TO HOSPITAL

Patient's Name ███████████████████████

I understand that my admission to this hospital is indicated because of my condition. I voluntarily authorize and consent to the customary examinations, tests and procedures performed on hospital patients in my condition and to continue routine medical treatment ordered by my physician. Dr. _Bogojavlensky_ or his/her designee.

_____    _____
Witness                    Patient's signature

NOTE: When the patient is a minor (under 18 years of age) or otherwise legally incompetent (unconscious or mentally incapable of understanding) the next of kin or legal guardian is legally responsible for authorizing medical and hospital services.

_____    _____
Witness                    Patient's legal representative

                           _____
                           Relationship

## LEAVING HOSPITAL AGAINST MEDICAL ADVICE

Patient: _____

    I am leaving the hospital, although I have been informed that I should not do so in my present condition.

    I am willing to assume the risks of causing harm to myself by leaving and I release the physicians, nurses, attendants and hospital from all further responsibility

DATE _____    Signature _____

Time _____ a.m.       Witness _____
                     p.m.

**OF INSURANCE BENEFITS**

information given by me is correct and accept full responsibility for all charges. The hospital is authorized to furnish information from dical record to any insurer, compensation carrier, or welfare agency who may be providing financial assistance for hospital care. I nd authorize payment directly to the above named hospital of all hospitalization or insurance benefits. I understand that I am any balance after insurance payment including all costs incurred in collecting same if the account becomes delinquent, such as court fees and/or collection agency commissions or charges

**E PATIENTS:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any ed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf _____

NH00396

# SURGICAL
# PRE-OPERATIVE ORDER SHEET

NAME: ▓▓▓▓▓▓▓▓  DATE OF SURGERY: ▓▓▓▓▓▓  DOCTOR *Bezgojewski*

## I. PATIENT DOES NOT REQUIRE SERVICES OF AN ANESTHESIOLOGIST/ANESTHETIST

**LOCAL ANESTHESIA** (PRE-ADMISSION TESTING NOT REQUIRED. LAB TESTS ARE NOT NECESSARY, BUT MAY BE OBTAINED BY MARKING APPROPRIATE SPACES BELOW.)

## II. PATIENT DOES REQUIRE SERVICES OF AN ANESTHESIOLOGIST/ANESTHETIST

### A. TYPE OF ANESTHESIA

☐ MONITORED ANESTHESIA CARE (MAC)
(LOCAL WITH I.V. SEDATION)

_X_ GENERAL ANESTHESIA

_____ REGIONAL ANESTHESIA*

_____ SPINAL/EPIDURAL ANESTHESIA*

### B. MINIMUM REQUIREMENTS FOR MAC, GENERAL, SPINAL OR EPIDURAL ANESTHESIA

_X_ CBC (ALL PATIENTS)

_____ EKG (ALL PATIENTS WITH KNOWN HEART DISEASE
    (ALL MEN OVER 40 YEARS OLD
    (ALL POST MENOPAUSAL WOMEN

NB: 1.) MAY USE EKG DONE WITHIN 6 MONTHS IF NO PRIOR Hx OF HEART DISEASE
    2.) MAY USE EKG DONE WITHIN 3 MONTHS WITH KNOWN HEART DISEASE, IF ▓▓
        WAS WITHIN NORMAL LIMITS

## III. OTHER LABORATORY TESTS; AS INDICATED

_____ ASTRA (IDDM OR DIURETIC Rx)

_____ U/A (IDDM)

_____ BLEEDING TIME (PATIENTS ON ASA, NSAIDS, PG INHIBITORS, COUMADIN, HEPARIN - ▓▓▓▓▓▓
        FOR REGIONAL ANESTHESIA, SPINAL OR EPIDURAL ANESTHESIA

_____ PT_____ PTT

_____ PREGNANCY TEST (WHEN INDICATED)

_X_ TYPE & HOLD

_____ TYPE & CROSSMATCH_____ #UNITS_____ PATIENT HAS AUTOLOGOUS UNITS

_____ CXR, IF INDICATED (URI <1 MONTH AGO, Hx COPD, 2 PPD TOBACCO ABUSE, PULMONARY S&S

_____ PFT'S (IF INDICATED)_____ ABG'S (IF INDICATED)

_____ OTHER_____

## IV. NO MINIMAL LABORATORY REQUIREMENTS FOR HEALTHY INFANTS & CHILDREN UP TO AGE 12, UNLESS CLINICALLY INDICATED

DATE: ▓▓▓▓▓▓  PHYSICIAN'S SIGNATURE: 

**NH00397**



Deaconess 🍃 Nashoba Hospital

# DISCHARGE INSTRUCTIONS FOR POST-OP SURGICAL PROCEDURES

Patient's Name:_____    Date:_____

1. You may eat your regular diet
2. Medication and dosage: Valium 5mg 3-4 x/d as needed  amitryptaline 100mg before bed
3. Medications which should not be taken: ~~Fioricet 25mg tis~~

4. Incision Care:

   Change dressing: _____ Yes    _____ No    When?_____
   May get dressing/incision wet: _____ Yes    _____ No

5. Activity:

   ___✓___ May resume normal activities
   _____ Limit your activities the rest of the day today
   _____ Do not engage in sports, heavy work or lifting until your doctor gives you permission
   _____ Do not have sexual intercourse for _____ days

6. May shower: ___✓___ Yes    _____ No
   May take tub bath: _____ Yes    _____ No
   If no, when: _____

7. Do not drive, operate hazardous machinery, or power tools for 12 hours

8. Do not make important personal or business decisions or sign legal documents today

9. Do not drink alcoholic beverages for 12 hours

10. Call your doctor (at office) in case of large amount of swelling or redness of incision, fever, excessive bleeding, unusual odor or difficulty with urination

11. Your next office visit is: ___3 weeks_____

12. Additional Instructions:

_____
PHYSICIAN SIGNATURE

I HEREBY ACCEPT, UNDERSTAND AND CAN VERBALIZE THESE INSTRUCTIONS.

_____        _____
WITNESS                                PATIENT OR GUARDIAN

AFTER HOURS CALL DEACONESS NASHOBA HOSPITAL EMERGENCY DEPARTMENT 508-772-0200 EXT. 250

**HISTORY & PHYSICAL**

**DEACONESS - NASHOBA HOSPITAL**
**200 GROTON ROAD, AYER, MA 01432**

Name: 
MR #/FIN #: 
Date of Admission: 

**CHIEF COMPLAINT:**  Urinary stress incontinence.

**HISTORY OF PRESENT ILLNESS:**  This is a ▒▒▒▒▒▒▒ gravida 2, para 2 who has had progressively severe urinary stress incontinence.  She is status post hysterectomy for benign disease.  She states that she loses her urine with sneezing, coughing, laughing, walking.  She sometimes feels that her bladder doesn't empty properly, and she has difficulty starting a stream.  She occasionally has an uncontrollable desire to pass urine and loses it on the way to the bathroom.  She does not wet immediately on getting out of bed in the morning.  She is moist most of the day.  She wears a pad all the time and on examination she has a small cystocele, fairly large enterocele with splayed out uterosacral ligaments.  No rectocele.  She has a positive pinch test, positive one-sided Bonney test.  She is now admitted for a cystoscopically guided suburethral sling procedure and tightening of the posterior compartment because of the symptoms of difficulty emptying her bladder.

**MEDICATIONS:**  Valium, amitriptyline 100 mg at 6 p.m. and 50 at night, imipramine 25 mg at h.s.  This has been going on for three years.  Her urinary symptoms have antedated these medications by many years.

**PAST MEDICAL HISTORY:**  She is also status post appendectomy and breast biopsies.

**FAMILY HISTORY:**  Positive for diabetes, negative for GYN malignancy.

**PHYSICAL EXAMINATION:**  The patient is a pleasant middle-aged woman.  Skin is clear.

**HEENT:**  Oropharynx clear.  Neck thyroid.

Chest symmetrical.  Breasts: No lesions.  Heart regular rate of 80.  Blood pressure 120/70.

Lungs clear to percussion and auscultation.  Abdomen soft.  Liver and spleen normal.  Vulva and vagina as described above.  Rectal negative.  Good sphincter tone.  She has an intact bulbocavernosus reflex.

Deep tendon reflexes equal, toes downgoing, no CV angle tenderness.
Musculoskeletal:  Good range and strength.  Normal peripheral pulses, good venous return.

**IMPRESSION:**  Urinary stress incontinence admitted for repair.

SERGEI BOGOJAVLENSKY, M.D.

D: 
T: 
dfc
cc:  Dr. D'Ambrosio

Original                                                    HISTORY & PHYSICAL

NH00399

Form 151 S.R. 1-94

PT 7

USE BALLPOINT PEN - PRESS DOWN FIRMLY
CANCELLATION OF ORDER SHOULD BE
WRITTEN AS A SPECIFIC NEW ORDER

INDICATE DURATION OF ORDER AS WELL AS DOSE,
INTERVAL AND ROUTE OF ADMINISTRATION. WHEN
DURATION OF ORDER IS NOT INDICATED, THE
HOSPITAL'S STOP ORDER POLICY WILL BE APPLIED.

AUTHORIZATION IS GIVEN TO DISPENSE A
CHEMICALLY IDENTICAL DRUG (ACCORDING TO
RULES AND REGULATIONS OF THE HOSPITAL)
UNLESS IT IS WRITTEN THAT NO OTHER BRAND
IS ACCEPTABLE.

**NURSE OR WARD SECRETARY**       **REMOVE TOP YELLOW COPY**       **AND SEND TO PHARMACY**

| DATE | TIME | ORDERS |
|------|------|--------|

WEIGHT:

ALLERGIES: NOVACAIN IEPI

Give Pepcid 20mg po + Reglan 10mg po on admission

TCA Solod/Mastectomy RN Order reported + Verified Maslh

_____ Bynm _____

Tylenol # po for H/A.

Noted _____ Byrne

DO NOT USE THIS SHEET
UNLESS A NUMBER SHOWS

ADDRESSOGRAPH STAMP BELOW LINE



**DEACONESS - NASHOBA HOSPITAL**
Ayer, Mass. 01432

**DOCTOR'S ORDER SHEET**

NH00400

# PHYSICIAN'S ORDERS (PACU)

**INSTRUCTIONS:**   1. INDICATE COPY REMOVED BY PLACING INITIALS IN COLUMN OPPOSITE PHYSICIAN'S SIGNATURE.
2. THE SIGNATURE OF A PHYSICIAN MUST ACCOMPANY EACH SET OF ORDERS.

**USE BALL POINT PEN & PRESS FIRMLY.**

| DATE | TIME | PHYSICIAN'S ORDERS | INITIALS |
|---|---|---|---|
| | 1200 | **ADMISSION ORDERS TO POST ANESTHESIA CARE UNIT (PACU)** | |

**ADMISSION ORDERS TO POST ANESTHESIA CARE UNIT (PACU)**

1. Admit to PACU with vital signs per PACU routine.
2. Document pain intensity score (0 to 10) on flow sheet.
3. Titrate nasal $O_2$, mask or tent to $SaO_2$ > 94% (or within 5% of baseline pre-operative oxygen saturation).
4. Notify anesthesiologist if:
   a) vitals deviate from baseline by more than 20%.
   b) $SaO_2$ < 85% at any time or < 92% on discharge, after 5 minutes on room air.
5. LR 250 ml IV PRN SBP < 90 with symptoms in ASA I or II patient. MR x 6.
6. Atropine Sulfate 0.4 mg IV PRN heart rate less than 60 AND systolic blood pressure less than 90.
7. Naloxone 0.04 - .08 mg IV PRN RR < 8, MR q 2 minutes up to 0.4 mg. (0.4 mg IV PRN RR < 5 - Notify Anesthesiologist)
8. Titrate Analgesic. Reassess and readminister every 2 to 5 minutes to reduce pain to < 5
   intensity: (Use Fentanyl if none checked).

| | | | |
|---|---|---|---|
| ☑ Fentanyl | 20 to 50 mcg | IV up to total of _____ mcg (200 mcg if blank) | |
| ☐ Meperidine | 20 to 50 mg | IV up to total of _____ mg (200 mg if blank) | |
| ☐ Morphine | 2 to 5 mg | IV up to total of _____ mg (20 mg if blank) | |
| ☐ Buprenorphine | .05 - .1 mg | IV up to total of _____ mg (0.3 mg if blank) | |
| ☐ _____ | _____ mg route: _____ q _____ min. up to total of _____ mg. | | |

9. Titrate anti nausea agent PRN nausea or vomiting: (Use Droperidol initially if none checked).
   ☐ Droperidol (Inapsine) 0.625 mg IV q 5 minutes up to _____ mg total (2.5 mg if blank).
   ☒ Metoclopramide (Reglan) [10 mg in 10 ml NS] 5 ml IV q 5 minutes up to_____ mg total (20 mg if blank).
   ☐ Trimethobenzamide (Tigan) 100-200 mg PR up to _____ mg total
        (100 mg age < 8 years, else 200 mg if blank).
   ☐ _____ mg route: _____ q _____ min. up to total of _____ mg.
10. ☐ _____

SIGNATURE: _____ M.D.

**DISCHARGE ORDERS FROM POST ANESTHESIA CARE UNIT (PACU)**

1. D/C from PACU to _____ (SDC if blank).
2. $O_2$  ☐ 1  ☐ 2  ☐ 5  ☐ _____ l/m (none if blank); Incent. spirom: 8 breath q 1 hr x_____ h
   (none if blank).
3. Remove scope patch at:  ☐ 24 h   ☐ 48 h  (D/C SDC if not otherwise checked).

SIGNATURE: _____ M.D.

**ADMISSION ORDERS SURGICAL DAY CARE (SDC)**

1. Admit to SDC with vitals per SDC protocol.
2. Pain Control  ☐ Ibuprofen 800 mg p.o.   ☐ Acetaminophen 325 i-ii p.o. or elixir_____ mg/kg
   ☐ _____ mg route: _____ q _____ min. up to total of _____ mg.
        (per surgeons order if blank)
3. Antiemetic: Trimethobenzamide 100-200 mg PR (100 mg PR < 8 years)
4. LR 250 ml IV PRN symptoms in ASA I or II patient. MR x 4.
5. Discharge to home after meeting SDC discharge criteria.

SIGNATURE: _____ M.D.

**DEACONESS-NASHOBA HOSPITAL**
AYER, MA 01432

**PHYSICIAN'S ORDERS**
**(PACU)**

ADDRESSOGRAPH STAMP BELOW LINE


NH00401

PT 7

USE BALLPOINT PEN - PRESS DOWN FIRMLY
CANCELLATION OF ORDER SHOULD BE
WRITTEN AS A SPECIFIC NEW ORDER

INDICATE DURATION OF ORDER AS WELL AS   DOSE.
INTERVAL AND ROUTE OF ADMINISTRATION. WHEN
DURATION OF ORDER IS NOT INDICATED, THE
HOSPITAL'S STOP ORDER POLICY WILL BE APPLIED.

AUTHORIZATION IS GIVEN TO DISPENSE A
CHEMICALLY IDENTICAL DRUG (ACCORDING TO
RULES AND REGULATIONS OF THE HOSPITAL)
UNLESS IT IS WRITTEN THAT NO OTHER BRAND
IS ACCEPTABLE.

## NURSE OR WARD SECRETARY          REMOVE TOP YELLOW COPY          AND SEND TO PHARMACY

| DATE | TIME | ORDERS |
|------|------|--------|
| | | **WEIGHT:** |
| | | **ALLERGIES:** Novacaine c̄ Epi |

Post Op

RL 75/h    prn    d/c at 8 AM Friday    K    MK
Foley    ✓    d/c at 8 AM Friday    K
D₅    K
Amb ✓    K
Shower    K
Percocet 1-2 q 4°    MK
Tylan    q 4-6°    MK
Restril 30 q hs    MK
2 Mucolox bid    MK

noted    3% m_____

24° med + fax ✓    Thursday    

◄ DO NOT USE THIS SHEET
UNLESS A NUMBER SHOWS

**DEACONESS - NASHOBA HOSPITAL**
Ayer, Mass. 01432

**DOCTOR'S ORDER SHEET**

ADDRESSOGRAPH STAMP BELOW LINE

NH00402

Form 151 S.H. 1-94

USE BALLPOINT PEN - PRESS DOWN FIRMLY
CANCELLATION OF ORDER SHOULD BE
WRITTEN AS A SPECIFIC NEW ORDER

INDICATE DURATION OF ORDER AS WELL AS   DOSE,
INTERVAL AND ROUTE OF ADMINISTRATION. WHEN
DURATION OF ORDER IS NOT INDICATED, THE
HOSPITAL'S STOP ORDER POLICY WILL BE APPLIED.

AUTHORIZATION IS GIVEN TO DISPENSE A
CHEMICALLY IDENTICAL DRUG (ACCORDING TO
RULES AND REGULATIONS OF THE HOSPITAL)
UNLESS IT IS WRITTEN THAT NO OTHER BRAND
IS ACCEPTABLE.

## NURSE OR WARD SECRETARY        REMOVE TOP YELLOW COPY        AND SEND TO PHARMACY

| DATE | TIME | ORDERS |
|------|------|--------|
| | | **WEIGHT:** |
| | | **ALLERGIES:** Novocaine c̄ Epi |
| | | D/C IV |
| | | D/c Foley |
| | | Shower |
| | | May be discharged today |
| | | after 80z Geritonic (mix 1 |
| | | Valium 5q 3-4x/day prn |
| | | Imipramine 25q hs   7-fr her tonic |
| | | Amytriptyline 100 hs |

DO NOT USE THIS SHEET
UNLESS A NUMBER SHOWS

ADDRESSOGRAPH STAMP BELOW LINE



**DEACONESS - NASHOBA HOSPITAL**
Ayer, Mass. 01432

**DOCTOR'S ORDER SHEET**

NH00403



**DEACONESS - NASHOBA HOSPITA**
**AYER, MA 01432**

**CONSENT FOR SURGICAL PROCEDURE**

1. I, ███████████

hereby authorize Dr. __Bogojavlensky_____ and/or such assistants as may
be selected by him/her to treat the condition or conditions which appear indicated by the diagnostic
studies already performed.
    Incontinence
_____

Explain nature of the condition

2. The procedure(s) necessary to treat my condition has/have been explained to me by

Dr. __Bogojavlensky_____,and I understand the nature of the procedure to be:


    Cystoscopy / Enterocele repair
_____

Description of procedure(s)

It has been explained to me that I have the right to consent or to withhold consent. I further understand that
during the course of the operation or procedure(s), unforeseen conditions or complications may be revealed
which necessitate an extension of the original procedure(s) or different procedure(s) than those described
above. I, therefore, authorize and request that the above-named Physician(s)to perform such medical or
surgical procedures as are necessary and desirable in the exercise of professional judgement. The authority
granted shall extend to treating all conditions that require treatment and are not known to the above-named
Physician(s) at the time the procedure or operation is begun.


I have been informed that there are serious risks and complications such as blood loss, heart stoppage,
allergic reactions, etc., and other unforeseeable risks including death that are or may be associated with any
Medical or Surgical procedure. I am aware that the practice of medicine is not an exact science, and I
acknowledge that no guarantees have been made concerning the results of the procedure(s) or operation. The
alternative to this treatment and consequences of these alternatives have been described to me. I have also
been made aware of certain risk(s) and consequences which are or may be associated with the procedure(s)
described
above, including the following risks:

    Complications from bleeding, infection, injury to bowel or bladder.
_____
_____
_____
_____


Should a blood transfusion be necessary, I understand that there are risks associated with the transfusion of
blood even when all precautions are taken. These risks include (but are not limited to):


1. Occasional complications: Fever, chills, allergic reactions such as hives, or transmission of hepatitis virus
without symptoms.

2. Infrequent complications: Clinical symptoms of hepatitis due to transmission of hepatitis viruses, or heart
failure due to excessive transfused fluid.

3. Very rare complications: Hemolysis (destruction of the transfused red blood cells) with fever, shock, chest
pain, and/or red urine, or transmission of infectious disease besides hepatitis, including AIDS (acquired
immune deficiency syndrome) and malaria.

**NH00404**

I am aware that other unexpected risks or complications not discussed may occur and that no guarantees or promises have been made to me concerning the results of any procedure or treatment.

I understand:

1. The benefits and risks of the proposed transfusion(s).

2. What may happen if I do not have the transfusion(s).

3. What alternative treatments (if any) are available.

I authorize disposition of any of my tissue or body parts commensurate with Hospital policy.

I certify that I have read and fully understand the above consent, that the explanations referred to above were made, that I have had the opportunity to ask any questions and received satisfactory answers, that all blanks or statements requiring insertion or completion were filled in, and that inapplicable paragraphs, if any, were crossed out before I signed.

_____
Witness to Patient's signature
or Person signing on behalf of Patient

Date_____Time_____AM
                                    _____PM

_____
Signature of Patient or Person
signing on behalf of Patient.

_____
Relationship to Patient of Person
signing on Patient's behalf.

I certify that I have explained to the above-named patient the nature of his/her condition, the procedures involved in this surgery, and the risks, benefits, and alternatives to this procedure. I also offered to answer the patient's questions and told the patient that he/she had the right to withdraw consent without prejudice.

