IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>       Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>       Defendant. | Civil Action No.: 04-cv-12482 (RGS) |

NOTICE OF APPEARANCE

    Pursuant to local Rule 83.5.2, please enter my appearance on behalf of plaintiffs NEBL, Inc. and Jeffrey Dann, M.D. in the above-identified action.

    Respectfully submitted,

Dated: March 7, 2006

/s/ Carla Miriam Levy
Carla Miriam Levy, BBO No. 654,212
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070