IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.
_____

Civil Action No.:  04-12482RGS

**DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S
SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION TO COMPEL THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER
TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

      Defendant American Medical Systems, Inc. ("AMS") submits this Supplemental Memorandum to inform the Court that Nashoba Valley Medical Center ("Nashoba Valley") has stated that it will not oppose AMS's Motion to Compel Third-Party Nashoba Valley Medical Center to Produce Documents Responsive to Subpoena.

      In a letter to AMS dated March 2, 2006, counsel for Nashoba Valley stated that because "a properly entered court order will enable Nashoba to produce the limited information being sought in compliance with HIPAA, Nashoba will not oppose your current Motion to Compel." (Gram Decl., Ex. A.).  The parties agree that 45 C.F.R. 164.512(e)(1)(i) provides sufficient authority to enable Nashoba Valley to produce the medical records at issue, without redacting the dates of the medical records, pursuant to a court order.  *Id*.

As discussed in more detail in AMS's initial Memorandum, filed February 22, 2006, AMS merely seeks disclosure of the dates on the medical records. These dates are highly relevant to AMS's defense that the medical procedure allegedly disclosed by Dr. Dann to AMS was publicly known and had been performed several times before Dr. Dann's disclosure of any information to AMS. Disclosure of these dates will cause no harm to the patients who underwent the procedures reflected in the records. For these reasons, the Court should grant AMS's motion.

A Proposed Order is submitted herewith, which reflects a timeline for production agreed to by the parties. (Gram Decl. at ¶ 3.)

## CONCLUSION

For the foregoing reasons, Defendant AMS respectfully requests that the Court issue an order granting AMS's Motion to Compel Nashoba Valley to produce the medical records it previously produced in response to AMS's subpoena for documents, without redacting the dates on the medical records.

- 3 -

Dated:  March 7, 2006                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By:  ____/s/ Jeffrey D. Gram_____
    Jake M. Holdreith  (*pro hac vice*)
    Misti Nelc  (*pro hac vice*)
    Jeffrey D. Gram  (*pro hac vice*)
    2800 LaSalle Plaza
    800 LaSalle Ave.
    Minneapolis, MN 55402
    (612) 349-8500

    Stephen L. Coco (BBO# 561169)
    Robins, Kaplan, Miller & Ciresi LLP
    800 Boylston Street, 25th Floor
    Boston, MA  02199
    ATTORNEYS FOR DEFENDANT
    AMERICAN MEDICAL SYSTEMS

- 3 -

- 4 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing:

**DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

was served this 7th day of March, 2006, on the following:

**Via U.S. Mail**
Michael R. Costa
Greenberg Traurig, LLP
One International Plaza, 20th Floor
Boston, MA 02110
Counsel for Nashoba Valley Medical Center

**Via Electronic Filing**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142
**emailservice@LL-A.com**
Counsel for Plaintiffs
Dr. Dann and NEBL

                                         ____/s/ Jeffrey D. Gram_____
                                         Jeffrey D. Gram
                                         Counsel for Defendant American Medical Systems

MP3 20170299.1