IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. AND
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.

_____

Civil Action No.:  04-12482RGS

### DECLARATION OF JEFFREY D. GRAM IN SUPPORT OF DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA

I, JEFFREY D. GRAM, declare:

1. I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing Defendant American Medical Systems, Inc. ("AMS").

2. Attached hereto at Exhibit A is a true and correct copy of a letter to Jeffrey D. Gram from Michael R. Costa, dated March 2, 2006.

3. On March 3, 2006, I telephoned counsel for Nashoba Valley, Mr. Michael Costa. We discussed and agreed to a timeline for the production of the medical records at issue, should the Court grant AMS's motion. Under the agreed-upon timeline, Nashoba Valley agreed to produce a subset of the medical records, to be identified by AMS, no later than fourteen days following the date of the Court's Order, and the remaining medical records no later than thirty days following the date of the Court's Order. On March 6, 2006, I submitted a draft of the

Proposed Order to Mr. Costa for his review. On March 7, 2006, Mr. Costa and I agreed to the Proposed Order as submitted to the Court.

    To the best of my knowledge and belief, I declare, under the pains and penalties of perjury, that all the statements made by me herein are true.

Dated this 7th day of March, 2006.

                                                                     /s/ Jeffrey D. Gram_____
                                                                     Jeffrey D. Gram

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing:

**DECLARATION OF JEFFREY D. GRAM IN SUPPORT OF
DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S SUPPLEMENTAL
MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL
THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER
TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**

was served this 7th day of March, 2006, on the following:

**Via U.S. Mail**
Michael R. Costa
Greenberg Traurig, LLP
One International Plaza, 20th Floor
Boston, MA 02110
Counsel for Nashoba Valley Medical Center

**Via Electronic Filing**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142
**emailservice@LL-A.com**
Counsel for Plaintiffs
Dr. Dann and NEBL

　　　　　　　　　　　　　　　　　　　____/s/ Jeffrey D. Gram_____
　　　　　　　　　　　　　　　　　　　Jeffrey D. Gram
　　　　　　　　　　　　　　　　　　　Counsel for Defendant American Medical Systems

# EXHIBIT A

# Greenberg
# Traurig

MICHAEL R. COSTA, ESQ., M.P.H.  
(617) 310-6065  
costam@gtlaw.com

HEALTH BUSINESS &  
BIOTECHNOLOGY  
PRACTICE GROUPS

March 2, 2006

**VIA EMAIL AND FIRST CLASS MAIL**

Jeffrey D. Gram  
Robins, Kaplan, Miller & Ciresi, LLP  
2800 LaSalle Plaza  
800 LaSalle Avenue  
Minneapolis, MN 55402

  *Re:* *NEBL c. American Medical Systems, Inc.*  
    *Your File No.: 122994.0001*

Dear Mr. Gram:

  I am in receipt of your February 22, 2006 letter enclosing your Motion to Compel Nashoba Valley Medical Center ("Nashoba") to Produce Documents Responsive to Third-Party Subpoena. As you recall from our telephone conversation, current HIPAA regulatory requirements preclude Nashoba from producing the protected health information requested in your original subpoena. Nevertheless, 45 C.F.R. 164.512(e)(1)(i) provides sufficient authority to enable Nashoba to produce the requested documents pursuant to a court order.

  As a properly entered court order will enable Nashoba to produce the limited information being sought in compliance with HIPAA, Nashoba will not oppose your current Motion to Compel. However, it is requested that Nashoba be given ample opportunity to redact and produce the medical records in question and in no event sooner than March 31, 2006.

  Should you have any questions, please do not hesitate to contact me at any time.

              Very truly yours,

              Michael R. Costa

cc: Candice Murphy-Farmer, Esq.  
   Elaine Bullman

ALBANY  
AMSTERDAM  
ATLANTA  
BOCA RATON  
BOSTON  
CHICAGO  
DALLAS  
DELAWARE  
DENVER  
FORT LAUDERDALE  
HOUSTON  
LAS VEGAS  
LOS ANGELES  
MIAMI  
MILAN*  
NEW JERSEY  
NEW YORK  
ORANGE COUNTY, CA  
ORLANDO  
PHILADELPHIA  
PHOENIX  
ROME*  
SILICON VALLEY  
TALLAHASSEE  
TOKYO*  
TYSONS CORNER  
WASHINGTON, D.C.  
WEST PALM BEACH  
ZURICH  
*Strategic Alliances  
Tokyo-Office/Strategic Alliance