- 1 -

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.

_____

Civil Action No.:  04-12482RGS

**[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO COMPEL THIRD-PARTY NASHOBA VALLEY MEDICAL CENTER TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA**

Following briefing by Defendant American Medical Systems, Inc. ("AMS") and upon submission to the Court of a letter from Nashoba Valley Medical Center ("Nashoba Valley") in which it states its intent not to oppose AMS's current Motion to Compel:

It is hereby ORDERED that:

1. Nashoba Valley shall produce to AMS the same collection of medical records it previously produced to AMS in response to AMS's subpoena for documents dated October 24, 2005, and shall not redact the dates on the medical records. Any and all additional information that was previously redacted by Nashoba Valley as part of its production shall remain redacted unless otherwise ordered by this Court upon proper application by the parties hereto.  Nashoba Valley shall produce the medical records according to the following timeline:

- 2 -

    a)    No later than fourteen days following the date of this Order, Nashoba Valley shall produce the medical records that were labeled by Nashoba Valley in its original production with the following markings: PT6, PT7, PT10, PT17, PT21, PT25, PT28, PT29, PT35, and PT39.

    b)    No later than thirty days following the date of this Order, Nashoba Valley will produce the remaining medical records.

SO ORDERED

Date: _____

                                                                    Richard G. Stearns, U.S.D.J.