IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.

Civil Action No.:  04-cv-12482 (RGS)

## JOINT MOTION TO REVISE SCHEDULE

Plaintiffs NEBL, Inc., and Jeffrey Dann, M.D. (collectively "NEBL") and defendant American Medical Systems, Inc. ("AMS") hereby jointly request that the Court revise the schedule in this case as set forth below.

In the interest of efficiency, the parties request a revised schedule to resolve outstanding issues regarding the scope of a Rule 30(b)(6) deposition notice, and to take the 30(b)(6) deposition, before serving opening expert reports.  Under the current schedule, set by this Court at the scheduling conference on June 6, 2005, and revised by order of this Court on November 29, 2005, opening expert reports are due on March 24, 2006.   The parties have resolved several disputes regarding the scope of certain 30(b)(6) topics served by NEBL on AMS.  Although the parties have reached compromise on many of those disputes, a few remain.  NEBL expects to file a motion to compel testimony on several topics in its Rule 30(b)(6) notice at the end of this week.  For the sake of efficiency, the parties believe that the Rule 30(b)(6) deposition should occur before expert reports are submitted..

Accordingly, to allow time for the Court to resolve that motion before the deposition proceeds (and also to accommodate the schedules of AMS's 30(b)(6) witnesses), and to avoid serving expert reports before the 30(b)(6) deposition of AMS (which would presumably require a round of supplemental reports after the deposition), the parties have agreed to request that the Court enter the following modified schedule for briefing NEBL's motion to compel, for expert discovery, and for dispositive motions [1]:

|  | Current date | **Jointly proposed date** |
|---|---|---|
| Plaintiffs' motion to compel | -- | **March 10, 2006** |
| AMS's opposition to motion to compel | -- | **March 24, 2006** |
| Initial expert reports | March 24, 2006 | **May 24, 2006** |
| Rebuttal expert reports | April 24, 2006 | **June 23, 2006** |
| Close of expert discovery | July 25, 2006 | **July 25, 2006** |
| Deadline to file dispositive motions | June 23, 2006 | **August 25, 2006** |

The parties believe that this proposed schedule will allow sufficient time for the resolution of the few remaining disputes regarding the scope of plaintiffs' Rule 30(b)(6) deposition. The parties therefore respectfully request that the Court enter an order assigning the schedule proposed above.

---

[1] The parties have also agreed to revisit this schedule and amicably negotiate for further extensions should the Court's schedule not permit it to resolve NEBL's motion to compel testimony with sufficient time for the Rule 30(b)(6) deposition to be completed before the deadline for the submission of expert reports.

-3-

Respectfully submitted,

| | |
|---|---|
| NEBL, INC. and JEFFREY DANN, M.D., | AMERICAN MEDICAL SYSTEMS, INC. |
| By its attorneys, | By its attorneys, |

/s/ Carla Miriam Levy
Matthew B. Lowrie (BBO# 563414)
Carla Miriam Levy (BBO # 654212)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

/s/ Jeffrey D. Gram
Stephen L. Coco (BBO# 646725)
Robins, Kaplan, Miller & Ciresi
800 Boylston Street
25th Floor
Boston, MA 02199
(617) 267-2300

Jake M. Holdreith (*pro hac vice*)
Misti Nelc (*pro hac vice*)
Jeffrey D. Gram (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: March 7, 2006

Dated: March 7, 2006