- 1 -

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.
_____

Civil Action No.: 04-12482RGS

**ASSENTED-TO MOTION PURSUANT TO
LOCAL RULE 7.2 FOR LEAVE TO FILE PAPERS UNDER SEAL**

    Defendant American Medical Systems, Inc. ("AMS") hereby requests that it be allowed, pursuant to Local Rule 7.2, to file its Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Testimony Pursuant to Fed.R.Civ.P.30(b)(6), along with the supporting Declaration of Stephen L. Coco and attached exhibits, <u>under seal</u>.

    AMS's Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Testimony Pursuant to Fed.R.Civ.P.30(b)(6) and related exhibits contain confidential information and testimony from both AMS and Plaintiffs, including testimony regarding product development. Some of the confidential information is contained in interrogatory responses, deposition testimony, and documents that one of the parties have designated as "Confidential – Attorneys' Eyes Only" under the Protective Order entered in this case by this Court on June 17, 2005, which provides that such information shall be filed under seal.

    Counsel for Plaintiffs have assented to this motion.

- 1 -

- 2 -

Dated: March 24, 2006                     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By:   _____/s/ Stephen L. Coco_____

Stephen L. Coco (BBO# 561169)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199

**ATTORNEY FOR DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.**


### LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Stephen L. Coco, certify that counsel for AMS has conferred with opposing counsel and that opposing counsel has assented to this motion.


Dated: March 24, 2006                     _____/s/ Stephen L. Coco_____
                                          Stephen L. Coco


### Certificate of Service

I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on all parties this 24nd day of March, 2006.


                                          /s/ Stephen L. Coco_____

- 2 -

BN1 35030303.1