- 1 -

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.
_____

Civil Action No.:  04-12482RGS

# [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL TESTIMONY PURSUANT TO FED. R. CIV. P. 30(B)(6)

This matter came on for hearing before the Court on Plaintiffs' Motion to Compel Testimony Pursuant to Fed. R. Civ. P. 30(b)(6).  Having considered all moving and opposing papers, the arguments submitted by counsel, and all matters presented to this Court, and good cause appearing therefore, the Court hereby DENIES Plaintiffs' Motion to Compel Testimony Pursuant to Fed. R. Civ. P. 30(b)(6).

SO ORDERED

Date: _____                    _____
                                                    The Honorable Richard G. Stearns