UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12482-RGS

NEBL, INC. and
JEFFREY DANN, M.D.

v.

AMERICAN MEDICAL SYSTEMS, INC.

ORDER ON PLAINTIFFS' MOTION TO COMPEL

April 21, 2006

STEARNS, D.J.

On March 10, 2006, NEBL, Inc., and Dr. Jeffery Dann moved to compel the testimony of American Medical Systems, Inc.'s (AMS) Rule 30(b)(6) witness regarding five topics. The motion to compel is ALLOWED as to Topic 15. The motion to compel is DENIED as to Topics 3, 4, and 17 to the extent the information sought is not limited to transabdominal procedures for implanting vaginal slings. As to Topic 12, NEBL shall seek information related to inventorship through contention interrogatories. AMS must produce a Rule 30(b)(6) witness to testify to non-privileged factual information concerning the prosecution of the patent.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE