IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.

_____

Civil Action No.: 04-12482RGS

## SECOND JOINT MOTION TO REVISE SCHEDULE

      Plaintiffs NEBL, Inc. and Jeffrey Dann, M.D. (collectively "NEBL") and Defendant American Medical Systems, Inc. ("AMS") hereby jointly request that the Court revise the schedule in this case as set forth below. In support of this motion, the parties state as follows:

      1.    On April 21, 2006, the Court granted in part and denied in part NEBL's motion to compel testimony of AMS's Rule 30(b)(6) witness regarding certain topics.

      2.    The following week, NEBL and AMS conferred regarding scheduling of the Rule 30(b)(6) deposition. NEBL informed AMS that, due to scheduling conflicts during the end of April 2006 and the month of May 2006, it would not be able to conduct the deposition until June 2006. NEBL asked AMS to consider jointly requesting that the Court revise the schedule in this case to accommodate the scheduling of NEBL's Rule 30(b)(6) deposition of AMS and to avoid having expert reports due before NEBL's Rule 30(b)(6) deposition is completed.

      3.    Under the current schedule, set by order of this Court on March 14, 2006, initial expert reports are due May 24, 2006. In the interest of efficiency and the orderly sequencing of discovery, and to avoid having expert reports due before NEBL's Rule 30(b)(6) deposition is completed, AMS agreed to join in this motion.

4. Accordingly, in the interest of efficiency and the orderly sequencing of discovery, and to avoid serving expert reports before NEBL's Rule 30(b)(6) deposition of AMS, the parties have agreed to request that the Court enter the following modified schedule for expert discovery and for dispositive motions:

|  | **Current date** | **Jointly proposed date** |
| --- | --- | --- |
| Initial expert reports | May 24, 2006 | July 7, 2006 |
| Rebuttal expert reports | June 23, 2006 | August 4, 2006 |
| Close of expert discovery | July 25, 2006 | September 15, 2006 |
| Deadline to file dispositive motions | August 25, 2006 | October 13, 2006 |

The parties respectfully request that the Court enter an order assigning the schedule proposed above.

Respectfully submitted,

NEBL, INC. and JEFFREY DANN, M.D.

By their attorneys,

 /s/ Carla Miriam Levy
Matthew B. Lowrie (BBO# 563414)
Carla Miriam Levy (BBO# 654212)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

AMERICAN MEDICAL SYSTEMS, INC.

By its attorneys,

 /s/ Misti Nelc
Stephen L. Coco (BBO# 646725)
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
(617-) 267-2300

Jake M. Holdreith (*pro hac vice*)
Misti Nelc (*pro hac vice*)
Jeffrey D. Gram (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: May 3, 2006

Dated: May 3, 2006

MP3 20178246.1

2