IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>         Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>         Defendant. | Civil Action No.: 04-12482RGS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Christopher A. Seidl hereby makes his appearance on behalf of Defendant American Medical Systems, Inc. in the above-entitled action.

Dated:  May 16, 2006

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:     /s/ Christopher A. Seidl
Jake M. Holdreith  (*pro hac vice*)
Misti Nelc  (*pro hac vice*)
Christopher A. Seidl (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
(612) 349-8500

Stephen L. Coco (BBO# 561169)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA  02199

ATTORNEYS FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing:

**NOTICE OF APPEARANCE**

was served this 16th day of May, 2006, on the following:

**Via Electronic Filing**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142
**emailservice@LL-A.com**
Counsel for Plaintiffs
Dr. Dann and NEBL

        /s/ Christopher A. Seidl

        Christopher A. Seidl
        Counsel for Defendant American Medical Systems