IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No.: 04-12482RGS |

**ASSENTED-TO MOTION PURSUANT TO
LOCAL RULE 7.2 FOR LEAVE TO FILE PAPERS UNDER SEAL**

Defendant American Medical Systems, Inc. ("AMS") hereby requests that it be allowed, pursuant to Local Rule 7.2, to file its forthcoming Memorandum of Law in Support of Its Motion to Compel Plaintiffs to Identify With Particularity And Certainty the Confidential Information That Plaintiffs Claim Defendant American Medical Systems, Inc. Misused, along with the supporting Declaration of Christopher A. Seidl and attached exhibits, under seal.

AMS's Memorandum of Law and related exhibits contain confidential information of Plaintiffs and Defendant. Some of the confidential information is contained in interrogatory responses and deposition testimony that has been designated "CONFIDENTIAL: OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order entered in this case by this Court on June 17, 2005, which provides that such information shall be filed under seal.

Counsel for Plaintiffs have assented to this motion.

Dated: May 16, 2006                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


                                   By:   /s/ Christopher A. Seidl
                                       Jake M. Holdreith  (*pro hac vice*)
                                       Misti Nelc  (*pro hac vice*)
                                       Christopher A. Seidl (*pro hac vice*)
                                       2800 LaSalle Plaza
                                       800 LaSalle Ave.
                                       Minneapolis, MN 55402
                                       (612) 349-8500

                                       -and-

                                       Stephen L. Coco (BBO# 561169)
                                       Robins, Kaplan, Miller & Ciresi LLP
                                       800 Boylston Street, 25th Floor
                                       Boston, MA  02199

                                       ATTORNEYS FOR DEFENDANT
                                       AMERICAN MEDICAL SYSTEMS


## LOCAL RULE 7.1(a)(2) CERTIFICATION

    I, Christopher A. Seidl, certify that counsel for AMS has conferred with opposing counsel and that opposing counsel has assented to this motion.


Dated: May 16, 2006                     /s/ Christopher A. Seidl

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing:

**ASSENTED-TO MOTION PURSUANT TO
LOCAL RULE 7.2 FOR LEAVE TO FILE PAPERS UNDER SEAL**

was served this 16th day of May, 2006, on the following:

**Via Electronic Filing**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142
**emailservice@LL-A.com**
Counsel for Plaintiffs
Dr. Dann and NEBL

      /s/ Christopher A. Seidl
Christopher A. Seidl
Counsel for Defendant American Medical Systems