IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.

Civil Action No.: 04-12482RGS

### DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO COMPEL PLAINTIFFS TO IDENTIFY WITH PARTICULARITY AND CERTAINTY THE CONFIDENTIAL INFORMATION THAT PLAINTIFFS CLAIM DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. MISUSED

Defendant American Medical Systems, Inc. ("AMS") hereby requests this Court to grant its Motion to Compel Plaintiffs to Identify With Particularity And Certainty the Confidential Information That Plaintiffs Claim Defendant American Medical Systems, Inc. Misused, brought pursuant to Federal Rules of Civil Procedure 37 and 45, and Rule 37.1 of the Local Rules for the District of Massachusetts.

Plaintiffs have not identified, with any particularity, the confidential information that Plaintiffs allege AMS misused relating to Plaintiffs' breach of contract and other claims. Further, Plaintiffs' four separate and vague descriptions of the confidential information that AMS allegedly misused have improperly created a moving target in this litigation. As a result, after a full year of discovery, AMS still does not know what specific confidential information it is accused of misusing. By this Motion, AMS seeks a clear and concise statement of what confidential information Plaintiffs allege AMS misused. The identification of this information

- 2 -

will define the proper scope of this lawsuit, allow AMS a fair opportunity to defend itself, and allow the Court and, if necessary, a jury to evaluate whether AMS misused any confidential information.

WHEREAS, AMS respectfully requests that this Court issue an Order: (1) compelling NEBL, within 5 days of the date of the Court's Order, to fully answer Interrogatory Nos. 1, 2 and 22 and identify, with particularity, the purported confidential information that NEBL believes AMS misused; and (2) requiring NEBL to commit to its identification of the confidential information purportedly misused by AMS.

This Motion is supported by the Memorandum of Law in Support of this Motion, the Declaration of Christopher Seidl, and attached exhibits, filed under seal, and the Proposed Order filed herewith.

Dated: May 16, 2006 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Stephen L. Coco
Stephen L. Coco (BBO# 561169)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199

-and-

Jake M. Holdreith (*pro hac vice*)
Misti Nelc (*pro hac vice*)
Christopher A. Seidl (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
(612) 349-8500

ATTORNEYS FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS

- 3 -

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned hereby certifies that counsel for Defendant American Medical Systems, Inc. conferred with counsel for the Plaintiffs and attempted in good faith to resolve or narrow the issues in dispute, but was unable to do so.

        /s/ Stephen L. Coco
Stephen L. Coco
Counsel for Defendant
American Medical Systems, Inc.

### CERTIFICATE PURSUANT TO LOCAL RULE 37.1

The undersigned hereby certifies that counsel for Defendant American Medical Systems, Inc. have complied with the provisions of Local Rule 37.1.

        /s/ Stephen L. Coco
Stephen L. Coco
Counsel for Defendant
American Medical Systems, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 16th day of May 2006.

                                   /s/ Stephen L. Coco