IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

Civil Action No.: 04-12482RGS

**[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO COMPEL PLAINTIFFS TO IDENTIFY WITH PARTICULARITY AND CERTAINTY THE CONFIDENTIAL INFORMATION THAT PLAINTIFFS CLAIM DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. MISUSED**

This matter came before the Court upon American Medical Systems, Inc.'s Motion to Compel Plaintiffs to Identify With Particularity And Certainty the Confidential Information That Plaintiffs Claim Defendant American Medical Systems, Inc. Misused. The Court, having considered the briefs of the parties, and all the files, records, and proceedings herein, ORDERS that:

1. American Medical Systems, Inc.'s Motion to Compel Plaintiffs To Identify The Confidential Information At Issue With Particularity And Certainty is hereby GRANTED.

2. Plaintiffs shall provide full and complete supplemental responses to American Medical Systems, Inc.'s Interrogatory Nos. 1, 2, and 22 within 5 days of the date of this Order. Specifically, Plaintiffs must identify, in detail, all confidential information that Plaintiffs allege American Medical Systems, Inc. misused. The

- 1 -

MP3 20179259.1

- 2 -

   identification must be sufficiently specific to allow the Court to evaluate on summary judgment whether any confidential information has been misused and, if necessary, to allow a jury to evaluate the same at trial.

3. Plaintiffs are required to commit to its identification of the confidential information purportedly misused by AMS.

SO ORDERED

Date: _____   _____
                                                Richard G. Stearns, U.S.D.J.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 16th day of May 2006.


      /s/ Stephen L. Coco

Case 1:04-cv-12482-RGS    Document 47    Filed 05/16/2006    Page 3 of 3