IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No.: 04-12482RGS |

## AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO WITHDRAW CERTAIN INDIVIDUAL COUNSEL

Defendant American Medical Systems, Inc. ("AMS") hereby requests that the Court grant an order withdrawing Jeffrey Gram as counsel for AMS in this matter.

In support of this motion, AMS states that Jeffrey Gram is no longer a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for AMS in this matter, and he no longer participates in this litigation. Accordingly, the Court need not continue to notify this individual of its Orders. Robins, Kaplan, Miller & Ciresi L.L.P. continues to represent AMS in this litigation and all other counsel of record from this firm should remain on the Court's distribution list.

WHEREFORE, AMS respectively requests that this Court grant this Motion to Withdraw Counsel.

Respectively submitted,

Dated: May 23, 2006                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By: ____/s/ Christopher A. Seidl_____
   Jake M. Holdreith  (*pro hac vice*)
   Misti Nelc  (*pro hac vice*)
   Christopher A. Seidl (*pro hac vice*)
   2800 LaSalle Plaza
   800 LaSalle Ave.
   Minneapolis, MN 55402
   (612) 349-8500

   -and-

   Stephen L. Coco (BBO# 561169)
   Robins, Kaplan, Miller & Ciresi LLP
   800 Boylston Street, 25th Floor
   Boston, MA  02199

   ATTORNEYS FOR DEFENDANT
   AMERICAN MEDICAL SYSTEMS


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 23rd day of May, 2006, on the following:

**Via Electronic Filing**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142
**emailservice@LL-A.com**
Counsel for Plaintiffs
Dr. Dann and NEBL


   ____/s/ Christopher A. Seidl_____
   Christopher A. Seidl
   Counsel for Defendant American Medical Systems