IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

Civil Action No.: 04-cv-12482 (RGS)

**ASSENTED-TO MOTION PURSUANT TO**
**LOCAL RULE 7.2 FOR LEAVE TO FILE PAPERS UNDER SEAL**

Plaintiffs NEBL, Inc. and Dr. Jeffrey Dann, M.D. (collectively, "NEBL") hereby request that they be allowed, pursuant to Local Rule 7.2, to file the accompanying Plaintiff's Opposition to AMS's Motion to Compel Plaintiffs to Identify with Particularity and Certainty the Confidential Information that Plaintiffs Claim AMS Misused, along with the associated Declaration of Carla Miriam Levy and its exhibits under seal. These papers are submitted herewith in a sealed envelope.

The Opposition to Motion to Compel and related exhibits contain confidential information of defendant American Medical Systems ("AMS"), including information about product development and sales revenues. Some of the confidential information is contained in interrogatory responses, deposition testimony, and documents that defendants have designated as "Confidential – Attorneys' Eyes Only" under the Protective Order entered in this case by this Court on June 17, 2005, which provides that such information shall be filed under seal.

Counsel for AMS has assented to this motion.

Respectfully submitted,

NEBL, INC. and JEFFREY DANN, M.D.

Dated: May 30, 2006        by: _____
Matthew B. Lowrie, BBO No. 563,414
Emily A. Berger, BBO No. 650,841
Carla Miriam Levy, BBO No. 654,212
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Carla M. Levy, counsel for plaintiffs, certify that I have conferred with opposing counsel and that opposing counsel has assented to this motion.

Dated: May 30, 2006        _____
Carla M. Levy

## CERTIFICATE OF SERVICE

  I hereby certify that today I caused a true and correct copy of the foregoing be served, by Hand on:

    Stephen L. Coco (slcoco@rkmc.com)
    ROBINS, KAPLAN, MILLER & CIRESI, LLP
    800 Boylston Street, 25th Floor
    Boston, Massachusetts 02199

  and by U.S. First Class Mail:

    Jake M. Holdreith (jmholdreith@rkmc.com)
    Misti Nelc (mnnelc@rkmc.com)
    ROBINS, KAPLAN, MILLER & CIRESI, LLP
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, Minnesota 55402-2045

Dated: May 30, 2006

                  Carla Miriam Levy