IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.

_____

Civil Action No.: 04-12482RGS

## THIRD JOINT MOTION TO REVISE SCHEDULE

Plaintiffs NEBL, Inc. and Jeffrey Dann, M.D. (collectively "NEBL") and Defendant American Medical Systems, Inc. ("AMS") hereby jointly request that the Court revise the schedule in this case as set forth below. In support of this motion, the parties state as follows:

1. On April 21, 2006, the Court granted in part and denied in part NEBL's motion to compel testimony of AMS's Rule 30(b)(6) witness(es) regarding certain topics.

2. Due to NEBL's scheduling conflicts, NEBL was not able to conduct the Rule 30(b)(6) deposition in the end of April 2006 and the month of May 2006. At the time, NEBL's schedule allowed for the depositions to occur in June 2006. To accommodate the scheduling of NEBL's Rule 30(b)(6) deposition of AMS and to avoid having expert reports due before NEBL's Rule 30(b)(6) deposition was completed, AMS agreed to join NEBL in a Second Joint Motion To Revise Schedule. On May 15, 2006, the Court granted the parties' Second Joint Motion To Revise Schedule.

3. During the following two weeks, AMS worked on coordinating the schedules of AMS's four corporate witnesses so NEBL could conduct the depositions in June 2006 and to fit the depositions into one week thereby decreasing NEBL's travel costs. On June 1, 2006, AMS

told NEBL: (a) the names of AMS's four corporate witnesses; (b) what topics each witness would testify on; and (c) that the four corporate witnesses were available for deposition on June 27, 28, 29, and 30, 2006.

4.      On June 7, 2006, NEBL informed AMS that, while NEBL appreciated AMS's scheduling efforts, due to scheduling conflicts NEBL could not conduct the depositions in the end of June 2006.  NEBL informed AMS that the depositions could be conducted between July 18 and July 21 instead.  NEBL asked AMS to consider jointly requesting that the Court further revise the schedule in this case to accommodate the scheduling of NEBL's Rule 30(b)(6) deposition of AMS and to avoid having expert reports due before NEBL's Rule 30(b)(6) deposition is completed.

5.      AMS's main corporate witness, Doug Kohrs who is AMS's former CEO, cannot be deposed in July because he is starting a new company during that month.  As CEO of the new company, Mr. Kohrs must launch the new company and then travel in the U.S.A. and in Europe to meet his customers and the 400-plus employees whom he will manage.  Therefore, NEBL and AMS plan to conduct the deposition of Mr. Kohrs, and the three other AMS corporate witnesses, in mid-August, 2006.

6.      Under the current schedule, set by order of this Court on May 15, 2006, initial expert reports are due July 7, 2006.  In the interest of efficiency and the orderly sequencing of discovery, and to avoid having expert reports due before NEBL's Rule 30(b)(6) deposition is completed, AMS agreed to join in this motion.

7.      Accordingly, in the interest of efficiency and the orderly sequencing of discovery, and to avoid serving expert reports before NEBL's Rule 30(b)(6) deposition of AMS, the parties respectfully request that the Court enter the following modified schedule for expert discovery and for dispositive motions:

|  | **Current date** | **Jointly proposed date** |
|---|---|---|
| Initial expert reports | July 7, 2006 | September 18, 2006 |
| Rebuttal expert reports | August 4, 2006 | October 16, 2006 |
| Close of expert discovery | September 15, 2006 | November 13, 2006 |
| Deadline to file dispositive motions | October 13, 2006 | December 11, 2006 |

The parties respectfully request that the Court enter an order assigning the schedule proposed above.

Respectfully submitted,

| NEBL, INC. and JEFFREY DANN, M.D. | AMERICAN MEDICAL SYSTEMS, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Carla Miriam Levy | /s/ Misti Nelc |
| Matthew B. Lowrie (BBO# 563414) | Stephen L. Coco (BBO# 646725) |
| Carla Miriam Levy (BBO# 654212) | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Lowrie, Lando & Anastasi, LLP | 800 Boylston Street, 25th Floor |
| Riverfront Office Park | Boston, MA 02199 |
| One Main Street – 11th Floor | (617) 267-2300 |
| Cambridge, MA 02142 | |
| (617) 395-7000 | Jake M. Holdreith (*pro hac vice*) |
| | Misti Nelc (*pro hac vice*) |
| | Christopher A. Seidl (*pro hac vice*) |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| | (612) 349-8500 |
| Dated: June 28, 2006 | Dated: June 28, 2006 |

MP3 20183537.1