IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>   Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>   Defendant. | Civil Action No.: 04-cv-12482 (RGS) |

**EMERGENCY MOTION TO EXTEND SCHEDULE**

  Plaintiffs NEBL, Inc., and Jeffrey Dann, M.D. (collectively "NEBL") request that the Court revise the schedule in this case as set forth below, for good cause. NEBL presents this emergency motion because opening expert reports are due to be exchanged on Monday, September 18, 2006. The situation that gives rise to NEBL's need for this motion – the sudden, unexpected withdrawal of one of NEBL's expert witnesses – did not occur until 2:00 PM today, September 15, 2006, and could not have been foreseen by NEBL. NEBL therefore requests the Court's immediate attention to this motion, as it is necessary that the motion be resolved on **Monday, September 18, 2006**. Upon learning of the expert's withdrawal, NEBL immediately conferred with Defendant American Medical Systems, Inc. ("AMS"), through their respective counsel, and AMS has indicated that it cannot state whether it will oppose this motion.

  As set forth below and in the Declaration of Carla M. Levy filed herewith, on Friday, September 15, 2006, on the eve of the date for the parties to serve opening expert reports, one of NEBL's expert witnesses abruptly and unexpectedly withdrew from the case, stating that he had

conferred with his attorney and identified an insurmountable conflict of interest. This development could not have been anticipated by NEBL, as explained below. Therefore, NEBL requests an additional month to identify a new expert and serve reports.

This case is an action for breach of contract, unjust enrichment by misuse of confidential information, and correction of inventorship of three patents in which plaintiffs allege, inter alia, that AMS misused certain confidential information provided to it by Dr. Dann in developing its SPARC line of products for surgical treatment of female urinary incontinence. According to a schedule set by order of this Court on June 30, 2006, the parties were due to exchange opening expert reports on Monday, September 18, 2006.

As discussed in detail in the accompanying Declaration of Carla M. Levy, NEBL engaged a prominent physician in June 2006, Dr. Roger Dmochowski, to serve as a consulting and testifying expert. At that time he confirmed that he had no conflict in offering opinions adverse to AMS. In the course of a number of telephone conversations with NEBL's counsel and an in-person meeting with NEBL's counsel, Dr. Dmochowski also indicated that he was prepared to offer a very favorable opinion for NEBL. He stated that, in his opinion, Dr. Dann's ideas were new and novel, that it was highly likely that the development of AMS's SPARC product line for the treatment of female urinary incontinence was influenced by the information Dr. Dann had supplied to AMS, and that the information Dr. Dann had supplied to AMS had significant impact on the derivation of those products.

On the morning of Friday, September 15 (today), in a telephone conference with NEBL's counsel, Dr. Dmochowski confirmed his favorable opinions, and arrangements were made for finalizing and signing his expert report over the weekend, so that NEBL could timely serve it on Monday, September 18. At 1:51 PM that same day – just one business day before the deadline

for the exchange of opening expert reports – Dr. Dmochowski sent an email to NEBL's counsel stating that he was concerned about a conflict of interest and that he therefore felt it was best to withdraw from participation in this action. A copy of this e-mail is attached to Ms. Levy's declaration.

Dr. Dmochowski's sudden and unexpected withdrawal threatens to severely prejudice NEBL's case in this matter, as NEBL expected to rely upon his favorable opinion and present it in a timely opening expert report. What is more, NEBL was diligent in preparing the expert report and could not have been expected to foresee this most unusual development. Therefore, NEBL requests one month to identify a new expert and serve expert reports and that the schedule therefore be revised as follows:

|  | Current date | **Proposed date** |
|---|---|---|
| Initial expert reports | September 18, 2006 | **October 18, 2006** |
| Rebuttal expert reports | October 16, 2006 | **November 16, 2006** |
| Close of expert discovery | November 13, 2006 | **December 13, 2006** |
| Deadline to file dispositive motions | December 11, 2006 | **January 11, 2007** |

NEBL recognizes that the Court's June 30 Order stated that no further extensions would be granted. However, given the highly unusual circumstances set forth in this motion and in the accompanying Declaration of Carla M. Levy, it would be unjust to require NEBL to proceed without a technical expert as a result of the sudden and untimely withdrawal of an expert who had agreed to work on the case over three months ago. Therefore, NEBL believes that granting its motion would be in the best interest of justice.

-3-

Respectfully submitted,

NEBL, INC. and JEFFREY DANN, M.D.,

By its attorneys,

/s/ Carla Miriam Levy
Matthew B. Lowrie (BBO# 563414)
Carla Miriam Levy (BBO # 654212)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000


Dated: September 15, 2006


## LOCAL RULE 7.1(a)(2) CERTIFICATION

   I, Carla M. Levy, counsel for plaintiffs, certify that counsel for plaintiffs have conferred with counsel for AMS, and counsel for AMS has indicated that cannot state whether it will oppose this motion.  .


Dated:  September 15, 2006          /s/ Carla Miriam Levy
                                    Carla Miriam Levy

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing UNOPPOSED EMERGENCY MOTION FOR ADDITIONAL TIME TO SERVE EXPERT REPORTS was filed through the ECF system and will be sent electronically to the registered participants, including those persons listed below, this 15th day of September, 2006.

      Stephen L. Coco (slcoco@rkmc.com)
      ROBINS, KAPLAN, MILLER & CIRESI, LLP
      800 Boylston Street, 25th Floor
      Boston, Massachusetts 02199


      Jake M. Holdreith (jmholdreith@rkmc.com)
      Misti Okerlund (mnokerlund@rkmc.com)
      Christopher Seidl (caseidl@rkmc.com)
      Michelle Livingston (mrlivingston@rkmc.com)
      Lila Zimmerman (lmzimmerman@rkmc.com)
      Jeanne Westerlund (jawesterlund@rkmc.com)
      ROBINS, KAPLAN, MILLER & CIRESI, LLP
      2800 LaSalle Plaza
      800 LaSalle Avenue
      Minneapolis, Minnesota 55402-2045


Dated:  September 15, 2006                      /s/ Carla Miriam Levy