# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,
      Defendant.

_____

Civil Action No.: 04-12482RGS

## DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S RESPONSE TO PLAINTIFFS' EMERGENCY MOTION TO EXTEND SCHEDULE

Defendant American Medical Systems, Inc. ("AMS"), in response to Plaintiffs' Emergency Motion to Extend Schedule filed on September 15, 2006, states that it does not oppose Plaintiffs' motion. AMS is ready to serve its initial expert reports today. However, because Plaintiffs do not have an expert report to submit today, and the Court's Scheduling Order calls for simultaneous exchange of initial expert reports, AMS will abide by the Court's order on Plaintiffs' motion by serving any initial expert reports on the date set by the Court if the motion is granted. If the motion is denied, AMS will serve any initial expert reports immediately.

MP3 20195006.1

| | |
|---|---|
| Dated: September 18, 2006 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |

By:   /s/ Christopher A. Seidl
Jake M. Holdreith  (*pro hac vice*)
Misti Okerlund  (*pro hac vice*)
Christopher A. Seidl (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
(612) 349-8500

Stephen L. Coco (BBO# 561169)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA  02199

**ATTORNEYS FOR DEFENDANT
AMERICAN MEDICAL SYSTEMS**

## **CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of the foregoing to be served, by CM/ECF on:

Matthew B. Lowrie, Esq.
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA  01242
emailservice@LL-A.com
ATTORNEYS FOR PLAINTIFFS


Dated:  September 18, 2006                            /s/ Christopher A. Seidl_____