IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,
      Defendant.

_____

Civil Action No.: 04-12482RGS

## APPLICATION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Rule 83.5.2 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney hereby requests the Court and counsel that Misti N. Okerlund, currently listed as counsel of record for Defendant American Medical Systems, Inc. wishes to withdraw as counsel for Defendant American Medical Systems, Inc. in this case because I am no longer a member of the Robins, Kaplan, Miller & Ciresi L.L.P. law firm, counsel of record for American Medical Systems, Inc. in this matter, and I will no longer participate in this litigation.

Robins, Kaplan, Miller & Ciresi, L.L.P. continues to represent American Medical Systems, Inc. in this litigation.

Dated: February 2, 2007    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

    By: /s/ Misti N. Okerlund
    Misti Okerlund  (*pro hac vice*)
    2800 LaSalle Plaza
    800 LaSalle Ave.

Minneapolis, MN 55402<br>
(612) 349-8500

## **CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of the foregoing to be served, by CM/ECF on:

Matthew B. Lowrie, Esq.
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA  01242
emailservice@LL-A.com
ATTORNEYS FOR PLAINTIFFS


Dated:  February 2, 2007             /s/ Misti N. Okerlund
                                     Misti N. Okerlund (*pro hac vice*)