IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. AND
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.

Civil Action No.:  04-12482RGS

## MOTION TO ADMIT ANDREA L. GOTHING *PRO HAC VICE*

Stephen L. Coco, a member in good standing of the bar of this Court, respectively moves for the admission of Andrea L. Gothing *Pro Hac Vice* in this matter.  In support of this Motion, Attorney Coco states as follows:

1.    Attorney Gothing is an attorney practicing with the law firm Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402.

2.    Attorney Gothing is admitted to practice in the highest court of the State of Minnesota, and is admitted to practice in the following Federal Courts:  United States District Court for the District of Minnesota; and the United States Court of Appeals, Federal Circuit.

3.    Attorney Gothing is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

4.    There are no disciplinary proceedings pending against Attorney Gothing as a member of the bar of any jurisdiction.

-1-

5.  Attorney Gothing is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this Motion, Attorney Coco submits his own affidavit as well as the Affidavit of Andrea L. Gothing, attached hereto as Exhibits A and B respectively.

Wherefore, Attorney Coco respectively requests that this Court allow this Motion in its entirety.

Dated: February 9, 2007                     Respectfully Submitted,


                                            By: /s/ Stephen L. Coco
                                                Stephen L. Coco, Esq. (BBO# 561169)
                                                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                                800 Boylston Street, 25th Floor
                                                Boston, MA  02199
                                                Telephone: (617) 267-2300
                                                Facsimile: (617) 267-8288
                                                E-mail: slcoco@rkmc.com


                                                ATTORNEYS FOR DEFENDANT
                                                AMERICAN MEDICAL SYSTEMS, INC.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      I hereby certify that on February 9, 2007, counsel for American Medical Systems, Inc. conferred in accordance with Local Rule 7.1 in an attempt to resolve or narrow the issue raised in this Motion and plaintiffs' counsel indicated that he had no objection to this motion.

/s/ Stephen L. Coco

## CERTIFICATE OF SERVICE

      I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 9th day of February, 2007.

/s/ Stephen L. Coco

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

NEBL, INC. AND
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.

---

Civil Action No.: 04-12482RGS

### AFFIDAVIT OF STEPHEN L. COCO IN SUPPORT OF THE MOTION TO ADMIT ANDREA L. GOTHING *PRO HAC VICE*

The affiant, Stephen L. Coco, under oath hereby deposes and states:

1. I am a partner in the Boston office of the law firm Robins, Kaplan, Miller & Ciresi L.L.P. I am counsel of record for the Defendant, American Medical Systems, Inc.

2. I am a member in good standing of the Bar of the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the Massachusetts Supreme Judicial Court and have made an appearance in this case.

3. This affidavit is submitted in support of the Motion to Admit Andrea L. Gothing *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 9th day of February, 2007.

                                          /s/ Stephen L. Coco

## CERTIFICATE OF SERVICE

    I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 9th day of February , 2007.

/s/ Stephen L Coco

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. AND
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.

Civil Action No.: 04-12482RGS

## AFFIDAVIT OF ANDREA L. GOTHING IN SUPPORT OF THE MOTION TO ADMIT ANDREA L. GOTHING *PRO HAC VICE*

The affiant, Andrea L. Gothing, under oath hereby deposes and states:

1. I am an associate in the Minnesota office of the law firm Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402.

2. I am admitted to practice in the highest court of the State of Minnesota, and I am admitted to practice in the following Federal Courts: United States District Court for the District of Minnesota; and the United States Court of Appeals, Federal Circuit.

3. I am a member of the Bar in good standing of every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

MP3 20211936.1

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  This affidavit is submitted in support of Stephen L. Coco's Motion to Admit Andrea L. Gothing *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 9th day of February, 2007.

/s/Andrea L. Gothing

**CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 9th day of February, 2007.

/s/ Andrea L. Gothing