IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.
_____

Civil Action No.: 04-12482RGS

## AMERICAN MEDICAL SYSTEMS, INC.'S
## MOTION FOR CONTINUANCE OF TRIAL DATE

Now comes defendant American Medical Systems, Inc. ("AMS"), in the above-captioned action, and respectfully requests the Court to continue the trial date scheduled to start on Monday, September 24, 2007 to a new commencement date of October 15, 2007 or any date thereafter that is convenient for the Court. AMS seeks the requested continuance in good faith because of a conflict with the national convention at which one of AMS's critical expert witnesses is scheduled to speak. As grounds for this motion, AMS states the following:

1.    In this civil action plaintiffs allege, among other things, that pursuant to a confidentiality agreement, NEBL and Dr. Jeffrey Dann ("plaintiffs") provided AMS with information relating to methods and devices for the treatment of female stress urinary incontinence. (Complaint, Docket No. 1).

2.    At trial, AMS will offer the expert opinion of Dr. Robert Moore. Dr. Moore is a Urogynecologist that specializes in laparoscopic and minimally invasive vaginal reconstructive surgery and female urinary incontinence surgery. (Moore Decl., ¶ 1). Dr. Moore will provide testimony necessary to AMS's showing that it did not use any of plaintiffs' allegedly confidential

information regarding methods and treatments for urinary stress incontinence. (Moore Decl., ¶ 3).

3. Since 2001, Dr. Moore has been a member of the American Urogynecologic Society ("AUGS") and a regular attendee at the Annual AUGS Scientific Meeting. (*Id*. at ¶ 6). The AUGS is a society comprised of health care professionals and scientists dedicated to finding solutions for female pelvic floor disorders, including bowel and bladder control problems. (*Id*. at ¶ 5). It is also the primary professional organization for Dr. Moore's subspecialty, Urogynocology. (*Id.* at ¶ 6). It is necessary to attend the yearly meeting for educational purposes and to keep updated on the most current trends in Urogynecology. (*Id.*). This meeting is the equivalent of the American Urology Association annual meeting for Urologists. (*Id.*). In addition to having a paper submitted for presentation at this year's meeting, Dr. Moore has presented papers at the 21st, 23rd, 26th and 27th Annual AUGS Scientific Meetings. (*Id*.). This year's meeting, the 28th Annual AUGS Scientific Meeting, is being held in Hollywood, Florida on September 27 - 29, 2007. (*Id*. at ¶ 4). Trial is currently scheduled for the week of September 24, 2007, with defendant AMS's case expected to be presented beginning on September 26, 2007. Dr. Moore has surgical obligations on Tuesday, September 25, 2007. (*Id*.). Thereafter, Dr. Moore will prepare to present his research at the 28th Annual AUGS Scientific Meeting. (*Id*. at ¶ 6). If trial goes forward during the week of September 24, 2007, Dr. Moore will be unable to present his research at, or properly prepare for, the 28th Annual AUGS Meeting. (*Id*. at ¶ 7). If trial can be rescheduled to the week of October 15 or October 22, 2007, Dr. Moore will be able to prepare for and speak at his society's annual meeting as well as to prepare and attend trial of the above-captioned matter.

4. To date, there have been five requests to revise the schedule in this action. On four occasions, the request was either made by the plaintiffs or at plaintiffs' request to accommodate the plaintiffs' schedule. On one occasion, the parties both sought to resolve

disputes regarding the scope of discovery before having to submit expert reports. The five requests to revise the schedule are as follows:

    i. On November 7, 2005, plaintiffs' filed a motion for an eight-week extension of fact discovery so that it would have the opportunity to review AMS's production prior to taking depositions. (Plaintiff's Motion to Extend Schedule, Docket No. 23). On November 21, 2005, AMS filed its response, stating it did not oppose plaintiffs' motion for an eight-week extension of all deadlines in the above-captioned matter. (Defendant American Medical System, Inc.'s Response to Plaintiffs' Motion to Extend Schedule, Docket No. 25).

    ii. On March 30, 3006, in order to accommodate plaintiffs' motion to compel on certain Rule 30(b)(6) topics, the parties jointly sought permission to extend the schedule for expert reports so that expert reports would not be due before plaintiffs could complete their Rule 30(b)(6) depositions. (Joint Motion to Revise Schedule, Docket No. 34).