Date_____Time_____AM
                                    _____PM

_____
Physician's signature.





### DEACONESS-NASHOBA H...
200 Groton Road
Ayer, MA 01432

# ADMINISTRATION OF ANESTHESIA CONSENT

***TO THE PATIENT:*** *You have the right, as a patient, to be informed about the anesthesia to be utilized during your procedure(s) so that you may decide whether or not to undergo the procedure after knowing the potential risks and potential benefits involved. This disclosure is not meant to alarm you; it is an effort to allow you to participate by providing informed consent.*

It has been explained that a member of the Department of Anesthesia will administer anesthesia appropriate to my condition and will monitor my bodily functions during the procedure(s). I consent to the administration of anesthesia for the procedure specified in the Consent for Medical, Surgical, and Diagnostic Procedure(s). I understand that this anesthetic will be on of the following:

| | | |
|---|---|---|
| [X] | General | I will be completely asleep. |
| [ ] | Spinal/Epidural | My lower body will be numb. |
| [ ] | Regional Nerve Block | Part of my body will be numb. |
| [ ] | I.V. Regional | One of my arms or legs will be numb. |
| [ ] | Monitored Anesthesia Care | I will have numbness at the surgical site; and may be given a sedating medication. |
| [ ] | Other _____ | Another type of anesthesia discussed with the anesthesiologist. |

I understand that anesthesia can result in minor or major complications. A minor complication may include, but is not limited to nausea, vomiting, sore throat, damage to teeth, hoarseness, muscle pain, headache, irritation or damage to veins, and awareness under anesthesia. A major complication may include, but is not limited to airway obstruction, allergic reaction, convulsions, paralysis, a transfusion reaction, damage to the brain, damage to the lungs, damage to the liver, damage to the nerves, damage to the kidneys, heart attack, stroke, or death. I also realize that the following additional anesthesia-related risks, among others, may occur in conjunction with the particular procedure(s) proposed for me: _____

_____

_____

Anesthetic agents administered during the first three months of pregnancy may cause fetal abnormalities. I am aware that in the administration of anesthesia, other unexpected risks or complications may occur.

NH00406



**OPERATIVE REPORT**

**DEACONESS – NASHOBA HOSPITAL**
**200 GROTON ROAD, AYER, MA 01432**

Name:
MR #/PIN #:
Date of Operation:

**PREOPERATIVE DIAGNOSIS:**  Urinary stress incontinence.

**POSTOPERATIVE DIAGNOSIS:**  Urinary stress incontinence.

**OPERATION:**  Cystoscopy, suburethral sling plasty.

**SURGEON:**  SERGEI BOGOJAVLENSKY, M.D.

**ANESTHESIA:**  General endotracheal.

**INDICATIONS:**  This patient has had progressively severe urinary stress incontinence.  On examination she has a lax suburethral vagina.  She demonstrates involuntary urine loss in the dorsal lithotomy position with cough.  Her bulbocavernosus reflex is intact.

**OPERATIVE PROCEDURE:**  The patient was prepped and draped in the dorsal lithotomy position.  The Foley catheter was inserted and with the balloon at the bladder neck, the mid urethra was defined.  Two parallel paraurethral incisions were then made from just below the external meatus to just above the bladder neck on each side of the urethra.  Using scissors, then flaps laterally were developed so that one could reach just under the bone on each side.  Two small stab wounds were made in the skin behind the pubis approximately 6 cm apart; then with cystoscopy monitoring, a Stamey needle was passed down and a 6 mm polypropylene tape was brought up along the path of the posterior pubourethral ligaments and was pulled up above the skin.  A tunnel was made under the mucosa at the mid urethra and the tape passed through that and then again a Stamey needle was passed to the contralateral side and the bladder was checked with the cystoscope to be sure it was not injured and then the tape was pulled up again.  The tape as then pulled up so that there was absolutely no tension on the mid urethra and the ends of the tape suprapubically were cut off so that they would retract below the level of the skin.  The periurethral incisions were closed, first with a mattress stitch that incorporated the anterior head of the pubococcygeus muscle and then with a running, locking O Vicryl suture.  This was done on both sides.  There was no bleeding.  The Foley continued to drain clear urine.  Estimated blood loss negligible.

_SB~1_

SERGEI BOGOJAVLENSKY, M.D.

D:
T:
ms

Original                                                                OPERATIVE REPORT

**DEACONESS-NASHOBA HOSPITAL**
**PERIOPERATIVE PATIENT QUESTIONNAIRE**

| Adm. Time: | | Pre-op Visit: | | |
|---|---|---|---|---|
| O.R. Date & Time: 1015 | Age: | □ A  □ SDC  □ MED | | |
| Procedure: Incontinence Cysto Surg, Enterocele Repair | Attending M.D. D Ambrosio | Surgeon: Bopodlevsky | | |
| Anesthesia: Gen mask | | Est. Ht. | Est. Wt. | |
| Allergies: novocaine, novol cpt psf | | Act. Ht. | Act. Wt. | |

**MEDICATIONS** — include Coumadin, NSAID, ASA: □ YES  ☑ NO

Amitriptyline 100 mg 6pm 50mg at hs.
Valium 5mg qid (prn) usually 1-2 gd.
Imipramine 25mg 9pm (prn) Tidamin
Inderby shots prn Tylmalgen

**PREVIOUS SURGERY / ANESTHESIA**

Hyst. Exc Breast cyst x2
Appy.

| ANY PROBLEM WITH: | YES | NO | COMMENTS |
|---|---|---|---|
| Heart / B/P (Angina, CHF, MI, MVP, Murmur) | □ | ☑ | |
| Lungs (Asthma, COPD, Recent URI) | □ | ☑ | |
| Renal (G.U.) | □ | □ | Hx UTI's |
| G.I. (Hiatal Hernia, Diverticulitis, Ulcer)) | ☑ | □ | Occ baking soda for heartburn |
| Hepatic (Jaundice, Hepatitis, Cirrhosis) | □ | ☑ | |
| Hematology (Hx Transfusions, Hemorrhage) | ☑ | □ | Hx anemia |
| Endocrine (Diabetes, Thyroid, Steroids) | □ | ☑ | Migraines - better controlled on meds - last one |
| Neuro (Stroke / TIA, Seizures, Headaches) | ☑ | □ | Arthritis - neck + back problems |
| Musc / Skel / Other | ☑ | □ | |
| LMP ____ Preg? (N/A) | □ | ☑ | hx cysts on ovaries |
| Hx of Phlebitis / P.E. | □ | ☑ | |
| Indications for SCD Boots Using Risk Factor Assessment? | ☑ | □ | |
| Smoking Hx / ETOH / Substance Abuse | ☑ | □ | quit 27 yr ago. <1 ppd x 20 y. |
| Dentition / Dentures, Contacts / Glasses | ☑ | □ | Caps, partial bridgework |
| HOH, Hearing Aides, Cane, Walker, Crutches | □ | □ | |
| Complications with Anesthesia | □ | ☑ | |
| Motion Sickness, Nausea and Vomiting | □ | ☑ | |
| Scop Patch / Pepcid / Reglan Ordered | ☑ | □ | |

Result Abnormalities:

Patient's Rights reviewed and given to the patient / family:

Pre-op Vital Signs: 96⁵-80-20  132/82

Pre-op Meds: Pepcid Reglan Tylenol

Comments: Clear lungs ē bowel sug — Dr Bopodlevsky

**PATIENT INSTRUCTED TO HAVE ADULT DRIVE THEM HOME AND STAY WITH THEM UNTIL THE MORNING AFTER SURGERY**

Person Responsible / Time: ____  R.N. Signature: ____ RN  Date: ____

**EXAM**

| Heart: RRR | Lungs: Clear | | | |
|---|---|---|---|---|
| Airway: | CLASS 1 (2) 3 4 | Dentition: ☑ Good  □ Loose  □ Poor  □ None | | |
| Other: | | Signature: | | |

**ANESTHESIA ASSESSMENT**

□ Labs reviewed   ☑ Anesthesia explained to patient (parent / guardian) and consent given.

ASA 1 (2) 3 4 5 E   For: ☑ GEN  □ MAC  □ REG  □ SAB  □ EPID  □ EPID / NARC  □ I.V. REG  □ Other

**COMMENTS**

Pt NPO 3 MN

Anesthesiologist Signature: ____

NH00408

PT 7

| DIAGNOSIS | PRECORD/ESOP SCORE | FOLEY | I.V. SITE | AIRWAY | ORAL | NASAL |
|---|---|---|---|---|---|---|
| | AUTOMATIC B.P. CUFF | N/G TUBE | | ENDOTUBE | ORAL | NASAL |
| | C.V.P. | WARMING BLANKET | | TYPE: | SIZE 7, 0 | |
| PROCEDURE | SWAN GANZ | NERVE STIM. | | BLADE: | CUFF | |
| | ARTERIAL LINE | | | CHEST AUSC. | TAPED AT | |
| | SURGEON | | | TECHNICAL PROBLEM | | |
| | CIRCULATOR | | STARTED BY: | ANESTH. TIME 1040 — 1200 | | |

| | TIME | | 1100 | | 1200 | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | O₂ | l/m | | 6/1 | | | | |
| **A** | | | 2 | | | | | |
| **G** | Fentanyl | mcg | 50 | 50 | | | | |
| **E** | | mg | | 150 | | | | |
| **N** | DTC / | mg | | 3/140 | | | | |
| **T** | | mg | | 20 | | | | |
| **S** | Reglan | mg | | 20 | | | | |
| | | mg | | 1000 | | | | |
| **F** | | | | 10/10 | | | | |
| | | | | 4 | | | | |
| **L** | LR | | | 1000 | | | CC TOTAL IN | |
| **U** | BLOOD-GIVEN | | | | | | CC | |
| **I** | BLOOD-LOST | | | | | | CC | CC |
| **D** | URINE | | 400 | | | | CC | |
| **S** | TEMP | | | | | | CC | |
| | F₁O₂ | | 87 | 90 | 90 | | CC | CC |
| | END TIDAL CO₂ | | 31 | 33 | 32 | | TOTAL OUTPUT = | CC |
| | OXIMETER | | 98 | 97 | 99 | | | |

| SUMMARY OF PREOP CHECKS | EKG | | | | | | PRE OP B.P. | PRE OP PULSE | PRE OP RESP. | PRE OP TEMP |
|---|---|---|---|---|---|---|---|---|---|---|
| OXYGEN | CVP/PAP | 220 | | | | | HT. | WT. | HD. | Hct. |
| | B.P. | 200 | | | | | | | | |
| SUCTION | RESPIRATION | 180 | | | | | PT. I.D. | N.P.O. | PHYS STATUS | |
| | SPONT | | | | | | | | | |
| CIRCUIT | ASSIST | 160 | | | | | | | | |
| | CONT | | | | | | | | | |
| | A-LINE | 140 | | | | | PREMED | | | |
| VENTILATOR | TEMP | 120 | | | | | | | | |
| ANESTH. MACHINE | ANES | 100 | | | | | | | | |
| | OPER | 80 | | | | | ALLERGIES | | | |
| VAPORIZER | | 60 | | | | | | | | |
| MONITORS | | 40 | | | | | POSITION | | | |
| | TV x R | 20 | | | | | lithotomy | | | |
| ALARMS | | 10 | | | | | ARMS | | | |
| | PIP | 5 | | | | | EYES | taped | | |

REMARKS

NAME

| DATE | ANESTHESIOLOGIST |
|---|---|

**NH00409**

DEACONESS - NASHOBA HOSPITAL



**VITAL SIGNS**   DATE: ▓▓▓▓

ERGIES: *Avaccine i.g.*

sting problems: *Incontinence inf UTI's,*
*mia, inguinous arthritis*

Med. *Lyoid, Lesian Lylenol*
<50    Procedure: *Lysts, Sling,*
*terocele RPR*

Anesthesiologist: *Morrison*
Anesthetic Agent: *O₂ Vivaid fentanyl propofol*

Relaxants: *DTC/Sup Ciscurium*    Reversed ☐
Intubated ☑ *1 2.0*
Intra-op problems: *pre anesth seel for residetails*

Intra-op medications: *Lyoid, Effyol Zofran*

| | 12 | 12 | 12 | 12 | 1P | 1P | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| of Airway | / | / | / | / | / | / | | | | | | | |
| of Consciousness | 3 | 2 | / | / | / | / | | | | | | | |
| iac Rhythm | SR | SR | SR | SN | SNSN | SR | | | | | | | |
| ugs        gtts/mgm or mcg: | | | | | | | | | | | | | |
| at (Oximetry) | 92 | 100 | 100 | 96 | 96 | 93 | 99 | | | | | | |
| ial Line | | | | | | | | | | | | | |
| ne - PAS/PAD | | | | | | | | | | | | | |
| al Level | | | | | | | | | | | | | |
| sing X or D | *Air Pad* | D | D | D | D | D | D | D | | | | | |
| sing X or D | | D | D | D | D | D | D | D | | | | | |
| Score (1-10 scale) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |

ng Code
ry        X = See Note

of Airway Code
ar        2 NP Airway
Airway   4 Endo-tube
arded    6 Trach

of Consciousness
rake & oriented
rake & disoriented
ousable
responsive

IV    In OR  *1000*
      In RR  *200*

BLOOD PRODUCTS - *NA*

URINARY OUTPUT - *foley - 650*

GASTRIC - *NA.*

WOUND DRAINAGE - *NA*

OTHER - *NA*

addressograph

**NH00410**

| POST-ANESTHESIA SCORE | TIME: | IN | | OUT | | LABORATORY VALUES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| moves 4 extremities . . . . . 2 | Activity | | | | | | | | | | NA | CL | BUN | | Hct | PT |
| moves 2 extremities . . . . . 1 | | | | | | pH | pO₂ | pCO₂ | HCO₃ | % SAT | | | | B.S. | | |
| no movement . . . . . . . . . . 0 | | | | | | | | | | | K | CO₂ | CREAT | | Hgb | |
| able to cough/deep breath . 2 | Resp. | | | | | | | | | | | | | | | |
| maintains adequate airway . 1 | | | | | | | | | | | | | | | | |
| airway requires support . . . 0 | | | | | | | | | | | | | | | | |
| BP 20% pre-op level . . . . . 2 | Circulation | | | | | | | | | | | | | | | |
| BP 20-50% pre-op level . . . 1 | | | | | | | | | | | | | | | | |
| BP 50% or > % pre-op level 0 | | | | | | | | | | | | | | | | |
| fully awake . . . . . . . . . . . . 2 | Conscious | | | | | | | | | | | | | | | |
| arousable . . . . . . . . . . . . . 1 | | | | | | | | | | | | | | | | |
| unresponsive . . . . . . . . . . 0 | | | | | | | | | | | | | | | | |
| pink . . . . . . . . . . . . . . . . . 2 | Color | | | | | | | | | | | | | | | |
| pale, dusky, jaundiced . . . . 1 | | | | | | | | | | | | | | | | |
| cyanotic . . . . . . . . . . . . . . 0 | | | | | | | | | | | | | | | | |
| TOTALS | | | | 10 | | | | | | | | | | | | |

OTHER BLOOD WORK:

| DRUGS | TIME | | | DRUGS | TIME | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**PROGRESS NOTES**

DATE / TIME

12N. Pt received in PASU via stretcher accompanied by Dr. Morrison, D. Gilbert RN. + Reports received. Nasal O₂ @ 3Lt per cannula. Lungs clear. I.V. infusing well. Site clear. Foley clear yellow urine. 1° Resting comfortably. Dennis

pain. No N/V. Foley - er yellow urine. Discharges to floor.

J. Pearson RN

report to:

**RHYTHM STRIPS**



GRAPHIC CONTROLS CORPORATION  BUFFALO, NEW YORK

NH00411

DATE: ▓▓▓▓▓▓

TIME ADM. TO H.R.: _9:40 Am_

H.R. VIA:

_____ W.C. ✓ STR (RAILS UP)

_____ STRETCHER (SIDE UP)

I.D. BAND CORRECT: (Y) N

VERBAL I.D. (Y) N

PT. STATES REASON FOR
BEING HERE: (Y) N

CHART COMPLETED Y (N)
IF NO, EXPLAIN:
_Consent finished in_
_H.R._

ALLERGIES: Y (N)
IF YES, LIST:
_NKA_

SENSORY AIDES AND/OR
PROSTHETIC DEVICES:
(LABELED AND CHECKED
BY PT.) (Y) N

DISPOSITION: _Temporary_
_Bridge_

FOLEY CATH Y (N)

AMOUNT IN BAG _____

APPEARANCE: _____

I.V. LINES (Y) N

SITE AND AMOUNT
REMAINING: _R. R. line_
_Dr. Mousson_

---

NPO STATUS _24°_

LEVEL OF CONSCIOUSNESS:
✓ ALERT ✓ RESPONSIVE

_____ UNRESPONSIVE

_____ DROWSY _____ CONFUSED

EXPLAIN IF NECESSARY:
_____

PATIENTS STAMP

■■■■■■■■■■■■■■■■■■■■■■■■■

GENERAL SKIN ASSESSMENT:
_good_

NURSE'S NOTES, TREATMENTS, PROCEDURES AND MEDICATIONS:

_O₂ Sat 98% on R. A._

_pre-op visit c̄ Dr. Mousson_

_Teds fitted._

ASSESSMENT COMPLETED BY: _K. Cloutier_ RN
( R.N. SIGNATURE )

TO O.R. # _2_ VIA: _bed_

---

| PROBLEM | INTERVENTION | EVALUATION |
|---|---|---|
| 1. POTENTIAL FOR ANXIETY RELATED TO UNFAMILIAR SURROUNDINGS. | 1. H.R. NURSE WILL MAINTAIN QUIET ENVIRONMENT AND PRIVACY. EXPLAIN PERTINENT O.R. ROUTINE EXPLORE PTS UNDERSTANDING OF THE PROCEDURE. | 1. PT. VERBALIZES ANY SPECIFIC ANXIETIES. PT. WILL EXPRESS HIS/HER UNDERSTANDI OF THE PLANNED PROCEDURE |
| 2. POTENTIAL FOR HYPOTHERMIA DUE TO ANXIETY, PHYSICAL STATUS AND/ OR SURGICAL SITE EXPOSURE. | 2. H.R. NURSE WILL PROVIDE PT. WITH THERMODRAPE HAT, BLANKET, AND ▓▓▓▓▓▓ ( CIRCLE ITEMS USED ) | 2. SEE ANESTHESIA RECORD FOR PTS TEMP. DATE: ▓▓▓▓ R.N. INITIALS _KC_ |

**DEACONESS - NASHOBA HOSPITAL
HOLDING ROOM RECORD**

NH00412

| PROBLEMS | INTERVENTION: | EVALUATION. |
|---|---|---|
| 1. POTENTIAL FOR INJURY RELATED TO RETENTION OF FOREIGN OBJECT IN WOUND | 1. R.N. WILL INITIATE AND PERFORM ALL SPONGE NEEDLE AND INSTRUMENT COUNTS IN ACCORDANCE WITH POLICY AND PROCEDURE. | 1. NO RETENTION OF FOREIGN OBJECT IN WOUND AS DEMONSTRATED BY CORRECT SPONGE, NEEDLE AND INSTRUMENT COUNT |
| 2. POTENTIAL FOR ALTERATION IN SKIN INTEGRITY RELATED TO THE USE OF ESU | 2. R.N. WILL:<br>A. CHECK ESU UNIT PRIOR TO USE.<br>B. CHOOSE GROUND PAD SITE FREE FROM EXISTING PROBLEMS<br>C. PLACE GROUND PAD ON FLESHY AREA NEAREST OPERATIVE SITE BUT NOT OVER BONY PROMINENCE. | 2. SKIN INTEGRITY OF PAD SITE IS NOW COMPROMISED AS DEMONSTRATED BY ABSENCE OF BURNS, BLISTERS, OR REDNESS FOLLOWING REMOVAL OF GROUNDING PAD. |
| 3. POTENTIAL FOR WOUND INFECTION | 3. R.N. WILL:<br>A. PREP SURGICAL SITE ACCORDING TO DOCTORS PREFERENCE AND BY POLICY AND PROCEDURE.<br>B. ASEPTIC TECHNIQUE WILL BE MAINTAINED.<br><br>C. STERILE DRESSING WILL BE APPLIED AT CLOSE OF PROCEDURE. | 3. SURGICAL WOUNDS WILL BE CLEAN, DRY AND DRESSED APPROPRIATELY. |

4. ADDITIONAL PROBLEM POTENTIALS (IF INDICATED)

DATE: _____    INITIALS OF R.N. _DG_____

NH00413

PT 7

E _____ ROOM _____  CIRCULATING NURSE _Janet Colburn_

GEON _Bogosarlunsky_  SCRUB NURSE _M. Cherry_ cORT

ISTANT _Boges_  ADMITTED TO OR VIA _SOL Buf_

STHESIOLOGIST _Morrison_  PT IDENTIFIED BY _DG_

STHESIA: GENERAL ✓c OII  LOCAL _____  SPINAL _____  BIER BLOCK _____

-OP DIAGNOSIS: _incontinence, Prolapse_

T-OP DIAGNOSIS: _same_

RATION: _Cysto Sling Enterocele RPR_

URGICAL POSITIONING:  SPECIAL PADDING OR POSITIONING AGENTS:
UPINE _____  ☑ YES  ☐ NO
RONE _____  _Kegton Lat Knee_
ATERAL _____  _foam headrest_
THOTOMY ✓  _Sling Straps_
THER _____

RM POSITIONS:  9. FOLEY CATHETER:
T: _Rodolesscone Bruists 60° Andero_  ☐ YES  ☑ NO  ☐ EXISTING
  SIZE: _16/5 cc_
. SITE(S):  INSERTED BY: _DR Boga_
_I35t Lt DR.m_  APPEARANCE: _cl STR_

  10. MEDICATIONS PREPARED, GIVEN OR DISPENSED
AFETY STRAP: ☑ YES  ☐ NO  TO SCRUB: ☐ YES  ☐ NO
OCATION _t. print_  _Sensorcene 0.25% c epinephrine 1:200_
  _40 cc's_
KIN PREP:  SOLO ✓  _1000RL Sentagon 80mg cysto irr_
THER: _____  _Bacitren 50000 U in 100 NS irr_
TE: _Sira VAG c BBD_  _Ancef 1Gm By Ans._
REP BY _DG_
HAVE PREP: ☑ YES ☐ NO  11. DRAINS: ☐ YES ☑ NO
TE: _Perin_  PENROSE: _____  HEMOVAC: _____
REP BY _DG_  JACKSON-PRATT: _____
LECTROCAUTERY: ☑ YES ☐ NO  CHEST: _____  N/G: _____
. # _VL_II_  COAG _3_  CUT _3_  OTHER: _____
TE OF PAD: _Lt Lat Thigh_  12. PACKS ☐ YES ☑ NO
TE OF PRE-OP: _clean_  ORAL: _____  NASAL: _____
TE OF POST-OP: _clean_  VAGINAL: _____  OTHER: _____
URNIQUET: ☐ YES ☑ NO  13. SPECIMENS: ☐ YES ☑ NO
. # _____  NUMBER _____ DESTINATION _____
ME INFLATED: _____ AM PM
PILLARY REFILL: ☐ PRESENT ☐ ABSENT  FROZEN SECTION: ☐ YES ☑ NO
ME DEFLATED: _____ AM PM  NUMBER _____ DESTINATION _____
PILLARY REFILL: ☐ PRESENT ☐ ABSENT
THERMIA UNIT: ☐ YES ☐ NO _38°C_  CULTURES: ☐ YES ☑ NO
MP SETTING: _____  NUMBER _____ DESTINATION _____
TIENT'S TEMP: _____  14. X-RAYS: ☐ YES ☑ NO

NH00414

**DEACONESS-NASHOBA HOSPITAL INTRAOPERATIVE NURSING RECORD**

☐ YES ☐ NO

Surgipro Mesh

_____

ER # ____ V53 ____

_____

ER # _____

_____

ER # _____

_____

ER # _____

OOD PRODUCTS: ☐ YES ☑ NO

S:

_____

_____

_____

T MONITORING:
CIAN'S DIRECTION)

TED: _____
CEMENT: _____
Q 15 MINUTES.