    iii. On May 3, 2006, to accommodate plaintiffs' inability to conduct Rule 30(b)(6) depositions in the end of April 2006 and the month of May 2006, at plaintiffs' request, AMS agreed to jointly request that the Court revise the schedule time to accommodate the scheduling of plaintiffs' Rule 30(b)(6) depositions so as to avoid having expert reports due before plaintiffs' 30(b)(6) depositions. (Second Joint Motion to Revise Schedule, Docket No. 43, ¶ 2).

    iv. On June 6, 2006, due to plaintiffs' inability to conduct depositions in the end of June 2006, at plaintiffs' request, AMS again agreed to jointly request that the Court further revise the schedule to accommodate the

scheduling of plaintiffs' Rule 30(b)(6) depositions so as to avoid having expert reports due before plaintiffs' 30(b)(6) depositions. (Third Joint Motion to Revise Schedule, Docket No. 54, ¶¶ 3-6).

v. On September 15, 2006, the Friday before expert reports were to be exchanged, plaintiffs' filed an Emergency Motion to Extend Schedule due to the sudden withdrawal of their expert witness. (Emergency Motion to Extend Schedule, Docket No. 55). AMS did not oppose this motion. (Defendant American Medical Systems, Inc.'s Response to Plaintiff's Emergency Motion to Extend Schedule, Docket No. 57).

5. On March 29, 2007, the Court issued an Order setting a September 24, 2007 trial date for the above-captioned matter. (Order Setting Civil Case for Jury Trial, Docket No. 60).

6. After receiving the Court's March 29, 2007 Order, AMS made efforts to contact trial witnesses to confirm their availability for a trial commencing on September 24, 2007. During the month of April, counsel for AMS attempted to resolve the scheduling conflicts of its witnesses. AMS was unsuccessful in attempt to resolve Dr. Moore's conflict.

7. On May 1, 2007, Jake Holdreith, counsel for AMS informed Matthew Lowrie, counsel for plaintiffs, that AMS's expert Dr. Moore is unavailable the week of September 24, 2007. (Gothing Decl., ¶ 4). As an alternative, Mr. Holdreith suggested October 15, 2007 or October 22, 2007 for a beginning trial date. (*Id.*). In response to AMS's proposal of the weeks of October 15, 2007 or October 22, 2007, Mr. Lowrie stated that he would confer with his client. (*Id.*).

8. On May 8, 2007, Mr. Lowrie contacted Ms Gothing to inform AMS that plaintiffs would not be opposed to a trial start date of October 15, 2007 or October 22, 2007. Plaintiffs would not agree however, to a continuance later than the week October 22, 2007. (*Id.* at ¶ 5).

9.  AMS requests trial to be continued to the week of October 15, 2007 or October 22, 2007, or if necessary, a later week.

In view of the foregoing, AMS respectfully requests that the Court grant its Motion for a Continuance.

Respectfully submitted,

Dated:  May 10, 2007

AMERICAN MEDICAL SYSTEMS, INC.

By its attorneys,

/s/ Stephen L. Coco
Stephen L. Coco (BBO# 646725)
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
(617-) 267-2300

Jake M. Holdreith (*pro hac vice*)
Christopher A. Seidl (*pro hac vice*)
Andrea L. Gothing (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated:  May 10, 2007

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Andrea Lynn Gothing, counsel for defendant American Medical Systems, Inc., certify that I have conferred with counsel for plaintiffs prior to filing the attached Motion for a Continuance of Trial Date. Counsel for plaintiffs agreed to a continuance no later than the week of October 22, 2007.

Dated: May 10, 2007

/s/ Andrea Lynn Gothing
Andrea Lynn Gothing

## Certificate of Service

I, Stephen L. Coco, hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on all parties this 10th day of May, 2007.

/s/ Stephen L. Coco
Stephen L. Coco

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. AND
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.

Civil Action No.: 04-12482RGS

### DECLARATION OF DR. ROBERT D. MOORE

I, Dr. Robert D. Moore, hereby depose and state:

1.     I am a Urogynecologist who specializes in laparoscopic and minimally invasive vaginal reconstructive surgery and female urinary incontinence surgery. Currently, I am the Director of Advanced Pelvic Surgery and the Co-Director of Urogynecology at the Atlanta Center for Laparoscopic Urogynecology / Atlanta Urogynecology Associates in Atlanta, Georgia.