PULSE OXIMETER (%)  X
RESP  ○

---

**18. IN ROOM TIME:** ____ 1050 ____ (AM) PM

**ANESTHESIA:** ____ 1045 ____ (AM) PM

**INCISION:** ____ 1115 ____ (AM) PM

**FINISHED:** ____ 11:50 ____ AM (PM)

**OUT OF ROOM:** ____ 12:00 ____ AM (PM)

**19. CASE CLASSIFICATION:**
CLEAN _____ CLEAN, CONTAMINATED ✓ ____
CONTAMINATED _____ DIRTY, INFECTED _____

**20. COUNTS:**

|  | INIT. | 1ST | 2ND | 3RD | 4TH |
|---|---|---|---|---|---|
| SPONGE | DG | C | C |  |  |
| NEEDLE | mc | C | C | Kd | Kd |
| INSTRUMENT | mc | cf | Kd | mc |  |

C = CORRECT        I = INCORRECT

**21. INCISIONAL DRESSINGS:** Reri Pad  steristrips

_____

**22. ESTIMATED BLOOD LOSS:** < 50cc

**23. NURSE'S NOTES:** Refer to OR Holding Room sheet
for initial assessment. ✓ done

---

Tran to PRE OP Morrison @ HOB
trymt to Bed + Came →

TRANSFERRED FROM OR VIA  SDC Bed
TO: RR ____ /         SDC _____
SCU _____        NURSING FLOOR _____

CIRCULATING
NURSE: _____
          _____

SCRUB
NURSE: _____





NH00416

DEACONESS · NASHOBA HOSPITAL

TOP GUIDE EDGE

PRE SURGICAL
LAB. WORK

DEACONESS-NASHOBA HOSPITAL,AYER,MA

# HEMATOLOGY

RUN DATE/TIME
SPECIMEN
PATIENT
SEX
Dr BOGO SDC
OP ID AS                    SEQ

| TEST | RESULT | EXPECTED RANGE |
|------|--------|----------------|
| WBC: | 6.6 K/uL | 4.8-10.8 |
| RBC: | 4.08 M/uL | 4.70-6.10 |
| HGB: | 12.6 g/dL | 14.0-18.0 |
| HCT: | 35.8 % | 42.0-52.0 |
| MCV: | 87.7 fL | 80.0-94.0 |
| MCH: | 30.9 pg | 27.0-31.0 |
| MCHC: | 35.3 g/dL | 33.0-37.0 |
| RDW: | 12.8 % | 11.6-14.2 |
| PLT: | 279. K/uL | 175.-475. |
| MPV: | 8.6 fL | 7.4-10.4 |

AUTO-DIFFERENTIAL

| | | |
|------|--------|----------|
| NEU: | 66.8 % | 42.2-75.5 |
| LYM: | 21.9 % | 20.5-51.1 |
| MONO: | 8.3 % | 1.7-9.3 |
| EOS: | 2.1 % | 0.0-5.0 |
| BASO: | 0.9 % | 0.0-2.0 |
| NEU: | 4.4 K/uL | 1.4- 6.5 |
| LYM: | 1.4 K/uL | 1.2- 3.4 |
| MONO: | 0.5 K/uL | 0.1- 0.6 |
| EOS: | 0.1 K/uL | 0.0- 0.4 |
| BASO: | 0.1 K/uL | 0.0- 0.2 |

| MANUAL DIFFERENTIAL | | RBC MORPHOLOGY | |
|------|------|------|------|
| NEU | META | NORMAL | MICRO |
| BAND | MYELO | PLYCHROM | MACRO |
| LYMPH | PRO | HYPCHROM | ANISO |
| MONO | BLAST | POIK | BASOSTIP |
| EOSIN | VAR LYM | TARGET | |
| BASO | JTDIGRAN | SPHERO | NRBC |
| COMMENT: | | | |
| DIFF BY | | DATE | |

ORIGINAL

BOTTOM GUIDE EDGE

## DEACONESS - NASHOBA HOSPITAL

### PLACE TOP OF REPORT NO. 3 HERE

### PLACE TOP OF REPORT NO. 2 HERE

**PRE SURGICAL LAB. WORK**

hcont.

☐ IN-PATIENT

☐ OUT-PATIENT

| MEN | TIME OF SPECIMEN | AM PM | ORDERED BY |
| E ☐ ASAP ☐ EMERG. ☐ SURGERY | | WRITTEN BY | |
| NSFUSION | PREVIOUS REACTIONS | DATE & TIME NEEDED | AM PM |
| NO WHEN? | | | |

TIME REQUISITION RECEIVED NO SPEC

TIME SP. TIME REC RECEIVED

| TE | PATIENT RESULTS | ☐ CROSS-MATCH | COMPATIBLE UNIT NUMBERS | BLOOD DERIVATIVES | COMMENTS: |
|---|---|---|---|---|---|
| UP | A Positive | ☐ UNITS ☐ FOR TRANSFUSION ☐ TO HOLD | | ☐ UNITS OF | ☐ AUTOLOGOUS BLOOD AVAILABLE |
| OOMBS | Negative | CHECK ONE. | | FRESH FROZEN PLASMA | |
| Y SCREE | | ☐ PACKED RED BLOOD CELLS (HUMAN) | | PLATELET CONCENTRATE | PATIENT SAMPLE DRAWN BY |
| ATION | | ☐ OTHER RED CELL PRODUCTS | | | 10 |
| et and hold specimen BLE CROSS-MATCH | | SPECIFY: | | | DATE DONE |

| OOD BANK | BLOOD RESERVED FOR 48 HOURS ONLY |

NH00418



Deaconess/Nashoba Hospital, Ayer, MA.
Dept: PREOP
Room: IH

NH00419

SDC Admission Date: ▓▓▓▓▓     Time: 8³⁰

Hgt: ▓▓  Wgt ▓▓▓▓  V.S.: T ▓▓▓  P ▓▓▓ R ▓▓ BP ▓▓▓

Allergies: _____     Condition changed since pre-op
                                          visit?   Y   N
                                      If yes, explain: _____

Meds taken in AM _____ no          4/1

_peperia_                            OR notified?   Y   N
_Milson_
_tyleanol_                           Demonstrate use of call light _____

H + P Present              ✓    Jewelry Removed              ✓
Consent Signed _fric_      ✓    Hairpins Removed             ✓
ID Bracelet on wrist       ✓    Makeup/nailpolish removed    ✓
Labwork Present            ✓    Eyeglasses/contact lenses removed ✓
EKG Results Present             Hearing Aid on/removed
CXR Results Present             Dentures removed  Top @partial ✓
Chart - Allergy labeled    ✓    Ride home Arranged  _temp_
NPO after midnight                  Telephone # _____
                                    Name _____

Additional pre-op notes: _____

---

| Problems | Expected Outcome | Intervention |
|---|---|---|
| 1. Knowledge deficit re: periop period | Patient/pt. repre-sentative will ask questions & verbalize understanding of what is expected in pre-operative period | 1. SDC RN will inform patient/pt. represent-ative about pre/post op procedures & restrictions  ✓<br>2. Attending RN will reinforce teaching & answer questions.  ✓ |
| 2. Anxiety, fear of the unknown | Patient/pt. repre-sentative will express feelings of lessened anxiety prior to transport to OR | 1. SDC RN will assess level of anxiety & possible causes & provide patient with verbal reassurance.  ✓<br>2. Attending RN will assess level of anxiety pre-op & take appropriate action prn.  ✓ |

Patient to OR at: 9³⁰ am          Attending RN: _____

NH00420





NH00421

The Vital Signs Record should be used on all critically ill patients and on all patients who are on B P. Pulse, Respirations or Temp. oftener than Q4°

| DATE | TIME | T | P | R | BP | TREATMENTS AND REMARKS |
|------|------|---|---|---|-----|------------------------|
| ▓▓ | 2ᴾ | 97⁵ | 88 | 18 | 130/90 | Received from RR via stretcher — moved well c̄ minimal assist |
| | 3ᴾ | 98² | 88 | 18 | 142/90 | to bed. A/A/O – Color pale - IV LR @ 75° patent - site intact. Steri strips to pelvic area - Peri pad - scant bloody drainage - Foley draining clear yellow urine. LS clear - Resting comfortably @ this time. |
| | 5ᴾ | 98⁶ | 78 | 18 | 156/86 | C/O headache. - medicated c̄ Tylenol. pt. did not want Percocet @ this |
| | 6³⁰ᴾ | | | | | time. Denies incisional pain. No further complaints — tolerated clear liquids for dinner-poorly. states minimal relief from |
| | 6⁵ᴾ | | | | | Tylenol but refusing Percocet. Resting comfortably @ this time. —————— m.____ RN |
| ▓▓ | 8ᴾ | 98³ | 108 | 20 | 140/86 | A+O x3 Color pink, skin w/D. LSC. Abd. soft BS x4H. tol. pos ⊖ n/v IUF LR @ 75 cc/hr IV site @ hand OK IS @ site. Tol. po's Denies n/v. 2 steri - strips DTI to pelvic area. Scant amt dng noted peri pad C/O minor incisional pain + also cont c̄ H/A Perc 1 po Foley patent dng clear yellow urine. ————— ____ RN |
| ▓▓ | 12A | 98⁷ | 74 | 18 | 138/86 | Pt sleepy, long intervals — ⊖ c/o pain states H/A mostly resolved. am and dng to peri pad. Foley patent IUF LR @ 75 cc/hr maintaining ⊖ n/v ————— ____ RN |

NH00422

NAME: ▓▓▓▓▓▓

HOSPITAL NUMBER:

DOCTOR: ____

Pt. 7

The Vital Signs Record should be used on all critically ill patients and on all
patients who are on B.P. Pulse, Respirations or Temp. oftener than Q4°

| DATE | TIME | T | P | R | BP | TREATMENTS AND REMARKS |
|------|------|---|---|---|----|------------------------|
| | 4A | 98¹ | 76 | 18 | 158/80 | Pt sleeping in low position. O further a/o pain on b/a. WF @ Dr ___ foley dry w/ yellow urine. ___ s Fowler Pr |
| | 8A | 99³ | 82 | 16 | 138/80 | vss afeb. LS clear. abd si. tender but denies pain. Unable to tol PO's very long. Vom lg amt @ lunch. med c zofan 4 omg ett as ordered. Gent 80 mg IV as ordered prior to s/c. Foley s/c'd @ 8¹. vd qs apx 2⁰⁰. Cont to vd qs. IV s/c. Sliek instructions reviewed. Pt s/c → home c friend N Berrard R |

PT 7

# DEACONESS - NASHOBA HOSPITAL

ATION ADMINISTRATION RECORD - 14 DAY

Enter Here
IN PENCIL
Number of
Forms in Use

ES: _Incontinence_

TO _____ DIET: _____
Red)

| | | Scheduled Medications | | | DATES GIVEN | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | EXP. DATE TIME | MEDICATION-DOSAGE-FREQUENCY-RT OF ADM. | HR | | | | | | | | | | | | |
| | | 2 pericolace po | 8ᴬ | | | | | | | | | | | | |
| | | B.I.D | 8ᴾ | | | | | | | | | | | | |
| | | Imipramine 25mg HS | HS | | lllw it ot stays | | | | | | | | | | |
| | | amitriptyline 100mg HS | HS | | | | | | | | | | | | |

USE RED ASTERISK * TO INDICATE DOSES
NOT GIVEN - EXPLAIN IN NURSE'S NOTES

| Orders + Pre-Operatives | | | | | | | |
|---|---|---|---|---|---|---|---|
| MEDICATION-DOSAGE-RT OF ADM | TO BE GIVEN DATE | TIME | NURSE INITIAL | OR DATE INITIALS | MEDICATION-DOSAGE-RT OF ADM | TO BE GIVEN DATE | TIME | NURSE INITIAL |
| Pepcid 20 mg po on adm | | 830 | MB | | Gentamicin IM 80mg X1 | | 12 | MB |
| Reglan 10 mg po on adm | | 830 | MB | | | | | |
| Tyl ⊕ po HA | | | MB | | | | | |

NH00424

RELIGION _____ DOCTOR _____ DATE/TIME ADMITTED _____

| Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | _Ty Thurdlk_ | |
| | | | | _Go Gauff_ | WS |
| Initials | Full Signature | Title | Initials | Full Signature | Title |

## PRN Medications

PRN'S should also be recorded in nurse

| OR DATE / INITIALS | EXP. DATE / TIME | MEDICATION-DOSAGE-FREQUENCY RT. OF ADM. | DOSES GIVEN |
|---|---|---|---|
| | | Percocet ī Q4° prn | DATE / TIME / SITE / INIT |
| | | Percocet īī Q4 prn | DATE / TIME / SITE / INIT |
| | | Tigan 200 IM Q 4-6° prn | DATE 11/19 / TIME 1715 / SITE / INIT |
| | | Restoril 30mg hs prn | DATE / TIME / SITE / INIT |
| | | Valium 5mg 3-4x [M,N/ prn] | DATE / TIME / SITE / INIT |
| | | | DATE / TIME / SITE / INIT |
| | | | DATE / TIME / SITE / INIT |

NH00425

# Deaconess-Nashoba Hospital
## IV FLOW SHEET

### SITE

| | |
|---|---|
| L - Left | FA - Forearm |
| R - Right | UA - Upper Arm |
| H - Hand | I - Inner |
| W - Wrist | O - Outer |
| CL - Central Line | A - A Line |

**Line Maintenance (LM)**
1. Heparin Lock Flush
2. 72° site rotation
3. Convert to Heparin Lock
4. Discontinued
5. C.L. dressing change
6. 48° C.L. tubing change
7. 24° TPN tubing change
8. Pulled out accidentally
9. Leaking
10. Clotted
11. Infiltrated

**Infection Control Monitoring (ICM)**
1. Site clean, dressing intact
2. Pain at site - no erythema swelling, induration
3. Some erythema and/or swelling at site - no induration or palpable cord - Notify Infection Control Nurse
4. Erythema, swelling at site, induration, palpable cord less than 3" above site - Notify M.D. and Infection Control
5. Erythema, swelling at site, induration, palpable cord more than 3" above site - Notify M.D. and Infection Control

ALLERGIES: Novacain's + ? pi



| INIT. | SIGNATURE / TITLE | INIT. | SIGNATURE / TITLE | PATIENT STAMP AREA |
|---|---|---|---|---|
| | | | | |

**NH00426**

# THE DEACONESS - NASHOBA HOSPITAL

## PERIOPERATIVE TEACHING RECORD

DATE:
SIGNATURE KEY:

PATIENT / SIGNIFICANT OTHER INCLUDED IN PATIENT
EDUCATION. EXPLAIN:

| TEACHING CONTENT: | DATE / INITIALS | I:I PT=PATIENT S.O.=SIGNIFICANT OTHER | HANDOUT | DEMONSTRATION | OTHER | NEEDS REVIEW |
|---|---|---|---|---|---|---|
| 1. PERI-OPERATIVE EDUCATION INCLUDING:<br>A) PRE-OPERATIVE TEACHING<br><br>B) INTRA-OPERATIVE TEACHING<br><br>C) POST-OPERATIVE TEACHING<br>(ALL THE ABOVE FOLLOWING THE ATTACHED GUIDELINES) | 11/6/c | yd | 1,2,3,5,6,8 | — | — | sea 11/6/c |
| 2. TOUR OF FACILITY OFFERED TO CHILDREN AND YOUNG ADULTS.  ACCEPTED / REFUSED | | | | | | |

COMMENTS:

HANDOUTS:    1. ANESTHESIA CONSENT; 2. DNI PATIENT HANDBOOK (this includes) PATIENT RIGHTS and DETAILED PREOP INSTRUCTIONS; 3. PRE-OP IN-STRUCTION CARD; 4. PCA INFO; 5. HEALTH CARE PROXY; 6. SURGICAL HANDOUTS FOR COUGHING AND DEEP BREATHING & DECREASING INCISIONAL PAIN; 7. SCOP PATCH AND INSTRUCTIONS FOR USE GIVEN TO THE PATIENT AND PATIENT INSTRUCTED NOT TO DRIVE, AFTER THE PATCH IS ON; 8. PATIENT RESPONSIBILITIES INFO SHEET; 9. OTHER.

I UNDERSTAND THAT BECAUSE I AM HAVING SURGERY WITH ANESTHESIA (ANY SEDATING MEDICATION) IT IS NECESSARY TO HAVE A RESPONSIBLE ADULT TO DRIVE ME HOME AND STAY WITH ME UNTIL THE MORNING FOLLOWING SURGERY. I HEREBY ACCEPT AND UNDERSTAND THESE INSTRUCTIONS.

DATE: _____ PATIENT OR GUARDIAN SIGNATURE: _____ WITNESS SIGNATURE: _____

TEACHING RESOURCES:
1. ALEXANDER'S "CARE OF THE PATIENT IN SURGERY", BY BARBARA J. GRUENDEMANN AND MARGARET HUTH MEEKER.



NH00427

# EXHIBIT G



Deaconess & Nashoba Hospital    Ayer, Massachusetts    **INPATIENT ADMISSION RECORD**

OT 28

| NANCIAL NO | MED. REC NO | DATE OF ADM | TIME OF ADM | ACCOM | FLOOR | BED | PATIENT TYPE | CL SER | FIN CLASS | RACE | SEX | SMOKE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 11:00A | 31 | | 99 | PAD | SURG | | | | |

| ATIENT'S NAME (LAST, FIRST, MI) | | MAIDEN/PREV. NAME | BIRTHPLACE | DATE OF BIRTH | AGE | AREA CODE | PHONE (HOME) |
|---|---|---|---|---|---|---|---|

ATIENT'S ADDRESS                    RELIGION/AFFILIATION       MAR. ST.   SOCIAL SECURITY NO.