2.     I submit this declaration in support of defendant American Medical Systems, Inc.'s ("AMS") Motion for a Continuance of Trial Date. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently concerning these matters.

3.     I have been retained by AMS to provide expert opinion and testimony pursuant to Fed. R. Civ. P. 26(a)(2)(B) in the above-captioned matter. Specifically, I have been asked to provide: (a) my opinion regarding whether the systems or methods Dr. Dann allegedly disclosed

to AMS were known by others; and (b) my opinion with respect to the differences between certain AMS products and what is disclosed in a videotape Dr. Dann alleges was viewed by employees at AMS.

    4.    I have been informed that trial is currently scheduled for the week of September 24, 2007, and that AMS's case is likely to begin on or around September 26, 2007. Currently, I have surgical obligations on Tuesday, September 25, 2007. In addition, on September 27-29, I am scheduled to attend and speak at the 28th Annual American Urogynecologic Society ("AUGS") Scientific Meeting, which is being held in Hollywood, Florida on September 27 - 29, 2007.

    5.    The AUGS is society of health care professionals and scientists dedicated to finding solutions for female pelvic floor disorders, including bowel and bladder control problems. Its annual meeting is premier event that unites hundreds of pelvic surgeons and researchers to provide a public platform for urogynecology healthcare professionals to announce new treatments, cutting-edge technological breakthroughs and future research efforts.

    6.    Since 2001, I have been an active member of the AUGS, and I am a regular attendee and participant at the Annual AUGS Scientific Meeting. AUGS is the primary professional organization for my subspecialty, Urogynecology, and it is imperative to attend the yearly meeting for educational purposes and to keep updated on the most current medical trends in my field (this would be equivalent to the American Urology Association annual meeting for Urologists). In addition to having a paper submitted for presentation at this year's meeting, I have presented papers at the 21st, 23rd, 26th and 27th Annual AUGS Scientific Meeting as well. Additionally, I have lectures, presentations and consultations scheduled with industry and other physicians during and related to the meeting.

    7.    If trial goes forward during the week of September 24, 2007, I will be unable to present my research at, or properly prepare for, the 28th Annual AUGS Scientific Meeting.

I, Dr. Robert D. Moore, declare under penalty of perjury that the foregoing is true and correct.

Dated this 9 day of May, 2007

Dr. Robert D. Moore

-2-

**Certificate of Service**

I, Stephen L. Coco, hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on all parties this 10th day of May, 2007.

                                                     /s/ Stephen L. Coco
                                                     Stephen L. Coco

MP3 20224171.1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

NEBL, INC. and
JEFFREY DANN, M.D.,

       Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

       Defendant.

---

Civil Action No.: 04-12482RGS

### DECLARATION OF ANDREA LYNN GOTHING IN SUPPORT OF DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION FOR CONTINUANCE OF TRIAL DATE

I, ANDREA LYNN GOTHING, declare:

1. I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and counsel for Defendant American Medical Systems, Inc. ("AMS") in the above-captioned action.

2. I submit this declaration in support of AMS's Motion For Continuance of Trial Date.

3. I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently concerning these matters.

4. On May 1, 2007, counsel for AMS, Mr. Jake Holdreith, informed Mr. Matthew Lowrie, counsel for plaintiffs NEBL and Dr. Jeffrey Dann ("plaintiffs") that AMS's expert Dr. Moore is unavailable the week of September 24, 2007. As an alterative, Mr. Holdreith suggested October 15, 2007 or October 22, 2007 for a beginning trial date. In response to AMS's proposal of the weeks of October 15, 2007 or October 22, 2007, Mr. Lowrie stated that he would confer with his client.

5. On May 8, 2007, Mr. Lowrie informed me that plaintiffs would not oppose a continuance to the weeks of October 15, 2007 or October 22, 2007, but plaintiffs would not agree to a continuance later than the week October 22, 2007.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated: May 10, 2007                                  s/ Andrea Lynn Gothing_____
                                                     Andrea Lynn Gothing

## Certificate of Service

I, Stephen L. Coco, hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on all parties this 10th day of May, 2007.

                                                     /s/ Stephen L. Coco_____
                                                     Stephen L. Coco