ATIENT'S EMPLOYER        EMPLOYER'S ADDRESS        AREA CODE   WORK PHONE   PATIENT'S OCCUPATIC

UARANTOR'S NAME (IF MINOR, GUARDIAN)    ADDRESS    AREA CODE   PHONE NO.   SOC SEC. NO   EMPLOYER

ME OF NEAREST LEGAL RELATIVE    ADDRESS    AREA CODE   PHONE NO.   RELATIONSHIP

AREST LEGAL   AREA   PHONE NO.   EXTENSION   GUARANTOR'S   AREA   PHONE NO   EXTENSION
LATIVE'S   CODE                              WORK PHONE    CODE
ORK PHONE

ME OF ADDITIONAL PERSONAL CONTACT    ADDRESS    AREA CODE   PHONE NO   RELATIONSHIP

| MITTING PHYSICIAN | FAMILY PHYSICIAN | ADMITTING DIAGNOSIS | OPERATO |
|---|---|---|---|
| BOGOJAVLENSKY SERG | | \PROLAPSE/INCONTENT | |

MARY INSURANCE    POLICY NO.    INSURED'S NAME    GROUP    RELATIONSHIP

CONDARY INSURANCE    POLICY NO.    INSURED'S NAME    GROUP    RELATIONSHIP

MNA   DATE OF ACCIDENT   ORGAN DONOR   IS THERE A SIGNED HEALTH CARE PROXY   HEALTH CARE PROXY IS FILED IN MED. REC.   AUTHORIZATION/PRE-CERT. NO .   LAST VISIT DATE/TYPE
S  NO

RKER'S COMP   DATE OF ACCIDENT   DESIGNATED HEALTH CARE AGENT   RELATIONSHIP   AREA CODE   PHONE (HOME)   AREA CODE   PHONE (WORK)
NO
X

E OF DISCHARGE   TIME OF DISCHARGE   DISCHARGE TO:   ADMITTING COMMENTS ONLY
                 ☐ AM  ☐ PM

CODES   **PRINCIPAL DISCHARGE DIAGNOSIS:**

6256 | STRESS INCONTINENCE

OTHER DIAGNOSIS OR COMPLICATIONS:
6180 | Cystocele Rectocele
6186 | Enterocele
2810 | Pernicious Anemia
4240 | MVP
725 | Polymyalgia

PRINCIPAL PROCEDURE    DATE

Cystoscopy / Repair Cystocele Rectocele Enterocele / Suburethral
OTHER PROCEDURES
Shing Plasty

SULTS.

**NH00879**

**DEACONESS - NASHOBA HOSPITAL**
**AYER, MASSACHUSETTS 01432**

PT 28.

## AUTHORIZATION AND CONSENT UPON ADMISSION TO HOSPITAL

Patient's Name

I understand that my admission to this hospital is indicated because of my condition. I voluntarily authorize and consent to the customary examinations, tests and procedures performed on hospital patients in my condition and to continue routine medical treatment ordered by my physician.

Dr. *Bogdaveluski* _____ or his/her designee.

Witness                                    Patient's signature

NOTE: When the patient is a minor (under 18 years of age) or otherwise legally incompetent (unconscious or mentally incapable of understanding) the next of kin or legal guardian is legally responsible for authorizing medical and hospital services.

Witness                          Patient's legal representative

_____
Relationship

---

### LEAVING HOSPITAL AGAINST MEDICAL ADVICE

Patient _____

I am leaving the hospital, although I have been informed that I should not do so in my present condition

I am willing to assume the risks of causing harm to myself by leaving and I release the physicians, nurses, attendants and hospital from all further responsibility.

DATE _____          Signature _____

Time _____ a.m.     Witness _____
_____ p.m.

**SIGNMENT OF INSURANCE BENEFITS**

...rtify that the information given by me is correct and accept full responsibility for all charges. The hospital is authorized to furnish information from patient's medical record to any insurer, compensation carrier or welfare agency who may be providing financial assistance for hospital care. I ...eby assign and authorize payment directly to the above named hospital of all hospitalization or insurance benefits. I understand that I am ...ponsible for any balance after insurance payment, including all costs incurred in collecting same if the account becomes delinquent, such as court ...ts, attorney's fees and/or collection agency commissions or charges

**R MEDICARE PATIENTS:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct ...thorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any ...ormation needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. _____

                    

NH00880

PT 28

# Deaconess ⚕ Nashoba Hospital

200 Groton Road
Ayer, Massachusetts 01432
(508) 772-0200

## Statement of Receipt

## "Important Message to Medicare Patients"

Patient Name _____

Admission Date _____

*At the time of admission to Deaconess - Nashoba Hospital, I received
a copy of the "Important Message to Medicare Patients," explaining
my rights as a Medicare Beneficiary amd an explanation of PRO
disclosure of confidential information.*

Patient Signature _____

Patient Representative Signature _____

(   ) Patient unable to sign this form due to severity of illness.

(   ) No pat̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ortant Message."

Hospital Re̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶

NH00881

PT 28



DEACONESS NASHOBA HOSPITAL  Print Date:
CODING SUMMARY

ient Name :
: F    DOB:                          
ch Status : DISCH TO HOME (ROUTINE)
ending Phy: DOODJAVLENSKY SER
mary Ins  : MEDICARE
ondary Ins: MEDEX

Medical Rec# :
Account Number:
Admission Date:
Discharge Date:
Authorization#:

    MDC: 13,DISEASES & DISORDERS OF THE FEMALE REPRODUCTIVE SYSTEM
    DRG: 360 VAGINA, CERVIX & VULVA PROCEDURES

    DRG Weight: .8459          High Trim: 17          Low Trim:
    Actual LOS: 1             Geo Mean LOS: 2.9       Arith Mean LOS: 3.5

    DRG Payments: $   4044.46
    Total Charges:    3909.91

--------- Diagnoses -----------    ------------ Procedures -----------  Date

it 0x: 6256   FEM STRESS INCONTINEN

ncipal
    6256   FEM STRESS INCONTINEN          595   RETROPUBIC URETH SUSPEN    

ondary
    6180   PROLAPSE OF VAGINAL W          1. 7050 CYSTOCEL/RECTOCEL REPA) 
    6186   VAGINAL ENTEROCELE             2. 7092 CUL-DE-SAC OPERATION NE
    2810   PERNICIOUS ANEMIA              3. 5732 CYSTOSCOPY NEC
    4240   MITRAL VALVE DISORDER
    725    POLYMYALGIA RHEUMATIC

-------------------------------------------------------------------------

sician Certification

ertify that the narrative descriptions of the principal and secondary
gnoses and the major procedures performed are accurate and complete to the
: of my knowledge.

sician's Signature:                              Date:

NH00882

# Deaconess ⬢ Nashoba Hospital
### AYER, MA 01432

## PATIENT DISCHARGE INSTRUCTION SHEET

Call your physician if you have any questions or concerns.

Follow-up appointment with Dr. _Poyoja Duly_

is scheduled for _____

Doctor's Office # _____

Call office PROMPTLY for appointment to be seen in _____ DAYS
_____ WEEKS ____/____ MONTHS.

**DIET:** ☐ No restrictions
☐ Restrictions to: _____

**ACTIVITY:** ☐ No restrictions
☐ Restrictions as follows: _____
☐ Bathing _____   ☐ Working _____
☐ Walking _____   ☐ Sexual Activity _____
☐ Driving _____   ☐ Other: _____

| MEDICATIONS | DOSAGE | SCHEDULE | INSTRUCTIONS |
|---|---|---|---|
| Ultram | 10ng | 1 every four hour as needed | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**MEDICATIONS WHICH SHOULD _NOT_ BE TAKEN:**

**TREATMENT:**

NH00883

**HOME SERVICES:** ☐ YES (See Referral Form)  ☐ NO
☑ Instruction sheet given   ☐ Prescription given
☐ Food/Drug Interaction     ☑ Medication given
Sheet given
☑ Medication Information     ☑ Return of valuables
Sheets given                ☑ Return of pre-admission drugs
Discharged to: _home_
Accompanied by: _girlfriend_

_____ and can verbalize these instructions.
Patient/Guardian _____ Time
Nurse _____ Date ____ Time
Physician _____ Date ____ Time



## HISTORY & PHYSICAL

### DEACONESS – NASHOBA HOSPITAL
### 200 GROTON ROAD, AYER, MA 01432

Name: ███████████
MR #/FIN #: ███████████
Date of Admission: ███████

**CHIEF COMPLAINT:** Involuntary loss of urine.

**HISTORY OF PRESENT ILLNESS:** ████████████ is a gravida 2, para 0. She is ██ years old and for the last two years, she has had increasingly bothersome urinary incontinence. Specifically, she loses her urine sneezing, coughing, exercising and walking and always in picking up objects from the floor. She at times does not feel that her bladder empties properly. She can usually interrupt her stream. She does have an uncontrolled desire to pass urine at times and she wets before she reaches the toilet. She has no pain when she is passing urine, and in the morning, she does wet before reaching the toilet at times. She has nocturia times two, she has problems emptying her bowels at times. She is moist most of the time. She always wears a pad when she goes out. She is status post vaginal hysterectomy and repair in 1989, and she had previous surgery for incontinence in 1970.

On examination, she has stress incontinence, a lax suburethral hammock, some ureterovesical junction sling, positive pinch test, and positive Bonney test. She has emptying difficulties. She has an enterocele. She has raised residual urine and a somewhat slow emptying time. Consequently, she is admitted now for a cystoscopy, suburethral sling procedure and multiple repairs. She is going to need a paravaginal repair and an enterocele repair as well.

She says that she is allergic to DEMEROL and MORPHINE which cause nausea. She has had multiple orthopedic operations. She has had an umbilical hernia repair last year and she doesn't drink alcohol nor does she smoke. She has pernicious anemia treated by Dr. Hack. She has a prolapsed mitral valve and she is treated for fibromyalgia and polymyalgia.

**MEDICATIONS:** Estrace one mg per day, amitriptyline 25 mg at bedtime, DayPro and from Dr. Hack Lanoxin 0.25 mg daily, verapamil hydrochloride 240 mg at bedtime, Toprol XL 100 mg at bedtime, nitroglycerin 0.4 mg p.r.n., Vitamin B-12 intramuscularly monthly, one aspirin daily, Vitamin E 200 units daily, multivitamins and folic acid one per day and calcium daily.

**PHYSICAL EXAMINATION:** ████████████ is a pleasant alert ████████████████ Skin is clear.

**HEENT:** Oropharynx clear. **Neck:** Thyroid normal.

Chest symmetrical. Breasts: No lesions. Heart regular rate of 80. Blood pressure 120/70. Lungs clear to percussion and auscultation.

Abdomen soft. Liver and spleen normal. Vulva and vagina as described above. Rectal negative. She has a good bulbocavernosus reflex. Good sphincter tone.

Deep tendon reflexes equal, toes downgoing, no CV angle tenderness. Musculoskeletal examination: Good range and strength. Normal peripheral pulses. Good venous return. No edema.

Original                                                      HISTORY & PHYSICAL

NH00884



**DEACONESS - NASHOBA HOSPITAL**
**200 Groton Road, Ayer, MA 01432**

Name: ████████████
MR #/FIN #: ████████████/RM
Page 2 of 2

**IMPRESSION:** Severe urinary stress incontinence and multiple vaginal defects, all to be repaired.

SERGEI BOGOJAVLENSKY, M.D.

D: ████████
T: ████████
dfc

cc:  Dr. Sweeney

Original                                    **HISTORY & PHYSICAL**

PT 2°

TE

Cystoscopy, cystocele repair, enterocele repair, rectocele repair
Substantial relief

S 3,

Afebrile
(No bleeding
Vaginal    → home
S 1,



NH00886

DEACONESS - NASHOBA HOSPITAL

PT 2b

# SURGICAL
# PRE-OPERATIVE ORDER SHEET

NAME: ████████████  DATE OF SURGERY: ██████████  DOCTOR _Bogojavlensky_

I. PATIENT DOES NOT REQUIRE SERVICES OF AN ANESTHESIOLOGIST/ANESTHETIST

**LOCAL ANESTHESIA**  (PRE-ADMISSION TESTING NOT REQUIRED. LAB TESTS ARE NOT NECESSARY, BUT MAY BE OBTAINED BY MARKING APPROPRIATE SPACES BELOW.)

II. PATIENT DOES REQUIRE SERVICES OF AN ANESTHESIOLOGIST/ANESTHETIST

A. TYPE OF ANESTHESIA

☐ MONITORED ANESTHESIA CARE (MAC)
(LOCAL WITH I.V. SEDATION)

_____ REGIONAL ANESTHESIA*

__X__ GENERAL ANESTHESIA

_____ SPINAL/EPIDURAL ANESTHESIA*

B. MINIMUM REQUIREMENTS FOR MAC, GENERAL, SPINAL OR EPIDURAL ANESTHESIA

__X__ CBC (ALL PATIENTS)

__X__ EKG {ALL PATIENTS WITH KNOWN HEART DISEASE    TH

{ALL MEN OVER 40 YEARS OLD

{ALL POST MENOPAUSAL WOMEN

NB:  1.) MAY USE EKG DONE WITHIN 6 MONTHS IF NO PRIOR Hx OF HEART DISEASE

2.) MAY USE EKG DONE WITHIN 3 MONTHS WITH KNOWN HEART DISEASE, IF LAST
WAS WITHIN NORMAL LIMITS

III. OTHER LABORATORY TESTS; AS INDICATED

_____ ASTRA (IDDM OR DIURETIC Rx)

__X__ U/A (IDDM)

_____ BLEEDING TIME (PATIENTS ON ASA, NSAIDS, PG INHIBITORS, COUMADIN, HEPARIN - CANDIDATES
FOR REGIONAL ANESTHESIA, SPINAL OR EPIDURAL ANESTHESIA

_____ PT _____ PTT

_____ PREGNANCY TEST (WHEN INDICATED)

__X__ TYPE & HOLD

_____ TYPE & CROSSMATCH _____ #UNITS _____ PATIENT HAS AUTOLOGOUS UNITS

_____ CXR, IF INDICATED {URI <1 MONTH AGO, Hx COPD, 2 PPD TOBACCO ABUSE, PULMONARY S&S

_____ PFT'S (IF INDICATED) _____ ABG'S (IF INDICATED)

_____ OTHER _____

IV. NO MINIMAL LABORATORY REQUIREMENTS FOR HEALTHY INFANTS & CHILDREN UP TO AGE 12, UNLESS
CLINICALLY INDICATED

NH00887

DATE: ██████  PHYSICIAN'S SIGNATURE: _____



# PHYSICIAN'S ORDERS (PACU)

**STRUCTIONS:** 1. INDICATE COPY REMOVED BY PLACING INITIALS IN COLUMN OPPOSITE PHYSICIAN'S SIGNATURE.
2. THE SIGNATURE OF A PHYSICIAN MUST ACCOMPANY EACH SET OF ORDERS.

**USE BALL POINT PEN & PRESS FIRMLY.**

| DATE | TIME | PHYSICIAN'S ORDERS | INITIALS |
|------|------|-------------------|----------|
| | | **ADMISSION ORDERS TO POST ANESTHESIA CARE UNIT (PACU)** | |

**ADMISSION ORDERS TO POST ANESTHESIA CARE UNIT (PACU)**

1. Admit to PACU with vital signs per PACU routine.
2. Document pain intensity score (0 to 10) on flow sheet.
3. Titrate nasal $O_2$, mask or tent to $SaO_2$ > 94% (or within 5% of baseline pre-operative oxygen saturation).
4. Notify anesthesiologist if:
   a) vitals deviate from baseline by more than 20%.
   b) $SaO_2$ < 85% at any time or < 92% on discharge, after 5 minutes on room air.
5. LR 250 ml IV PRN SBP < 90 with symptoms in ASA I or II patient. MR x 6.
6. Atropine Sulfate 0.4 mg IV PRN heart rate less than 60 AND systolic blood pressure less than 90.
7. Naloxone 0.04 - .08 mg IV PRN RR < 8, MR q 2 minutes up to 0.4 mg. (0.4 mg IV PRN RR < 5 - Notify Anesthesiologist)
8. Titrate Analgesic. Reassess and readminister every 2 to 5 minutes to reduce pain to < 5
   intensity (Use Fentanyl if none checked).
   - [x] Fentanyl        20 to 50 mcg        IV up to total of _____ mcg  (200 mcg if blank)
   - [ ] Meperidine      20 to 50 mg         IV up to total of _____ mg  (200 mg if blank)
   - [ ] Morphine        2 to 5 mg           IV up to total of _____ mg  (20 mg if blank)
   - [ ] Buprenorphine   .05 - .1 mg         IV up to total of _____ mg  (0.3 mg if blank)
   - [x] _Dilaudid_      0.4 mg route: _IV_  q _____ min. up to total of _4_ mg.
9. Titrate anti nausea agent PRN nausea or vomiting: (Use Droperidol initially if none checked).
   - (1) [x] Droperidol (Inapsine) 0.625 mg IV q 5 minutes up to _1.25_ mg total (2.5 mg if blank).
   - [ ] Metoclopramide (Reglan) [10 mg in 10 ml NS] 5 ml IV q 5 minutes up to _____ mg total (20 mg if blank).
   - [ ] Trimethobenzamide (Tigan) 100-200 mg PR up to _____ mg total
     (100 mg age < 8 years, else 200 mg if blank).
   - (2) [x] _Zofran_    _4_ mg route: _IV_  q _____ min. up to total of _____ mg.

SIGNATURE: _____ M.D.

**DISCHARGE ORDERS FROM POST ANESTHESIA CARE UNIT (PACU)**

1. D/C from PACU to _____ (SDC if blank).
2. $O_2$  [ ] 1 · [ ] 2  [ ] 5  [ ] _____ l/m (none if blank); Incent. spirom: 8 breath q 1 hr x _____ h
   (none if blank).
3. Remove scope patch at: [ ] 24 h / [x] 48 h  (D/C SDC if not otherwise checked).

SIGNATURE: _____ M.D.

**ADMISSION ORDERS SURGICAL DAY CARE (SDC)**

1. Admit to SDC with vitals per SDC protocol.
2. Pain Control  [ ] Ibuprofen 800 mg p.o.  [ ] Acetaminophen 325 i-ii p.o. or elixir_____ mg/kg
   [ ] _____ mg route: _____ q _____ min. up to total of _____ mg.
   (per surgeons order if blank)
3. Antiemetic: Trimethobenzamide 100-200 mg PR (100 mg PR < 8 years).
4. LR 250 ml IV PRN symptoms in ASA I or II patient. MR x 4.
5. Discharge to home after meeting SDC discharge criteria.

SIGNATURE: _____ M.D.

**DEACONESS-NASHOBA HOSPITAL**
AYER, MA 01432

**PHYSICIAN'S ORDERS**
**(PACU)**



NH00888

151 S.H. 1-94

PT 28

USE BALLPOINT PEN - PRESS DOWN FIRMLY
CANCELLATION OF ORDER SHOULD BE
WRITTEN AS A SPECIFIC NEW ORDER

INDICATE DURATION OF ORDER AS WELL AS DOSE.
INTERVAL AND ROUTE OF ADMINISTRATION. WHEN
DURATION OF ORDER IS NOT INDICATED, THE
HOSPITAL'S STOP ORDER POLICY WILL BE APPLIED.

AUTHORIZATION IS GIVEN TO DISPENSE A
CHEMICALLY IDENTICAL DRUG (ACCORDING TO
RULES AND REGULATIONS OF THE HOSPITAL)
UNLESS IT IS WRITTEN THAT NO OTHER BRAND
IS ACCEPTABLE.

**NURSE OR WARD SECRETARY**     **REMOVE TOP YELLOW COPY**     **AND SEND TO PHARMACY**

| DATE | TIME | ORDERS |
|------|------|--------|
| | | **WEIGHT:** |
| | | **ALLERGIES:** *Morphine, Demerol* |
| | | *"Lidocaine"* |
| | | *Pepcid 20 mgm po on adm c sips of H2O* |
| | | *To be Sofed / Barbara Goodlebeh* |
| | | *Aged* |

| DO NOT USE THIS SHEET
UNLESS A NUMBER SHOWS |

**DEACONESS - NASHOBA HOSPITAL**
Ayer, Mass. 01432

**DOCTOR'S ORDER SHEET**

FLOW LINE

NH00889

PT 28

SE BALLPOINT PEN - PRESS DOWN FIRMLY
ANCELLATION OF ORDER SHOULD BE
RITTEN AS A SPECIFIC NEW ORDER

INDICATE DURATION OF ORDER AS WELL AS    DOSE,
INTERVAL AND ROUTE OF ADMINISTRATION. WHEN
DURATION OF ORDER IS NOT INDICATED, THE
HOSPITAL'S STOP ORDER POLICY WILL BE APPLIED.

AUTHORIZATION IS GIVEN TO DISPENSE A
CHEMICALLY IDENTICAL DRUG (ACCORDING TO
RULES AND REGULATIONS OF THE HOSPITAL)
UNLESS IT IS WRITTEN THAT NO OTHER BRAND
IS ACCEPTABLE.

**URSE OR WARD SECRETARY**      **REMOVE TOP YELLOW COPY**      **AND SEND TO PHARMACY**

| E | TIME | ORDERS |
|---|------|--------|
| | | **WEIGHT:** |
| | | ① Observat **ALLERGIES:** Demerol Morphine Fluoracaine |
| | | Amityptelin ~5 g dhs MK |
| | | Lanox 0.25 / 1 g. MK |
| | | Verapamil HCl 240 g at W MK |
| | | Toprol XL 100 at hr MK |
| | | TNG 0.4 g s/ pm MK |
| | | Toradol 30 IV ⎱ once MK Given |
| | | Toradol 30 IM ⎰ MK |
| | | Buprenex 0.3 g IM q6° MK |
| | | DAT - Start c liquids MK & diet Sheet |
| | | Ambulate ✓ |
| | | pneumatic stockings ✓ |
| | | Shower |
| | | Ancef 1 gm IVB q8° x 2 doses MK Begin 10PM |
| | | IV - D5½ NS / 100 / hr 75 g MKK |
| | | DC Flagyl in AM ✓ |

◄ **DO NOT USE THIS SHEET**
**UNLESS A NUMBER SHOWS**

**DEACONESS - NASHOBA HOSPITAL**
Ayer, Mass. 01432

**DOCTOR'S ORDER SHEET**

NH00890

151 S.R. 1-94

PT28

BE BALLPOINT PEN - PRESS DOWN FIRMLY
CANCELLATION OF ORDER SHOULD BE
RITTEN AS A SPECIFIC NEW ORDER

INDICATE DURATION OF ORDER AS WELL AS    DOSE,
INTERVAL AND ROUTE OF ADMINISTRATION. WHEN
DURATION OF ORDER IS NOT INDICATED, THE
HOSPITAL'S STOP ORDER POLICY WILL BE APPLIED.

AUTHORIZATION IS GIVEN TO DISPENSE A
CHEMICALLY IDENTICAL DRUG (ACCORDING TO
RULES AND REGULATIONS OF THE HOSPITAL)
UNLESS IT IS WRITTEN THAT NO OTHER BRAND
IS ACCEPTABLE.

URSE OR WARD SECRETARY          REMOVE TOP YELLOW COPY          AND SEND TO PHARMACY

E  TIME                                  ORDERS

WEIGHT:

ALLERGIES: Demerol MS Fiorcaine

7³⁰  Clarification of Buprenex order -
     Buprenex 0.3mg IM q6° prn

     TO Dr. Bo

     Noted 7/3/97 745 pm

DO NOT USE THIS SHEET
UNLESS A NUMBER SHOWS

DEACONESS - NASHOBA HOSPITAL
Ayer, Mass. 01432

DOCTOR'S ORDER SHEET



NH00891

PT 28

**DEACONESS - NASHOBA HOSPITAL**
**AYER, MA 01432**

<u>**CONSENT FOR SURGICAL PROCEDURE(S)**</u>

1. I, ▇▇▇▇▇▇▇ _____

hereby authorize Dr. ___Bogojavlensky_____ and/or such assistants as may
be selected by him/her to treat the condition or conditions which appear indicated by the diagnostic
studies already performed.

_____ Prolapse _____

Explain nature of the condition

2. The procedure(s) necessary to treat my condition has/have been explained to me by

Dr. _____Bogojavlensky_____,and I understand the nature of the procedure to be:

      Cystoscopy / Sling / multiple repairs
_____

Description of procedure(s)

It has been explained to me that I have the right to consent or to withhold consent. I further understand that
during the course of the operation or procedure(s), unforeseen conditions or complications may be revealed
which necessitate an extension of the original procedure(s) or different procedure(s) than those described
above. I, therefore, authorize and request that the above-named Physician(s)to perform such medical or
surgical procedures as are necessary and desirable in the exercise of professional judgement. The authority
granted shall extend to treating all conditions that require treatment and are not known to the above-named
Physician(s) at the time the procedure or operation is begun.

I have been informed that there are serious risks and complications such as blood loss, heart stoppage,
allergic reactions, etc., and other unforeseeable risks including death that are or may be associated with any
Medical or Surgical procedure. I am aware that the practice of medicine is not an exact science, and I
acknowledge that no guarantees have been made concerning the results of the procedure(s) or operation. The
alternative to this treatment and consequences of these alternatives have been described to me. I have also
been made aware of certain risk(s) and consequences which are or may be associated with the procedure(s)
described
above, including the following risks:
   Complications from bleeding, infection, injury to bowel or bladder.
_____

_____

Should a blood transfusion be necessary, I understand that there are risks associated with the transfusion of
blood even when all precautions are taken. These risks include (but are not limited to):

1. Occasional complications: Fever, chills, allergic reactions such as hives, or transmission of hepatitis virus
without symptoms.

2. Infrequent complications: Clinical symptoms of hepatitis due to transmission of hepatitis viruses, or heart
failure due to excessive transfused fluid.

3. Very rare complications: Hemolysis (destruction of the transfused red blood cells) with fever, shock, chest
pain, and/or red urine, or transmission of infectious disease besides hepatitis, including AIDS (acquired
immune deficiency syndrome) and malaria.

NH00892

p↑28

I am aware that other unexpected risks or complications not discussed may occur and that no guarantees or promises have been made to me concerning the results of any procedure or treatment.

I understand:

1. The benefits and risks of the proposed transfusion(s).

2. What may happen if I do not have the transfusion(s).

3. What alternative treatments (if any) are available.

I authorize disposition of any of my tissue or body parts commensurate with Hospital policy.

I certify that I have read and fully understand the above consent, that the explanations referred to above were made, that I have had the opportunity to ask any questions and received satisfactory answers, that all blanks or statements requiring insertion or completion were filled in, and that inapplicable paragraphs, if any, were crossed out before I signed.

_____                    _____
Witness to Patient's signature                 Signature of Patient or Person
or Person signing on behalf of Patient         signing on behalf of Patient.

Date_____ Time_____ AM           _____
                       _____ PM          Relationship to Patient of Person
                                               signing on Patient's behalf.

I certify that I have explained to the above-named patient the nature of his/her condition, the procedures involved in this surgery, and the risks, benefits, and alternatives to this procedure. I also offered to answer the patient's questions and told the patient that he/she had the right to withdraw consent without prejudice.

Date_____ Time_____ AM           _____SB_____
                       _____ PM          Physician's signature.



# DEACONESS-NASHOBA HOSPITAL
200 Groton Road
Ayer, MA 01432

# ADMINISTRATION OF ANESTHESIA CONSENT

***TO THE PATIENT:*** *You have the right, as a patient, to be informed about the anesthesia to be utilized during your procedure(s) so that you may decide whether or not to undergo the procedure after knowing the potential risks and potential benefits involved. This disclosure is not meant to alarm you; it is an effort to allow you to participate by providing informed consent.*

It has been explained that a member of the Department of Anesthesia will administer anesthesia appropriate to my condition and will monitor my bodily functions during the procedure(s). I consent to the administration of anesthesia for the procedure specified in the Consent for Medical, Surgical, and Diagnostic Procedure(s). I understand that this anesthetic will be on of the following:

| | | |
|---|---|---|
| [ ] | General | I will be completely asleep. |
| [ ] | Spinal/Epidural | My lower body will be numb. |
| [ ] | Regional Nerve Block | Part of my body will be numb. |
| [ ] | I.V. Regional | One of my arms or legs will be numb. |
| [ ] | Monitored Anesthesia Care | I will have numbness at the surgical site, and may be given a sedating medication. |
| [ ] | Other _____ | Another type of anesthesia discussed with the anesthesiologist. |

I understand that anesthesia can result in minor or major complications. A minor complication may include, but is not limited to nausea, vomiting, sore throat, damage to teeth, hoarseness, muscle pain, headache, irritation or damage to veins, and awareness under anesthesia. A major complication may include, but is not limited to airway obstruction, allergic reaction, convulsions, paralysis, a transfusion reaction, damage to the brain, damage to the lungs, damage to the liver, damage to the nerves, damage to the kidneys, heart attack, stroke, or death. I also realize that the following additional anesthesia-related risks, among others, may occur in conjunction with the particular procedure(s) proposed for me: _____

_____

_____

Anesthetic agents administered during the first three months o̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ ̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ abnormalities. I am aware that in the administration of anest█████████████ complications may occur.

NH00894

PT 28

I understand each type of anesthesia has advantages and disadvantages. I further understand that regional or local anesthesia may, in some cases, be inadequate and that general anesthesia may be necessary to complete the operation. I have discussed the anesthesia and fully understand the explanation, risks, complications, benefits, and alternatives. I do not desire any further explanation.

I authorize any further treatment which may be considered necessary or advisable during the presently authorized procedure because of presently unforeseen conditions. I understand that the practice of anesthesia and surgery is not an exact science, and I acknowledge that no guarantees, predictions, or promises have been made to me concerning the results of the procedure(s).

I have been given the opportunity to ask questions about the type of anesthesia to be used and to potential risks and potential benefits involved, and I believe that I have sufficient information to give this informed consent.

I certify this form has been fully explained to me, that I have read it or have had it read to me, that the blank spaces have been filled in, and that I understand its content.



_____          _____ 2ᵖᵐ am/pm
Signature of patient/legally responsible person          date    time

_____
Relationship to patient

I certify that I have explained to the above named patient the nature of his/her condition, the risks and benefits associated with the proposed anesthesia procedure(s), and appropriate alternative procedure(s) and their risks and benefits. I have offered to answer the patient's questions and have told the patient that he/she has the right to withdraw consent without prejudice.

_____          _____ am/pm
Anesthesiologist's signature          date    time



# Deaconess 🜨 Nashoba Hospital

200 Groton Road
Ayer, Massachusetts 01432 -3205
(508) 772-0200

EMT-INTERMEDIATE 

PATIENT INFORMATION AND

I am a student in the Deaconess - Nashoba Hospital EMT-
Intermediate program.  I am requesting your permission to perform
the procedure of placing a tube into the windpipe which you need
to have performed and was discussed with you by the anesthesia
department.  (endotracheal intubation).  The risks include the
possibility of a cut lip or a broken tooth.  These risks exist
whenever a patient undergoes this procedure regardless of who
performs this technique.

I will be supervised by a department anesthesiologist.

Signed: _____
         Student

Signed: _____
         Patient

Date: _____

ptconst.emt-i

NH00896



**OPERATIVE REPORT**

**DEACONESS - NASHOBA HOSPITAL**
**200 GROTON ROAD, AYER, MA 01432**

Name:
MR #/FIN #:
Date of Operation:

**PREOPERATIVE DIAGNOSIS:**   Urinary incontinence, symptomatic cystocele, rectocele, enterocele and patulous perineum.

**POSTOPERATIVE DIAGNOSIS:**   Urinary incontinence, symptomatic cystocele, rectocele, enterocele and patulous perineum.

**OPERATION:**   Cystoscopy, suburethral sling plasty, cystocele repair, rectocele repair, enterocele repair.

**SURGEON:**   SERGEI BOGOJAVLENSKY, M.D.

**OPERATIVE PROCEDURE:**   The patient was prepped and draped in the dorsal lithotomy position.   She was given a gram of Cefazolin.   There was a large, midline cystocele.   The vaginal mucosa with attached fascia was split off the bladder up to the level of the bladder neck and the flaps were dissected out laterally using sharp, blunt dissection.   The cystocele was repaired by overlapping these two and first the left flap was sutured to the under side of the right flap with through and through mattress sutures and then the right flap was sutured over the left flap with several quilting sutures to keep the mid portion tightly against the under flap and then #3-0 PDS mattress sutures laterally towards the patient's left side of the vagina.   This completed the cystocele repair.   Then under cystoscopy guidance, a suburethral sling plasty was done.   Two paraurethral incisions were made and the dissection carried out down to the ramus using sharp dissection.   A 5 mm. Mersilene sling was passed under the mucosa at the mid urethra (as defined by a Foley balloon catheter), and then using Stamey needles, these were pulled up retropubically through two small ½ cm incisions, 6 cm apart at the rami.   The ends were pulled up.   There was no tension on the sling and the ends were cut off below the level of the skin.   The paraurethral incisions were then suture ligated with O Vicryl locking sutures, also including a bite into the anterior portion of the pubococcygeus muscle on each side.   A Foley catheter was inserted which drained clear urine.   Cystoscopy also had failed to reveal any other pathology in the bladder.   Following this an enterocele-rectocele repair was done.   The posterior vagina was dissected off and the rectovaginal space was opened all the way up to the transverse previous hysterectomy incision.   The submucosa of the bowel was imbricated with #3-0 PDS.   The redundant enterocele mucosa was excised.   The enterocele was closed with transverse #3-0 PDS sutures to the retinaculum layer.   The rectocele was then closed by overlapping the right flap vaginal mucosa/fascia over the left flap which was anchored to the under side with through and through #3-0 PDS mattress sutures.   Several quilting sutures were done to keep the bulk of the right flap tightly against the lower flap and then the edges were sutured on the left side with #3-0 PDS sutures. The fascia of Denonvilliers' was reattached to the perineal body.   This terminated the procedure.   A check of the rectum revealed no penetration.

Original                                                    **OPERATIVE REPORT**



**DEACONESS - NASHOBA HOSPITAL**
**200 Groton Road, Ayer, MA 01432**

Name:███████████████
MR #/FIN #:█████████████████
Page 2 of 2

Estimated blood loss - negligible.   The patient tolerated the procedure well
and was returned to the recovery room in good condition.

                                   _____
                                   SERGEI BOGOJAVLENSKY, M.D.

D:  ████████████
T:  ████████████
ms

Original                                              **OPERATIVE REPORT**

**NH00898**

Pt 38    Pt is Nurse

## DEACONESS-NASHOBA HOSPITAL
## PERIOPERATIVE PATIENT QUESTIONNAIRE

| Adm. Time: 1200 | Pre-op | | |
|---|---|---|---|
| O.R.: 14 | 200 | | |
| D: | Age: | ☐ MA ☒ SDC ☐ MED | Surgeon: |
| Dx: cystocele / prolapse | Diagnosis: H.O. Hoch | | |
| Procedure: Cysto Sling Multi Repair | | | |
| Anesthesia: Gen | | | |
| Allergies: Morphine, Darvon, N/V, Novocaine | Act. Ht. | Act. Wt. | |

| MEDICATIONS | Include Coumadin/NSAID, ASA: ☐ YES ☐ NO | PREVIOUS SURGERY / ANESTHESIA |
|---|---|---|
| A.S.A. 1 gd C:07-1, Vit E, Multi Vit é folic acid gd | | 5 Back Surgeries (lumbar) |
| B12 shot monthly, Ntg 3 prn, Toprol xc 100 mhs | | 4 L ankle surgeries   Vag Hyst |
| Tiazac 360 gm gam Lanoxin .25 g gpm Daypro 600 g bid | | Rem Bursa + Spur L Hip  Exc Br. Cysts |
| amitriptylin 25 gm hs Estrace 1 gm Celbex 120 mg gam | | L knee Arthroscopy  Umb. Hernia |

| ANY PROBLEM WITH: | Dx of anesthetics | YES | NO | COMMENTS |
|---|---|---|---|---|
| Heart (S/P, Angina, CHF, MI, MVP, Murmur) | | ☒ | ☐ | sees Back g month for B/P + rate ↑ chol |
| Lungs (Asthma, COPD, Recent URI) | | ☐ | ☒ | |
| Renal (G.U.) | | ☐ | ☒ | |
| G.I. (Hiatal Hernia, Diverticulitis, Ulcer) | | ☒ | ☐ | adm 6/96 Acute Pancreatitis - colonoscopy ischemia |
| Hepatic (Jaundice, Hepatitis, Cirrhosis) | | ☐ | ☒ | ↑ clots - OK now |
| Hematology (Hx Transfusions, Hemorrhage) | | ☒ | ☐ | 1960 Back Surg    Hx Pernicious Anemia |
| Endocrine (Diabetes, Thyroid, Steroids) | | ☐ | ☒ | |
| Neuro (Stroke / TIA, Seizures, Headaches) | | ☒ | ☐ | Hx fainting spells - none recently |
| Musc / Skel / Other | | ☐ | | osteoarthritis  fibromyalgia  Poly myalgea |
| LMP _____ Preg? N/A | | ☐ | ☒ | pain arms legs hip cage |
| Hx of Phlebitis / P.E. | | ☐ | ☒ | |
| Indications for SCD Boots Using Risk Factor Assessment? | | ☒ | ☐ | |
| Smoking Hx, ETOH / Substance Abuse | | ☐ | ☒ | No ETOH since 6/96 |
| Dentition / Dentures, Contacts / Glasses | | ☒ | ☐ | Crowns |
| HOH, Hearing Aides, Cane, Walker, Crutches | | ☐ | ☐ | |
| Complications with Anesthesia | | ☒ | ☐ | gap lightheaded + diaphoretic when getting up |
| Motion Sickness, Nausea and Vomiting | | ☐ | ☒ | went into shock ī 1st back surg |
| Scop Patch, Reported Given Ordered | | ☐ | ☐ | |

| Result Abnormalities: | Pre-op Vital Signs: 98.5  60  18  140/80 |
|---|---|
| Patient's Rights reviewed and given to the patient / family: Yes | Pre-op Meds: |

Comments: call Dr. Bigos lig @ Midwoc Wait Apple Till 10 A ~ take Tiazac & Estrace

**// PATIENT INSTRUCTED TO HAVE ADULT DRIVE THEM HOME AND STAY WITH THEM UNTIL THE MORNING AFTER SURGERY**

| Person Responsible / Time: N/A | R.N. Signature: | Date: |
|---|---|---|

### EXAM

| Heart: n&r | Lungs: Clear |
|---|---|
| Airway: ovt | Dentition: ☒ Good ☐ Loose ☐ Poor ☐ None |
| | CLASS 1 ②3 4 |
| Other: | Signature: |

### ANESTHESIA ASSESSMENT

☒ Labs reviewed    ☐ Anesthesia explained to patient (parent / guardian) and consent given.

ASA 1 2 ③ 4 5 E   For: ☒ GEN ☐ MAC ☐ REG ☐ SAB ☐ EPID ☐ EPID / NARC ☐ I.V. REG ☐ Other _____

### COMMENTS

| Anesthesiologist Signature: | NH00899 |

PT 28

| DIAGNOSIS | PRECORD/ESOP SCOPE | FOLEY | | I.V. SITE | | AIRWAY | ORAL | NASAL |
|---|---|---|---|---|---|---|---|---|
| Stress incontinence + Prolapse | AUTOMATIC BP.CUFF | N/G TUBE | | # 18 | | ENDOTUBE TYPE: Sheridan | ORAL | NASAL SIZE 7.0 |
| PROCEDURE | C.V.P. | WARMING BLANKET | | L.t.arm | | BLADE: | CUFF 7.5cc | |
| bladder sling + cystocele + rectocele repair | SWAN GANZ | NERVE STIM. | | | | CHEST AUSC: | TAPED AT 2.2 | |
| | ARTERIAL LINE | | | | | | | |
| | SURGEON | | | | | TECHNICAL PROBLEM | | |
| | CIRCULATOR | | | STARTED BY: | | ANESTH. TIME | | |

| TIME | 2 | 30 | 45 | 3 | 15 | 30 | 45 | 4 | 15 | 30 | 45 | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O2 | | 5 2 | | | | | | | | 5 | | | |
| Forane | | 2 | | | 5 25 | | | | | | | | |
| Versed | | 2 | | | | | | | | | | 2 mg | |
| Fentanyl | | 100 | | | 50 | | | 25 | | | | 175 g | |
| Norcuron | | 8 12 | | | | | | | | | | 20 mg | |
| Propofol | | 90 | | | | | | | | | | 90 mg | |
| Sufenta | | 100 | | | | | | | | | | 100 ml | |
| Ancef | | | 1000 | | | | | | | | | 1000 mg | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | CC TOTAL IN | |
| N/S | | | | | 1000 #2 | | 1000 #3 | | | | 450 | 2400 CC | |
| BLOOD GIVEN | | | | | | | | | | | | CC | |
| BLOOD LOST | | | | | | | | | | | | 100 CC | |
| URINE | | | | | | | | | | | | CC | |

| TEMP | | | | | | | | | | | | | TOTAL OUTPUT = CC |
| F1O2 | | | | | | | | | | | | | |
| END TIDAL CO2 | | 37 | 35 | 33 | 31 | 33 | 33 | 32 | 33 | 32 | | | |
| OXIMETER | | 98 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | | | |



REMARKS

1) Smooth OR w/ Versed / fentanyl / propofol / sufenta.
2) local c epi leg swug

DATE: _____    TIME: _____

| PREOPERATIVE EVALUATION | | | |
|---|---|---|---|
| ENDOCRINE DISEASE | YES | NO | COMMENTS |
| STROKE OR SEIZURES | YES | NO | |
| HIGH BLOOD PRESSURE | YES | NO | |
| DIABETES | YES | NO | |
| HEART DISEASE | YES | NO | |
| LUNG DISEASE | YES | NO | |
| ASTHMA | YES | NO | |
| KIDNEY DISEASE | YES | NO | |
| HEPATITIS/JAUNDICE | YES | NO | |
| HIATUS HERNIA | YES | NO | |
| SMOKING | | | |
| ALCOHOL | | | |

PREVIOUS ANESTHESIA

FAMILY HISTORY

ALLERGIES

CURRENT MEDICATIONS

INVESTIGATIONS

PHYSICAL FINDINGS
AIRWAY

HEENT

HEART

LUNGS

PLAN                    ASA   1  2  3  4  5  E

INTRAOPERATIVE COURSE

POSTOPERATIVE COURSE
RECOVERY ROOM
TIME:
CONDITION: ON ARRIVAL:
B.P.:
PULSE:
RESP:

154/78
64-16

SUBSEQUENT         DATE: _____    TIME: _____

ANESTHESIA COMPLICATIONS
☐ NONE

NH00901



PT 28

VITAL SIGNS                    DATE:

ALLERGIES: Morphine itch, Demerol N&V, fluoracaine

Anesthesiologist: Solod

Anesthetic Agent: N2, Fentanyl, Versed, Forane, Propofol

Pre-existing problems: Pos Hacka gm for AP-state, Tchol
Acute Pancreatitis, 9960 back Sug, SP fainting
spells, osteoarthritis, To ETOH since 10/96

Relaxants: Norcuron, Sux                    Reversed ☐

Intubated ☑

Intra-op problems:

Pre-op Med.: Min.     Procedure: Cystocele, Rectocele,
Enterocele, Repairs & Sling Procedure

Intra-op medications: Ancef 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | | 9:40 | 9:50 | 5 | 5 | 5 | | |
| State of Airway | | 1 | 1 | 1 | 1 | 1 | | |
| State of Consciousness | | 2/1 | 1 | 1 | 1 | 1 | | |
| Cardiac Rhythm | | SR | SR | SR | SR | SR | | |
| Drugs    gtts/mgm or mcg: | | | | | | | | |
| Sat (Oximetry) | | 100 | 100 | 100 | 100 | 100 | | |
| | | 4/14 | 4 | 2 | RA | RA | | |
| Arterial Line | | | | | | | | |
| CVP Line - PAS/PAD | | | | | | | | |
| Spinal Level | | | | | | | | |
| TM | | | | | | | | |
| Dressing X or D | | D | D | D | D | D | | |
| Dressing X or D | Peri Pad | D | D | D | D | D | | |
| Pain Score (1-10 scale) | | 0 | 0 | 0 | 0 | 0 | | |

| Dressing Code | | IV | In OR | 2400 | addressograph |
|---|---|---|---|---|---|
| D = Dry     X = See Note | | | In RR | 500 | |

State of Airway Code
1 Clear        2 NP Airway
3 OP Airway  4 Endo-tube
5 Guarded    6 Trach

State of Consciousness
1 Awake & oriented
2 Awake & disoriented
3 Arousable
4 Unresponsive

| | |
|---|---|
| BLOOD PRODUCTS - | NA |
| URINARY OUTPUT - | foley 1200 / 500 |
| GASTRIC - | NA |
| WOUND DRAINAGE - | NA |
| OTHER - | |

NH00902

p128

| ANESTHESIA SCORE | TIME: | IN | | OUT | | LABORATORY VALUES | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | pH | pO₂ | pCO₂ | HCO₃ | % SAT | NA | CL | BUN | B.S. | Hct | PT | PLAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(Table header fields as printed: pH, pO₂, pCO₂, HCO₃, % SAT, NA / K, CL / CO₂, BUN / CREAT, B.S., Hct / Hgb, PT / PTT, PLAT / WBC)

Anesthesia score items:
- s 4 extremities . . . . . . 2
- s 2 extremities . . . . . . 1
- ovement . . . . . . . . . . 0
- o cough/deep breath . 2
- tains adequate airway . 1
- y requires support . . . 0
- % pre-op level . . . . . . 2
- -50% pre-op level . . . 1
- % or > % pre-op level 0
- awake . . . . . . . . . . . . 2
- sable . . . . . . . . . . . . 
- sponsive . . . . . . . . . 0
- . . . . . . . . . . . . . . . 2
- dusky, jaundiced . . . . 1
- tic . . . . . . . . . . . . . . 0
- LS . . . . . . . . . . . . . . 

ER BLOOD WORK:

| UGS | TIME | | | | | DRUGS | TIME | | |
|---|---|---|---|---|---|---|---|---|---|
| oradol 30mg IM | 45⁰ p | | | | | | | | |
| oradol 30mg IV | 45⁰ p | | | | | | | | |

## PROGRESS NOTES

E/TIME 4⁴⁵ pt received in PACU via ? accompanied by Dr. Solod ? nogaulensky ? K. DeStefano RN. ...ets received. Nasal O₂ 3 L/t ? cannula. Lungs clear. Pen pad ?. Dr. Sogoyavlensky in ? spoke pt. 4⁵ Awake ? alert. To NSV. oley draining clear yellow urine. Small amt of drainage on pen pad. Denies pain. Discharged to floor. P. Pearson RN

report to: A Capelin

## RHYTHM STRIPS



NH00903

_Pt 28_

TIME ADM. TO H.R.: _1:45 PM_

TO H.R. VIA:

_____ W.C.   _X_ BED (RAILS UP)

_____ STRETCHER _____

I.D. BAND CORRECT:   (Y)   N

VERBAL I.D.   (Y)   N

PT. STATES REASON FOR
BEING HERE:   (Y)   N

CHART COMPLETED
IF NO, EXPLAIN:   (Y)   N

ALLERGIES:   (Y)   N
IF YES, LIST:
_M.S. Demerol Thimerosal_

SENSORY AIDES AND/OR
PROSTHETIC DEVICES:
(LABELED AND CHECKED
BY PT.)   Y   (N)

DISPOSITION:

FOLEY CATH   Y   (N)

AMOUNT IN BAG_____

APPEARANCE:_____

I.V. LINES   Y   (N)

SITE AND AMOUNT
REMAINING:_____

---

NPO STATUS _Liquids_
_c per the C AM meds_
LEVEL OF CONSCIOUSNESS:
_X_ ALERT   _X_ RESPONSIVE

_____ UN____ONSIVE

_____ DROWSY   _____

EXPLAIN IF NECESSARY:

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

GENERAL SKIN ASSESSMENT:

_pink, warm, dry_

NURSE'S NOTES, TREATMENTS, PROCEDURES AND MEDICATIONS:

_O sats via oximetry: 94% P62_

_Seen by Dr. Solod_

ASSESSMENT COMPLETED BY: _R.M. Ro___ RN_
( R.N. SIGNATURE )

TO O.R. # _2_   VIA: _bed w individual_

---

| PROBLEM | INTERVENTION | EVALUATION |
|---|---|---|
| 1. POTENTIAL FOR ANXIETY RELATED TO UNFAMILIAR SURROUNDINGS. | 1. H.R. NURSE WILL MAINTAIN QUIET ENVIRONMENT AND PRIVACY. EXPLAIN PERTINENT O.R. ROUTINE EXPLORE PT'S UNDERSTANDING OF THE PROCEDURE. | 1. PT. VERBALIZES ANY SPECIFIC ANXIETIES. PT. WILL EXPRESS HIS/HER UNDERSTANDI OF THE PLANNED PROCEDURE |
| 2. POTENTIAL FOR HYPOTHERMIA DUE TO ANXIETY, PHYSICAL STATUS AND/ OR SURGICAL SITE EXPOSURE. | 2. H.R. NURSE WILL PROVIDE PT. WITH THERMODRAPE HAT, BLANKET, AND LEGGINGS) ( CIRCLE ITEMS USED ) | 2. SEE ANESTHESIA RECORD FOR PT'S TEMP. DAT___ R.N. INITIALS _____ |

DEACONESS • NASHOBA HOSPITAL
HOLDING ROOM RECORD

NH00904

**PROBLEMS:**

**1.** POTENTIAL FOR INJURY RELATED TO RETENTION OF FOREIGN OBJECT IN WOUND

**2.** POTENTIAL FOR ALTERATION IN SKIN INTEGRITY RELATED TO THE USE OF ESU

**3.** POTENTIAL FOR WOUND INFECTION

**4.** ADDITIONAL PROBLEM POTENTIALS ( IF INDICATED)

**INTERVENTION:**

**1.** R.N. WILL INITIATE AND PERFORM ALL SPONGE, NEEDLE AND INSTRUMENT COUNTS IN ACCORDANCE WITH POLICY AND PROCEDURE.

**2.** R.N. WILL:
  A. CHECK ESU UNIT PRIOR TO USE
  B. CHOOSE GROUND PAD SITE FREE FROM EXISTING PROBLEMS
  C. PLACE GROUND PAD ON FLESHY AREA NEAREST OPERATIVE SITE BUT NOT OVER BONY PROMINENCE.

**3.** R.N. WILL:
  A. PREP SURGICAL SITE ACCORDING TO DOCTORS PREFERENCE AND BY POLICY AND PROCEDURE.
  B. ASEPTIC TECHNIQUE WILL BE MAINTAINED.

  C. STERILE DRESSING WILL BE APPLIED AT CLOSE OF PROCEDURE.

**EVALUATION:**

**1.** NO RETENTION OF FOREIGN OBJECT IN WOUND AS DEMONSTRATED BY CORRECT SPONGE, NEEDLE AND INSTRUMENT COUNT

**2.** SKIN INTEGRITY OF PAD SITE IS NOW COMPROMISED AS DEMONSTRATED BY ABSENCE OF BURNS, BLISTERS, OR REDNESS FOLLOWING REMOVAL OF GROUNDING PAD

**3.** SURGICAL WOUNDS WILL BE CLEAN, DRY A DRESSED APPROPRIATELY.

DATE: ▮▮▮▮ INITIALS OF R.N. _vld_



PT 28

DATE ███  ███  ███  ROOM __2__   CIRCULATING NURSE _V.K. Degros RN_
Karn DeStefano RN

SURGEON _Dr. Bojojavlensky_   SCRUB NURSE _Elaine Dubigue RPT_

ASSISTANT _Dr. Sobel_   ADMITTED TO OR VIA __stretcher__

ANESTHESIOLOGIST _Dr. Solod_   PT IDENTIFIED BY __ves__

ANESTHESIA: GENERAL _✓ ETT_  LOCAL _____  SPINAL _____  BIER BLOCK _____

PRE-OP DIAGNOSIS: _Severe Urinary Stress incontinence & Multiple Vaginal defects_

POST-OP DIAGNOSIS: _Same_

OPERATION: _Cystocele, rectocele enterocele repairs & sling procedure_

---

**1. SURGICAL POSITIONING:**
SUPINE _____
PRONE _____
LATERAL _____
LITHOTOMY _✓_
OTHER _____

SPECIAL PADDING OR POSITIONING AGENTS:
☑ YES  ☐ NO
_Candy cane stirrups · padded & Kerba_

**2. ARM POSITIONS:**
RT: _padded arm board_
LT. _____

**3. I.V. SITE(S):**
_# 18 ang ® wrist_

**4. SAFETY STRAP:** ☑ YES  ☐ NO
LOCATION _@ lp litho_

**5. SKIN PREP:**  SOLO _✓_
OTHER: _Betadine Scrub to Vag_
SITE: _Pubis Peri Vag_
PREP BY: _VES_
SHAVE PREP: ☐ YES  ☑ NO
SITE: _____
PREP BY: _____

**6. ELECTROCAUTERY:** ☑ YES  ☐ NO
I.D. # _V.L. #2_  COAG _50_  CUT _75_
SITE OF PAD: _® thigh_
SITE OF PRE-OP: _clean_
SITE OF POST-OP: _clean_

**7. TOURNIQUET:** ☐ YES  ☑ NO
I.D. # _____  mmHg
TIME INFLATED: _____  AM  PM
CAPILLARY REFILL: ☐ PRESENT  ☐ ABSENT
TIME DEFLATED: _____  AM  PM
CAPILLARY REFILL: ☐ PRESENT  ☐ ABSENT

**8. K-THERMIA UNIT:** ☐ YES  ☑ NO
TEMP SETTING: _____

**9. FOLEY CATHETER:**
☑ YES  ☐ NO  ☐ EXISTING
SIZE: _16 Fr 5cc_
INSERTED BY: _Dr Bojojavlensky_
APPEARANCE: _Clear yellow_

**10. MEDICATIONS PREPARED, GIVEN OR DISPENSED**
TO SCRUB: ☑ YES  ☐ NO
_1gm Ancef IV 2:30 pm Dr Solod_
_Bacitracin 50,000 u / 50 mls - irrigation_
_0.25% Sensorcaine - č epi ½ inj sol_
_35 cc used by MD_

**11. DRAINS:** ☐ YES  ☑ NO
PENROSE: _____  HEMOVAC: _____
JACKSON-PRATT: _____
CHEST: _____  N/G: _____
OTHER: _____

**12. PACKS** ☐ YES  ☑ NO
ORAL: _____  NASAL: _____
VAGINAL: _____  OTHER: _____

**13. SPECIMENS:** ☐ YES  ☑ NO
NUMBER _____  DESTINATION _____

FROZEN SECTION: ☐ YES  ☑ NO
NUMBER _____  DESTINATION _____

CULTURES: ☐ YES  ☑ NO
NUMBER _____  DESTINATION _____

**14. X-RAYS:** ☐ YES  ☑ NO

**NH00906**



5. IMPLANTS: ☐ YES ☑ NO
   NAME:_____
   LOT #_____
   CATALOG #_____
   MANUFACTURER #_____

   NAME:_____
   LOT #_____
   CATALOG #_____
   MANUFACTURER #_____

   NAME:_____
   LOT #_____
   CATALOG #_____
   MANUFACTURER #_____

   NAME:_____
   LOT #_____
   CATALOG #_____
   MANUFACTURER #_____

3. BLOOD OR BLOOD PRODUCTS: ☐ YES ☑ NO

   UNIT NUMBERS:
   1._____
   2._____
   3._____
   4._____
   5._____

7. LOCAL PATIENT MONITORING:
   (UNDER PHYSICIAN'S DIRECTION)

   LOCAL AGENT:_____
   AMOUNT INJECTED:_____NA_____
   EKG LEAD PLACEMENT:_____
   VITAL SIGNS:    Q 15 MINUTES.

PULSE ●          PULSE OXIMETER (%) X
B/P ∧            RESP ○

18. IN ROOM TIME:____2:15____ AM ⓅⓂ
    ANESTHESIA:____2:15____ AM ⓅⓂ
    INCISION:____2:43____ AM ⓅⓂ
    FINISHED:____4³⁰____ AM ⓅⓂ
    OUT OF ROOM:____4⁵⁰____ AM ⓅⓂ

19. CASE CLASSIFICATION:
    CLEAN_____ CLEAN, CONTAMINATED __✓__
    CONTAMINATED _____ DIRTY, INFECTED_____

20. COUNTS:

|  | INIT. | 1ST | 2ND | 3RD | 4TH |
|---|---|---|---|---|---|
| SPONGE |  | C | C |  |  |
| NEEDLE |  |  |  |  |  |
| INSTRUMENT |  |  |  |  |  |

    C = CORRECT          I = INCORRECT

21. INCISIONAL DRESSINGS:_____
    _____

22. ESTIMATED BLOOD LOSS:_____
    _____

23. NURSE'S NOTES: Refer to OR Holding Room sheet
    for initial assessment. ✓

    Report to: Beth _____ RN
    C. Pearson RN

    TRANSFERRED FROM OR VIA __Stretcher__
    TO: RR_____ SDC_____
        SCU_____ NURSING FLOOR_____

    CIRCULATING
    NURSE:_____
    SCRUB
    NURSE: Elaine Dubuque ST

NH00907

pi 28

DEACONESS - NASHOBA HOSPITAL



| TIME REPORTED | URINALYSIS | | DATE REPORTED |
|---|---|---|---|
| | ROUTINE | | |
| | COLOR | | yellow |
| | APPEARANCE | | clear |
| | GLUCOSE | Neg. | 0 |
| | BILIRUBIN | Neg. | 0 |
| | KETONES | Neg. | 0 |
| | SPECIFIC GRAVITY | 1.005-1.030 | 1.010 |
| | BLOOD | Neg | 0 |
| | pH | 5.0-8.0 | 7.0 |
| | PROTEIN | Neg. | 0 |
| | UROBILINOGEN | Neg. | 0 |
| | NITRATE | Neg. | 0 |
| | LEUKOCYTES | Neg. | 0 |
| | MICROSCOPIC | | |
| | WBC / HPF | | |
| | RBC / HPF | | |
| TIME SPECIMEN RECEIVED | MUCUS | | |
| | RENAL EPITH / HPF | | |
| | SQUAMOUS EPITH | | |
| TIME REQUISITION RECEIVED (NO SPEC) | BACTERIA | | |
| | CRYSTALS | | |
| | CASTS / LPF | | |
| | URINE PREGNANCY | | |
| | RAPID TOX SCREEN | | |
| | **STOOL** | | |
| | OCCULT BLOOD | Neg. | |
| | FAT | | |
| | REDUCING SUBSTANCES | | |
| | pH | | |
| | **FERTILITY WORKUP** | | |
| | SPERM COUNT (POST-VAS) | | |
| | SPERM COUNT | 50-150 x10⁶/mL | |
| | REMARKS | | TECH. |

PLACE TOP OF REPORT NO. 3 HERE

PLACE TOP OF REPORT NO. 2 HERE

DEACONESS-NASHOBA HOSPITAL • AYER, MASS. • TEL. 772-0200 EXT 300

PRE SURGICAL LAB. WORK

ORDERED BY

WRITTEN BY

COLLECTED BY

TIME COLLECTED

A.M. P.M.

☐ NON-PATIENT
☐ STAT
☐ OUTPATIENT
☐ ASAP

☐ INPATIENT / OBS
☐ ROUTINE

DIAGNOSE:

COMMENTS:

(BOTTOM GUIDE EDGE)

p128

DEACONESS - NASHOBA HOSPITAL

TOP GUIDE EDGE



**PRE SURGICAL
LAB. WORK**

DEACONESS-NASHOBA HOSPITAL, AYER, MA

## HEMATOLOGY

RUN DATE/TIME ███████ 10:16
SPECIMEN ID ████████

Dr BOGO ███ PO 09:50
OP ID DM ████ SEQ # ████

| TEST | RESULT | EXPECTED RANGE |
|------|--------|----------------|
| WBC: | 7.6 K/uL | 4.8-10.8 |
| RBC: | 4.12 M/uL | 4.20-5.40 |
| HGB: | 13.6 g/dL | 12.0-16.0 |
| HCT: | 39.3 % | 37.0-47.0 |
| MCV: | 95.5 fL | 81.0-99.0 |
| MCH: | 33.0 pg | 27.0-31.0 |
| MCHC: | 34.6 g/dL | 33.0-37.0 |
| RDW: | 12.8 % | 11.6-14.2 |
| PLT: | 289. K/uL | 175.-475. |
| MPV: | 7.0 fL | 7.4-10.4 |

| MANUAL DIFFERENTIAL | | RBC MORPHOLOGY | |
|------|------|------|------|
| NEU | META | NORMAL | MICRO |
| BAND | MYELO | PLYCHROM | MACRO |
| LYMPH | PRO | HYPOCHROM | ANISO |
| MONO | BLAST | POIK | BASOSTIP |
| EOSIN | VAR LYM | TARGET | |
| BASO | NTORGRAN | SPHERO | NRBC |
| COMMENT: | | | |
| DIFF BY | | DATE | |

ORIGINAL

BOTTOM GUIDE EDGE

PLACE EDGE OF REPORT NO. 2 HERE

PLACE EDGE OF REPORT NO. 3 HERE

P128

**DEACONESS - NASHOBA HOSPITAL**

PLACE TOP OF REPORT NO. 3 HERE

PLACE TOP OF REPORT NO. 2 HERE

NOSIS: Prolapse Irecnt

PRE SURGICAL
LAB. WORK

☐ OUT-PATIENT

| MEN | TIME OF SPECIMEN | AM PM | ORDERED BY |
| | | | |

ROUTINE ☐  ASAP ☐  EMERG. ☐  ☒ SURGERY  WRITTEN BY MT

OUS TRANSFUSION    PREVIOUS REACTIONS    DATE & TIME NEEDED    AM PM
YES ☐  NO ☐  WHEN?

| TEST | PATIENT RESULTS | ☐ CROSS-MATCH | COMPATIBLE UNIT NUMBERS | BLOOD DERIVATIVES | COMMENTS: |
| ABO GROUP | B | ☐ UNITS  ☐ FOR TRANSFUSION | - | UNITS OF | ☐ AUTOLOGOUS BLOOD AVAILABLE |
| RHO | Positive | ☐ TO HOLD | - | | |
| DIRECT COOMBS | | CHECK ONE: | - | FRESH FROZEN PLASMA | |
| ANTIBODY SCREEN | Negative | PACKED RED BLOOD CELLS (HUMAN) | | PLATELET CONCENTRATE | |
| ANTIBODY IDENTIFICATION | | OTHER RED CELL PRODUCTS | | | PATIENT SAMPLE DRAWN BY  TIME |
| TYPE patient and hold specimen or POSSIBLE CROSS-MATCH | | SPECIFY: | | | Michelle Trombly  950 AM PM |
| | | | | | DATE DONE  TIME  TECH |
| | | | | | 1200  Cbnus |

| BLOOD BANK | BLOOD RESERVED FOR 48 HOURS ONLY |

NH00910



08:31:07 AM

Deaconess/Nashoba Hospital, Ayer, MA.
Dept: PREOP
Room:
User: TH

NH00911

pt 28

# DEACONESS-NASHOBA HOSPITAL

## INITIAL NURSING ADULT ASSESSMENT RECORD
## OBSERVATION / INPATIENT

| SECTION I: BASIC PATIENT INFORMATION | COMPLETED BY: A Cheshin | RN / LPN / NA |
|---|---|---|

| ate: | Time of Assessment: 130 p | I.D. Bracelet On and Correct: |
|---|---|---|
| mitted From: home | Mode of Entry: ambue | Accompanied By: |

Reason for Admission: (Patient's Own Words)
to have a cysto + bladder sling    for incontinence + prolapse

Summary of Current Illness and Treatments:   frequency past 6-7mos

| ITAL SIGNS: | T 98.5 | P 60 | R 18 | B/P 140/80 | Ht. 5'6" | Wt. 176.2 | Time of Last Meal: |
|---|---|---|---|---|---|---|---|

**LLERGIES: (Include Manifestations)**    Food: ___
☐ NKA

☐ Signed Health Care Proxy:    Drug: Demarol  MORPHINE
☐ Yes  ☐ No

☐ Valuables Sheet Initiated    Other: ___

## SECTION II: CURRENT MEDICATIONS

| MEDICATION | DOSE | LAST DOSE TAKEN | DISPOSITION (H=Home, P=Pharmacy) |
|---|---|---|---|
| Estrace 1mg | | Vitamin B12 q month | |
| Amitriptyline 25mg at HS | | 1 ASA daily | |
| Paxpro. | | Vitamin E 200 qd. | |
| Lanoxin .25mg qd. | | MVI | |
| Verapamil 240mg @HS | | Folic acid | |
| Toprol 100mg at HS | | | |
| nitro prn. | | | |

## SECTION III: PATIENT HISTORY    SIGNATURE: A Chisholm

Past Medical History and Hospitalizations:    TIME ASSESSMENT DOCUMENTED:
Back surgeries in past.  4 (R) ankle surgeries
L vag hyst.    spur (R) hip    (R) knee arthroscopy    umb. hernia

Psycho / Social History: (Support Systems, Factors Related to Hospitalization, Relationships)

| Living Arrangements: lives alone | Primary Language Spoken: Eng. | Occupation: |
|---|---|---|
| Alcohol: (Amt.) NO | Smokes: (Type / Amt.) NO | Caffeine: |

## SECTION IV: PHYSICAL EXAM

Physical Exam by Body System; Note Only Abnormality, Otherwise NP = No Problem

| ENT: | (Assess Eyes, Ears, Nose, Throat) NP |
|---|---|
| RESP: | (Assess Chest Configuration and Movement, Resp. Rate, Rhythm, Depth, Pattern, Sounds, Cough, O2 Use) NP |

# DEACONESS-NASHOBA HOSPITAL

## INITIAL NURSING ADULT ASSESSMENT RECORD
### OBSERVATION / INPATIENT

| | |
|---|---|
| **CARDIOVASC:** | (Assess Sounds, Rate, Rhythm, BP, Edema, Skin Color, Peripheral Circulation, IV's) *MVP  BRIL  HTN  on meds - well regulated* |
| **GI:** | (Assess Wt., Abdomen, Bowel Habits, Sounds, Swallowing, Comfort, Girth, Tubes) *sluggish bowel* |
| **GU:** Female: LMP, Last PAP Smear, Vaginal Discharge / Male: Abnormal Discharge, Swelling, Pain) | (Assess Urine Freq., Continence, Color, Odor, Comfort, Pattern) *frequency* |
| **NEURO:** | (Assess Motor and Sensory Function, LOC, Gait, Orientation, Speech, Vision) *WP* |
| **MUSCSKEL:** | (Assess Motion, Alignment, Joint Function) *arthritis fibromyalgia, polymyalgia* |
| **SKIN:** | (Assess Color, Turgor, Textdre, Lesions) - Female: Last Breast Exam |

## SECTION V: ACTIVITIES OF DAILY LIVING

| | | | |
|---|---|---|---|
| Feeding: *Indep* | Diet: *Reg* | Adherance: | Appetite: *good* |
| Bathing: | Food Preferences: | | Intolerances: |
| Toileting: | Amt. Daily Exercise: | | |
| Dressing: | Sleep Habits: *fair - up 2-3x/noc* | | |
| Grooming: | Recent Wt. Change: | | |
| Mobility: | | | |
| Rest / Sleep: | | | |

**FUNCTIONAL LEVEL CODES**

0 = Performs Independently
1 = Use of Assistive Devices
2 = Requires Assistance
3 = Does Not Perform / Dependent

### PHYSICAL IMPAIRMENTS

| | DISPOSITION HOME | WITH PT. | | DISPOSITION HOME | WITH PT. |
|---|---|---|---|---|---|
| ☒ Wears Glasses: | ☐ | ☒ | ☐ Mobility Aids: | ☐ | ☐ |
| ☐ Hearing Aids: | ☐ | ☐ | ☐ Prosthesis: | ☐ | ☐ |
| ☐ Dentures: | ☐ | ☐ | ☐ Orthotic(s): | ☐ | ☐ |
| ☐ Other Aids Needed: | | | | | |

## SECTION VI: SKIN ASSESSMENT
### COMPLETE RISK ASSESSMENT AND ASSIGN SCORE

| NUTRITIONAL | MENTAL | ACTIVITY | MOBILITY | CONTINENCE |
|---|---|---|---|---|
| 4 - Good / Adequate Calories | 4 - Alert | 4 - Independent Ambulator | 4 - Independent | 4 - Continent |
| 3 - Fair / Reduced Calories | 3 - Confused | 3 - Walks with Help | 3 - Minimal Assist | 3 - Incontinent once in 24° |
| 2 - Poor / Minimal Calories | 2 - Lethargic | 2 - No Ambulation | 2 - Maximum Assist | 2 - Incontinent of Urine or Feces |
| 1 - Very Poor / NPO | 1 - Comatose | 1 - Complete Bedrest | 1 - Immobile | 1 - Incontinent Both Urine & Feces |
| SCORE: | SCORE: | SCORE: | SCORE: | SCORE: |

**TOTAL SKIN RISK ASSESSMENT SCORE:**

CONTINUE SKIN AS

NH00913



# DEACONESS-NASHOBA HOSPITAL

## NITIAL NURSING ADULT ASSESSMENT RECORD
## OBSERVATION / INPATIENT

essure Device Initiated:    16+ Points:  None Needed _____

10-15 Points:  SofCare Mattress _____    Chairpad _____

5 - 9 Points:  Specialty Bed (Type) _____

**SKIN DOCUMENTATION**

Circle Pressure Area and Mark with Code:

Stage I:    Red Area / No Skin Breakdown
Stage II:   Red Area / 1st Layer Skin Breakdown
Stage III:  Red Edges / Breakdown to Fascia / No Necrosis
Stage IV:   Red Edges / Breakdown into Fascia or Bone with Necrosis

Description of Open Areas: _____



_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| SECTION VII: RISK TO FALL ASSESSMENT | ASSESS RISK TO FALL AND INITIATE PROGRAM ACCORDING TO SCORE |
|---|---|

POINTS

☐ Risk to Fall Interventions Initiated Based on Assessment Score

| | POINTS |
|---|---|
| ered Mental Status | 15 |
| ll Prior to This Admission or During Admission | 15 |
| izure Precautions, Hx of Loss of Consciousness | 15 |
| eds Assistance with Ambulation | 15 |
| kes Meds That Cause Dizziness / Vertigo / Syncope | 15 |
| st Operative Condition / Sedated | 15 |
| ered Behavior (Beligerent / Resistant / Combative) | 15 |
| continent, Urgency, On Diuretics or Laxatives | 15 |
| e 65 or Over | 10 |
| nguage Barrier | 10 |
| or Eyesight | 5 |
| aring Deficit | 5 |
| rake, Alert, Oriented x 3, Ambulatory | 5 |

0 - 10 Points:  Low Risk _____
11 - 20 Points:  Moderate Risk _____
21+ Points:  High Risk _____

**Low Risk:**
1) Siderails Up
2) Bed in Low Position
3) Slippers - Non Skid Sole
4) Toilet Patient Prior to Sedation
5) Bedpan / Urinal q 4 Hours
6) Call Light Within Reach

**Modified Risk:**  1-6 Above)
7) Ambulate with Assistance
8) Orange Safety Stickers in Place

**High Risk:**  1-8 Above)
9) Frequent Observation
10) Attend in BR
11) Geri Chair
12) Restraining Device

OTAL **NUMBER OF POINTS**
OM ABOVE ASSESSMENT: _____

NH00914



# DEACONESS-NASHOBA HOSPITAL

## INITIAL NURSING ADULT ASSESSMENT RECORD
## OBSERVATION / INPATIENT



| SECTION VIII: TEACHING PLAN | INITIATED BY: | _ACothe_ RN |
|---|---|---|

### PATIENT / FAMILY TEACHING PLAN

Identified Barriers: ☐ Language  ☐ Reading Ability  ☐ Physical State  ☐ Sensory  ☐ Mental State  ☐ Other: (Please Specify)

| DATE | KNOWLEDGE DEFICIT | EXPECTED OUTCOME / GOALS (the Patient / SO Will): | INTERVENTION | RESOLUTION DATE / INITIALS |
|---|---|---|---|---|
| | Knowledge Deficit of Hospital Functions & Systems | Express Understanding of Hospital Functions & Systems | Orient Patient to: Bed, Room, Intercom, TV, Smoking Policy, Siderails, BR, Mealtimes, Lights, Telephone, Visiting Hours, Rooming In. Patient Handbook / Bill of Rights Given to Patient: ☐ Yes ☐ No  Medicare / Champus Message Given to Patient: ☐ Yes ☐ No | |
| | | | | |
| | | | | |
| | | | | |

### PATIENT / FAMILY DISCHARGE PLAN

| DATE | IDENTIFIED NEED | EXPECTED OUTCOME / GOALS | INTERVENTION | RESOLUTION DATE / INITIALS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| SECTION IX: PROBLEM LIST | INITIATED BY: | _HCehl_ RN |
|---|---|---|

### PROBLEM LIST / PATIENT'S PLAN OF CARE

Refer to Standard of Care:

| DATE | INITIALS | NO. | PROBLEM | RESOLUTION DATE / INITIALS |
|---|---|---|---|---|
| | AZ | 1 | _alt̄ urinary output_ | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

NH00915



| HOUR | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | HOSP. DAY | PO PP | Day | | Date | HOSP. DAY | PO PP | Day | | Date | HOSP. DAY | PO PP | Day | | Date | HOSP. DAY | PO PP | Day | | | | |
| LOOD PRESSURE | | | 140/80 | | 156/70 | | 138/64 | 148/84 | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GHT 5'1" WEIGHT | 176.2 | | | | | | | | | | | | | | | | | | | | | | | |
| ORAL | | | | | | | | | | | | | | | | | | | | | | | | |
| I.V. | 100/1050 | | | | | | | | | | | | | | | | | | | | | | | |
| S.C. | | | | | | | | | | | | | | | | | | | | | | | | |
| RECTAL | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | | | | | | | | | | | |
| URINE | 260 | | | | | | | | | | | | | | | | | | | | | | | |
| EMESIS | | | | | | | | | | | | | | | | | | | | | | | | |
| DRAINAGE | | | | | | | | | | | | | | | | | | | | | | | | |
| STOOL | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | | | | | | | | | | | |

NH00916

FORM #-210S.R.

PT 38

# DNH PATIENT ASSESSMENT FLOW SHEET

: ANY BLANK SPACES NOT INITIALED OR ASTERISKED * INDICATE NOT APPLICABLE.
ANY ITEM THAT HAS AN ASTERISK * REQUIRES FURTHER DOCUMENTATION IN THE NURSING PROGRESS NOTES.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DATE** | | | | | | **DATE** | | | | | | |
| **TIME** | | | | | | **TIME** | | | | | | |
| ALERT | | | | | PULSE - REG | | | | | | | |
| ORIENTED | | | | | IRREG | | | | | | | |
| DISORIENTED | | | | | CHEST PAIN | | | | | | | |
| RESPONDS ONLY TO PAIN | | | | | TELEMETRY | | | | | | | |
| AGITATED | | | | | HOLTER | | | | | | | |
| SLEEPING | | | | | PEDAL PULSES - R + L ⊕ | | | | | | | |
| UNRESPONSIVE | | | | | ⊖ | | | | | | | |
| SPEECH - CLEAR | | | | | EDEMA - ANKLE | | | | | | | |
| SLURRED | | | | | LEG | | | | | | | |
| GARBLED | | | | | | | | | | | | |
| APHASIC | | | | | | | | | | | | |
| PUPILS - PERL | | | | | TEMPERATURE - NORM | | | | | | | |
| DIALATED, | | | | | HYPERTHERMIC FEBRILE | | | | | | | |
| CONSTRICT | | | | | HYPOTHERMIC COOL | | | | | | | |
| FIXED NONREACTIVE | | | | | TURGOR - GOOD | | | | | | | |
| GRASP - STRONG | | | | | FAIR | | | | | | | |
| WEAK | | | | | POOR | | | | | | | |
| BEHAVIOR - COOPERATIVE | | | | | DIAPHORESIS | | | | | | | |
| UNCOOPERATIVE | | | | | COLOR - PINK | | | | | | | |
| ANXIOUS | | | | | FLUSHED | | | | | | | |
| WITHDRAWN | | | | | ASHEN | | | | | | | |
| COMBATIVE | | | | | CYANOTIC | | | | | | | |
| DEPRESSED | | | | | PALE | | | | | | | |
| | | | | | JAUNDICED | | | | | | | |
| QUALITY - WNL | | | | | DECUBITUS - STG I | | | | | | | |
| SHALLOW | | | | | STG II | | | | | | | |
| LABORED | | | | | STG III | | | | | | | |
| RATE - WNL | | | | | STG IV | | | | | | | |
| SLOW < 12 | | | | | DSG - DRY + INTACT | | | | | | | |
| RAPID > 20 | | | | | CHANGED | | | | | | | |
| LUNG SOUNDS - CLEAR | | | | | REINFORCED | | | | | | | |
| RHONCHI | | | | | DRAINAGE - SEROUS | | | | | | | |
| RALES | | | | | SANGUINOUS | | | | | | | |
| WHEEZE | | | | | BILE | | | | | | | |
| DIMINISHED | | | | | PURULENT | | | | | | | |
| COUGH | | | | | | | | | | | | |
| SPUTUM PRODUCTION | | | | | | | | | | | | |
| ISOLATION | | | | | | | | | | | | |
| REQUIRED SUCTIONING | | | | | WOUND IRRIGATION | | | | | | | |
| CHEST PT | | | | | | | | | | | | |
| NEBULIZER | | | | | | | | | | | | |
| PULSE OXIMETRY | | | | | | | | | | | | |
| O2 - NASAL CANNULA | | | | | | | | | | | | |
| VENTI MASK | | | | | | | | | | | | |
| RESPIRATOR | | | | | | | | | | | | |

CARDIAC

SKIN

NH00917

| DATE | | | | | | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | | | | | | TIME | | | | | | |

**TUBES -** NG

| | | | | | | NPO | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON PRATT | | | | | | DIET - HOUSE | | | | | | |
| T-TUBE | | | | | | FULL LIQUID | | | | | | |
| CHEST | | | | | | CLEAR LIQUID | | | | | | |

| | | | | | | NUTRITION | APPETITE - GOOD 3/4 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EGG CRATE | | | | | | | FAIR 1/3 1/2 | | | | | |
| SPECIALTY BED | | | | | | | POOR 1/4 | | | | | |
| AIR MATTRESS | | | | | | | SUPPLEMENTS | | | | | |
| SEQUENTIAL COMP DEV | | | | | | | TUBE FEEDINGS - N/G | | | | | |
| K-PAD | | | | | | | G-TUBE | | | | | |
| COOLING BLANKET | | | | | | | J-TUBE | | | | | |
| | | | | | | | DIABETIC DIET + SNACKS | | | | | |
| CARDIAC | | | | | | | FEED - SELF | | | | | |
| DIABETIC | | | | | | | ASSIST | | | | | |
| COLOSTOMY | | | | | | | INTRAVENOUS FLDS | | | | | |
| DISCHARGE PLANS | | | | | | | | | | | | |

| | | | | | | HYGIENE | COMPLETE BATH | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEVEL OF PAIN - NONE | | | | | | | PARTIAL BATH | | | | | |
| MILD 1 | | | | | | | ORAL CARE | | | | | |
| DISCOMFORT 2 | | | | | | | BACK CARE | | | | | |
| DISTRACTING 3 | | | | | | | FT CARE | | | | | |
| DISTRESSING 4 | | | | | | | PM CARE | | | | | |
| MOST SEVERE 5 | | | | | | | SELF CARE | | | | | |
| MEDICATION | | | | | | | SHOWER | | | | | |
| REPOSITION | | | | | | | | | | | | |

| | | | | | | ACTIVITY + SAFETY | BED REST | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VOIDING Q.S. | | | | | | | REPOSITIONING 2 HR | | | | | |
| FOLEY | | | | | | | OOB - CHAIR | | | | | |
| FOLEY IRRIGATION | | | | | | | AMBULATE - SELF | | | | | |
| CATH CARE | | | | | | | ASSIST | | | | | |
| I + O | | | | | | | BRP | | | | | |
| BOWEL SOUNDS ⊕ | | | | | | | COMMODE | | | | | |
| ⊖ | | | | | | | SIDE RAILS UP | | | | | |
| BOWEL MOVEMENT | | | | | | | CALL LIGHT | | | | | |
| COLOSTOMY | | | | | | | RESTRAINTS | | | | | |
| HEMOCULT STOOL ⊕ | | | | | | | RISK TO FALL ASSESS. | | | | | |
| ⊖ | | | | | | | | | | | | |
| HEMOCULT URINE ⊕ | | | | | | | | | | | | |

| | | | | | | SIGNATURES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INCONTINENCE - URINE | | | | | | | | | | | | |
| STOOL | | | | | | | | | | | | |
| EMESIS | | | | | | | | | | | | |
| HEMOCULT ⊕ | | | | | | | | | | | | |
| ⊖ | | | | | | | | | | | | |

NH00918

The Vital Signs Record should be used on all critically ill patients and on all
patients who are on B.P. Pulse, Respirations or Temp. oftener than Q4°

| ATE | TIME | T | P | R | BP | TREATMENTS AND REMARKS |
|---|---|---|---|---|---|---|
| | 6p | 96 | 64 | 18 | 144/64 | A→O LS clean O₂ sat 95 RA denies pain/ SOB Abd soft ⊕ BS⊕ tol sips ⊙ liq ō nausea. ⊙ discomfort at cushion site - 2 sites dry intact ō clean dry foley - clear yellow urine ⊙ ___ SCahl |
| | 7p | 96 | 60 | 16 | 140/60 | IV patent tol fluids well ō nausea moves all extrem well SCD boots on - states only sl. tenderness |
| | 8 | 98⁶ | 72 | 16 | 138/70 | Pt A&O x3, Dilsa dims c/o BS⊕, SCahl c/o nausea, vomiting, pre-existing clear, dilute urine, IV site dry areas ⊕ I/O ⊙ abd cramps, meds bupremir x3q IM good effect, moves well in bed. prn vomited small amt 3 cc clear liquid, pt states ___ much better, ō further n/a nausea vomiting, pt resting comfortably - J. Halpern |
| | 8⁰ | 98⁶ | 76 | 16 | 144/84 | A→O LS clear O₂ sat 95 RA enc TC+DB non prod cough abd soft ⊕ BS⊙ had a little head for ō nausea + appetite excellent po fluids IV fluids D5 ½ NS ō 1 liter infused foley cath dc'd @ 8pm - pt ___ to void @ ~10ᵖ clear yellow |
| | 12ⁿ | | | | | mod amt vag. bleeding peri pad S'd x2 ⊕ 8m void ⊙ c/o chem x2 after foled ō ball SCD had DC'd. Dr Bryn in - examined pt - pt discharged home ō review discharge instructions + follow-up care - pt understands these well - discharged home ō friend SCahl |

NAME:                    HOSPITAL NUMBER:                    DOCTOR:

NH00919

PT 28

## DEACONESS - NASHOBA HOSPITAL

ICATION ADMINISTRATION RECORD - 14 DAY

Enter Here IN PENCIL Number of Forms in Use

OSES: _Prolapse incontinent_

GIC TO: _Demerol_ _DAT - start c̄ liq_
(d in Red) _Morphine_
_Novacaine_ _Betadine_

| | | Scheduled Medications | | DATES GIVEN | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE INITIALS | EXP. DATE TIME | MEDICATION-DOSAGE-FREQUENCY-RT. OF ADM | HR | | | | | | | | | | |
| | | Amitriptyline 25mg HS | 10 P | | | | | | | | | | |
| | | Lanoxin 0.25mg Qd | 10 AP | 12 8° | | | | | | | | | |
| | | Verapamil HCl 240mg HS | 10 P | | | | | | | | | | |
| | | Toprol XL 100mg HS | 10 P | | | | | | | | | | |
| | | Buprenex 0.3mg im Q6° | 6 12 6 12 | | | | | | | | | | |

| | | | USE RED ASTERISK * TO INDICATE DOSES NOT GIVEN - EXPLAIN IN NURSE'S NOTES | | | | |
|---|---|---|---|---|---|---|---|---|

ngle Orders + Pre-Operatives

| DATE INITIALS | MEDICATION-DOSAGE-RT OF ADM | TO BE GIVEN DATE | TIME | NURSE INITIAL | OR. DATE INITIALS | MEDICATION-DOSAGE-RT OF ADM | TO BE GIVEN DATE | TIME | NURSE INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| | Pepcid 20 po on adm c̄ sip H2o | | 11° | A | | Ancef 1gm IVB Q8 x 2 doses | | 10P 6A | |
| | TORADOL 30mg IV | | | given RR | | | | | |
| | TORADOL 30mg im | | | | | | | | |

RELIGION _____ DOCTOR _Bospapulensig_ DATE/TIME ADMITTED _____

NH00920

| Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | PJB | Patricia J. Bretmaier | JS |
| | | | | Canff | LS |

| Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|

## RN Medications

PRN'S should also be recorded in nurse's notes

| ORIG. DATE INITIALS | EXP. DATE TIME | MEDICATION-DOSAGE-FREQUENCY RT. OF ADM. | | DOSES GIVEN |
|---|---|---|---|---|
| | | NTG 0.4mg SL prn | DATE | |
| | | | TIME | |
| | | | SITE | |
| | | | INIT | |
| | | Buprenex 0.3mg im Q6° prn | DATE | |
| | | | TIME | 1300 |
| | | | SITE | |
| | | | INIT | PW |
| | | | DATE | |
| | | | TIME | |
| | | | SITE | |
| | | | INIT | |
| | | | DATE | |
| | | | TIME | |
| | | | SITE | |
| | | | INIT | |
| | | | DATE | |
| | | | TIME | |
| | | | SITE | |
| | | | INIT | |
| | | | DATE | |
| | | | TIME | |
| | | | SITE | |
| | | | INIT | |
| | | | DATE | |
| | | | TIME | |

NH00921



PŢ 38

# Deaconess-Nashoba Hospital
## IV FLOW SHEET

**Line Maintenance (LM)**
1. Heparin Lock Flush
2. 72° site rotation
3. Convert to Heparin Lock
4. Discontinued
5. C.L. dressing change
6. 48° C.L. tubing change
7. 24° TPN tubing change
8. Pulled out accidentally
9. Leaking
10. Clotted
11. Infiltrated

**Infection Control Monitoring (ICM)**
1. Site clean, dressing intact
2. Pain at site - no erythema swelling, induration
3. Some erythema and/or swelling at site - no induration or palpable cord - Notify Infection Control Nurse
4. Erythema, swelling at site, induration, palpable cord less than 3" above site - Notify M.D. and Infection Control
5. Erythema, swelling at site, induration, palpable cord more than 3" above site - Notify M.D. and Infection Control

### SITE

| | | | |
|---|---|---|---|
| L | - Left | FA | - Forearm |
| R | - Right | UA | - Upper Arm |
| H | - Hand | I | - Inner |
| W | - Wrist | O | - Outer |
| CL | - Central Line | A | - A Line |

ALLERGIES: _Demerol Morphine Novocaine_

| DATE | SOLUTION / RATE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ PJB | D5½ NS @ 100cc° | Date | | | | | | | | | | | |
| | | Time | | | | | | | | | | | |
| | | Site | | | | | | | | | | | |
| | | Cath | | | | | | | | | | | |
| | | LM | | | | | | | | | | | |
| | | ICM | | | | | | | | | | | |
| | | Init. | | | | | | | | | | | |
| | | Date | | | | | | | | | | | |
| | | Time | | | | | | | | | | | |
| | | Site | | | | | | | | | | | |
| | | Cath | | | | | | | | | | | |
| | | LM | | | | | | | | | | | |
| | | ICM | | | | | | | | | | | |
| | | Init. | | | | | | | | | | | |
| | | Date | | | | | | | | | | | |
| | | Time | | | | | | | | | | | |
| | | Site | | | | | | | | | | | |
| | | Cath | | | | | | | | | | | |
| | | LM | | | | | | | | | | | |
| | | ICM | | | | | | | | | | | |
| | | Init. | | | | | | | | | | | |
| | | Date | | | | | | | | | | | |
| | | Time | | | | | | | | | | | |
| | | Site | | | | | | | | | | | |
| | | Cath | | | | | | | | | | | |
| | | LM | | | | | | | | | | | |
| | | ICM | | | | | | | | | | | |
| | | Init. | | | | | | | | | | | |

| INIT. | SIGNATURE / TITLE | INIT. | SIGNATURE / TITLE | PATIENT STAMP AREA |
|---|---|---|---|---|
| | | | | ▓▓▓▓▓▓▓▓▓ |
| | | | | ▓▓▓▓▓▓▓▓▓ |
| | | | | ▓▓▓▓▓▓▓▓▓ |
| | | | | ▓▓▓▓▓▓▓▓▓ |
| | | | | ▓▓▓▓▓▓▓▓▓ |

NH00922

# THE DEACONESS - NASHOBA HOSPITAL

## PERIOPERATIVE TEACHING RECORD

PT 28

DATE:
NATURE KEY:

PATIENT / SIGNIFICANT OTHER INCLUDED IN PATIENT UCATION. EXPLAIN:

| TEACHING CONTENT: | DATE/ | 1:1 PT-PATIENT S.O.-SIGNIFICANT OTHER | HANDOUT | DEMONSTRATION | OTHER | NEEDS REVIEW |
|---|---|---|---|---|---|---|
| 1. PERI-OPERATIVE EDUCATION INCLUDING: A) PRE-OPERATIVE TEACHING | | 1-2-3 | 4-6-8 | — | — | review |
| B) INTRA-OPERATIVE TEACHING | | | | | | |
| C) POST-OPERATIVE TEACHING (ALL THE ABOVE FOLLOWING THE ATTACHED GUIDELINES) | | | | | | |
| 2. TOUR OF FACILITY OFFERED TO CHILDREN AND YOUNG ADULTS. ACCEPTED / REFUSED | | | | | | |
| COMMENTS: | | | | | | |

HANDOUTS:  1. ANESTHESIA CONSENT; 2. DNH PATIENT HANDBOOK (this includes) PATIENT RIGHTS and DETAILED PREOP INSTRUCTIONS; 3. PRE-OP IN-STRUCTION CARD; 4. PCA INFO; 5. HEALTH CARE PROXY; 6. SURGICAL HANDOUTS FOR COUGHING AND DEEP BREATHING & DECREASING INCISIONAL PAIN; 7. SCOP PATCH AND INSTRUCTIONS FOR USE GIVEN TO THE PATIENT AND PATIENT INSTRUCTED NOT TO DRIVE, AFTER THE PATCH IS ON; 8. PATIENT RESPONSIBILITIES INFO SHEET; 9. OTHER.

I UNDERSTAND THAT BECAUSE I AM HAVING SURGERY WITH ANESTHESIA (ANY SEDATING MEDICATION) IT IS NECESSARY TO HAVE A RESPONSIBLE ADULT TO DRIVE ME HOME AND STAY WITH ME UNTIL THE MORNING FOLLOWING SURGERY. I HEREBY ACCEPT AND UNDERSTAND THESE INSTRUCTIONS.

PATIENT OR GUARDIAN SIGNATURE:                    WITNESS SIGNATURE:



TEACHING RESOURCES:
1. ALEXANDER'S "CARE OF THE PATIENT IN SURGERY", BY BARBARA J. GRUENDEMANN AND MARGARET HUTH MEEKER.

NH00923

**DEACONESS - NASHOBA HOSPITAL**
**PATIENT TEACHING RECORD**
**PATIENT CONTROLLED ANALGESIA**

| Content: | Date/ Initials | 1:1 p=pt s.o.=significant other | Handouts | Demonstration | Other | Needs Review Yes/No |
|---|---|---|---|---|---|---|
| When I have pain, instead of ringing the nurse to receive pain medication I will push the button which activates the machine, and a small dose of pain medication will go into my I.V. line. | | | | | | |
| I understand to give myself only enough medication to take care of my pain. I understand that if I become sleepy I should wait to ask the machine for pain medication until I feel definite pain. I need to find a comfortable balance between pain and sleepiness. | | | | | | |
| ... pain medication seems to stop working despite pushing the button several times, I will call the nurse to check and make sure that my I.V. is working. I understand that she will notify my doctor if this method of pain relief is not adequate for me. | | | | | | |

Family/Significant other included in patient teaching:

Signature Key:

I, _____ BY ACCEPT, UNDERSTAND, AND CAN VERBALIZE/DEMONSTRATE THESE INSTRUCTIONS:

DATE _____ PATIENT/GUARDIAN SIGNATURE _____ WITNESS SIGNATURE _____

TEACHING RESOURCES: "TO HELP YOU REST EASY..." A PATIENT EDUCATION HANDOUT FROM ABBOTT LABORATORIES, HOSPITAL PRODUCTS DIVISION, NORTH CHICAGO, IL 60064

NH00924

# EXHIBIT H

## Gram, Jeffrey D.

| | |
|---|---|
| **From:** | CostaM@GTLAW.com |
| **Sent:** | Friday, January 20, 2006 1:27 PM |
| **To:** | Gram, Jeffrey D. |
| **Subject:** | RE: ESSENT- Nashoba Valley Subpoena- Extension |

Jeffrey,

I researched your request for the disclosure of the dates of service on the records produced. Unfortunately, if the dates of service are disclosed, the information is no longer "de-identified" as that term is defined by HIPAA. Therefore, it is my recommendation that you should proceed under a court order which would authorize us to properly disclose such information.

Michael

**Michael R. Costa, Esq., M.P.H**
**Health Business Practice Group**
## Greenberg Traurig
**One International Place**
**20th Floor**
**Boston, MA 02110**
**(617) 310-6000**
**(617) 279-8465 (fax)**
**(401) 440-5212 (cell)**
**E-mail: costam@gtlaw.com**
**Firm Web Site- http://www.gtlaw.com**
**Personal Bio: http://www.gtlaw.com/biographies/biography.asp?id=1543**

New York * Miami * Washington, D.C.* Los Angeles * Chicago * Boston * Phoenix * Denver * Dallas * Atlanta * Tysons Corner * Philadelphia * Wilmington * Orlando * Tallahassee * West Palm Beach * Boca Raton * Fort Lauderdale * Albany * New Jersey * Amsterdam * Zurich * Orange County* *Silicon Valley* * Houston* *Milan* *Rome* * Las Vegas* *Tokyo*Brussels*London*Doral*Sacramento*

----------------------------------------------------------
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copy of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to hostmaster@gtlaw.com
GREENBERG TRAURIG, ATTORNEYS AT LAW
www.gtlaw.com

----------------------------------------------------------

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is

# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.                         Civil Action No. 04-cv-12482 (RGS)

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.

## ~~PROPOSED~~ STIPULATION AND PROTECTIVE ORDER

It is understood by the parties hereto that some of the information which is or will be encompassed by discovery demands made by an opposing party may constitute trade secrets or other confidential research, development, or commercial information within the meaning of Rule 26(c)(7) of the Federal Rules of Civil Procedure, and

WHEREAS, each of the parties believes that it would serve its interest to conduct discovery under a protective order pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure,

THEREFORE, it is hereby stipulated, subject to the approval of the Court, that:

1.     This stipulation and protective order (the "Order") shall apply to all information, documents and things subject to discovery in this action, which are owned or controlled by a party and believed in good faith by that party to contain its trade secrets or other confidential research, development, or commercial information, including, but not limited to, deposition testimony, answers to interrogatories, documents produced voluntarily, pursuant to Rule 34, or in

response to a subpoena, information obtained from inspection of premises or things pursuant to Rule 34, and answers to requests for admission pursuant to Rule 36.

2.  Any party, person, or entity that is subject to discovery in the Action may designate as "Confidential—Attorneys' Eyes Only" any files, documents, deposition testimony, and information furnished by that party in the course of pretrial discovery in the Action, or any papers, briefs, or other documents filed in connection with a motion, which such party believes in good faith constitutes or reveals confidential, non-public business or personal information.

3.  The designation by party of any document, material or information as "Confidential—Attorneys' Eyes Only" shall constitute a representation that such document, material or information has been reviewed by the party, person, or entity (a "Producing Party") and that there is a good faith basis for such designation. Notwithstanding the foregoing, a Producing Party's inadvertent failure to designate material "Confidential—Attorneys' Eyes Only" in accordance with the terms of this paragraph will not preclude a later designation to the extent that confidential treatment can still be obtained without undue burden or expense on any party to the litigation. At any time after the production of documents or information that the Producing Party considers to be "Confidential—Attorneys' Eyes Only," the Producing Party or person may make a written request that specifically identifies the documents or information and ask that they be designated and treated as "Confidential—Attorneys' Eyes Only." The receiving party shall immediately designate the identified documents or information accordingly and from then on will treat the documents or information as such.

4.  "Confidential—Attorneys' Eyes Only" materials will be used by the receiving parties solely for purposes of preparing for and conducting the litigation and any hearing or trial of the Action, for settlement purposes in connection with the Action, and any appellate proceedings in the Action.

5.     Any documents or other tangible materials designated as "Confidential— Attorneys' Eyes Only" shall be so designated by stamping the same with the legend "Confidential—Attorneys' Eyes Only," or a substantially similar legend, at the time of their production.

6.     Any deposition or other testimony may be designated as "Confidential— Attorneys' Eyes Only" by any one of the following means:

(a)     stating orally on the record of a deposition that certain information or testimony is "Confidential—Attorneys' Eyes Only" or that the entire deposition transcript is so designated; or

(b)     sending written notice within ten (10) business days of receipt of the transcript of the deposition designating all or a portion of the transcript as "Confidential— Attorneys' Eyes Only."

7.     Discovery materials designated as "Confidential—Attorneys' Eyes Only" shall not be disclosed by the party receiving such materials to persons other than:

(a)     this Court or any other Court exercising appellate jurisdiction with respect to the determinations of this Court (collectively, the "Court"), court officials and employees and stenographers transcribing testimony or argument at a hearing, trial or deposition in the Action or any appeal;

(b)     any person engaged to act as a mediator in this action;

(c)     counsel to the parties in the Action who have entered appearances in the Action, and attorneys, clerical, paralegal and secretarial staff regularly employed by such counsel;

      (d)    clerical and data-processing personnel not regularly employed by such counsel, but involved in the production, reproduction, organizing, filing, coding, cataloging, converting, storing, retrieving, and review of discovery materials to the extent reasonably necessary to assist such counsel in these proceedings;

      (e)    any jurors and alternative jurors;

      (f)    any person who authored or received the confidential information;

      (g)    any expert or consultant; and

      (h)    any other person to whom the parties agree in writing.

8.    Each person to whom disclosure is made pursuant to paragraphs 7(g) and (h) shall be given a copy and shall sign a declaration, a copy of which is attached hereto as Exhibit A, agreeing that he or she is bound by the terms of this Order.

9.    Any "Confidential—Attorneys' Eyes Only" materials or pleadings or other papers containing "Confidential—Attorneys' Eyes Only" materials shall be filed with the Clerk of the Court in sealed envelopes. The Clerk of the Court is directed to maintain the confidentiality of any documents and transcripts of testimony filed in accordance with the above. Where possible, only "Confidential—Attorneys' Eyes Only" portions of the filings with the Court shall be filed under seal.

10.    If any party objects to the designation of any discovery materials as "Confidential—Attorneys' Eyes Only," that party shall state the objection by letter to the party or to counsel for the party making such designation. If the parties are then unable to resolve the objections, any party may move the Court to do so. Until the court rules on any such motion, the discovery materials shall continue to be deemed "Confidential—Attorneys' Eyes Only" under the terms of this Order. In any court proceeding regarding "Confidential—Attorneys' Eyes

Only" information, the burden shall be on the party contesting the claim to demonstrate that any document or information is not "Confidential—Attorneys' Eyes Only."

11.    Nothing herein shall prevent any Person from seeking, by written agreement of the parties hereto or court order, further, greater, or lesser protection with respect to the use of any "Confidential—Attorneys' Eyes Only" materials in connection with this Action.

12.    Nothing herein shall be construed to affect in any way the admissibility of any document, testimony, or other evidence at trial of the Action. Nothing herein shall constitute a waiver of any claim of privilege or other protection from discovery. Nothing herein shall be construed to limit in any way any party's use of its own "Confidential—Attorneys' Eyes Only" materials.

13.    Within sixty (60) days after the Producing Party's reasonably detailed request therefore and after the final termination of the Action and any appeals, counsel shall return all Confidential—Attorneys' Eyes Only materials and copies (including excerpts and summaries) thereof to the Producing Party, or, in lieu thereof, certify in writing that such "Confidential— Attorneys' Eyes Only" materials have been destroyed, except that counsel may retain documents reflecting any work product, copies of Court filings and official transcripts and exhibits, provided said retained documents and the "Confidential—Attorneys' Eyes Only" information contained therein will continue to be treated as provided in this Order.

14.    If any party (or its counsel) receives a subpoena or other compulsory process demanding documents or information, or material designated as "Confidential—Attorneys' Eyes Only" by any other party, that party or counsel shall give notice to the party so designating the information, document, or material at least fourteen (14) days prior to the return date of the subpoena or other compulsory process, or, if the subpoena or other compulsory process has a return date of less than fourteen (14) days, notice shall be given to the designating person in

writing by telephone as soon as possible but in no event later than seventy-two (72) hours prior to the return date. Absent court order to the contrary, or a pending legal application to the Court by the designating party seeking protection from disclosure of its documents designated "Confidential—Attorneys' Eyes Only", the party or counsel subject to the subpoena or other compulsory process may produce the requested information, document or material on the return date. If a designating party instead intends to make application to the Court for such protection they must notify the subpoenaed party of said pending application as soon as practicable.

15.    The inadvertent production of any document or other disclosure of information that the Producing Party contends is subject to the attorney-client privilege, work-product protection, or any other privilege or protection against disclosure shall not be deemed a waiver in whole or in part of the claim of privilege or protection, either as to the specific document or information disclosed or as to any other document or information relating thereto. Within a reasonable time, the Producing Party shall give notice to the receiving party that privileged documents or information have been inadvertently produced or disclosed and request the return of such documents. Any document or portion of transcript, including all copies thereof, constituting or containing information as to which notice of inadvertent production is given shall be returned to the Producing Party within fourteen (14) days of such demand, unless the receiving party objects to the claim of privilege, the claim of privilege, the claim of inadvertent production and/or the reasonableness of the notice given, in which case the receiving party and the producing person shall attempt to resolve the dispute. If the dispute is not resolved, the Producing Party may move the Court for a protective order. In the event the Producing Party makes such a motion, the Producing Party shall have the burden to demonstrate the applicability of the privilege claimed and the Producing Party's notification of inadvertent production. Any documents or information as to which notice has been given shall be deemed and treated as

privileged and shall not be used for any purpose until the Court enters an order ruling otherwise, or until the receiving party and the Producing Party otherwise agree.

16.     Nothing herein shall preclude any party from applying to this Court for an order modifying this Order, or shall preclude any modification of this Order with the consent of all parties hereto.

17.     This Order shall be applicable to discovery provided by any third-party witnesses who agree in writing to be subject to and bound by the terms of this Order. Any Person may move the Court for a modification of or relief from this Order at any time upon notice to all parties.

SO STIPULATED

AMERICAN MEDICAL SYSTEMS,          NEBL, INC.
INC.,

By Its Attorneys                                    By Its Attorneys


____/s/Misti N. Nelc____                    ____/s/Emily A. Berger____
Stephen L. Coco (BBO# 561169)          Matthew B. Lowrie (BBO# 563414)
slcoco@rkmc.com                              mlowrie@LL-A.com
ROBINS, KAPLAN, MILLER &            Emily A. Berger (BBO# 650841)
CIRESI, LLP                                     eberger@LL-A.com
800 Boylston Street, 25th Floor            LOWRIE, LANDO & ANASTASI, LLP
Boston, Massachusetts 02199-7610       One Main Street
Phone: (617) 267-2300                        Cambridge, MA 02142
Fax:  (617) 267-8288                          Phone:  (617) 395-7000
                                                      Fax:  (617) 395-7070

OF COUNSEL
Jake M. Holdreith
Misti N. Nelc
Jeffrey D. Gram
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Phone: (612) 349-8500
Fax:  (612) 339-4181


Date: _____ June 8, 2005 _____          Date: _____ June 8, 2005 _____


SO ORDERED

Date: __6-17-05__          _R.S. Stearns, USDJ_

# EXHIBIT A

**EXHIBIT A**

**CONFIDENTIALITY AGREEMENT**

The undersigned hereby acknowledges that he/she has read the Stipulation and Protective

Order dated _____, 2005, executed by the attorneys of record for the parties in

the action presently pending in the United States District Court for the District of Massachusetts

entitled <u>NEBL, Inc. and Jeffrey Dann, M.D. v. American Medical Systems, Inc.</u>, Civil Action

No. 04cv12482 (RGS), understands that terms thereof, and agrees, upon threat of penalty of

contempt of court, to be bound by such terms.  The undersigned understands that the terms of

said Stipulation and Protective Order obligate him/her to use discovery materials designated

CONFIDENTIAL—Attorneys' Eyes Only solely for the purpose of the above-captioned action,

not to disclose any such confidential information to any other person, firm or concern; and to

return or destroy it on completion of the litigation or when requested by the person providing the

materials to the undersigned.


Name: _____

Job Title _____

Employer: _____

Business Address: _____


Date: _____     _____
Signature

MP3 20137781.1