IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. AND
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.
_____

Civil Action No.: 04-12482RGS

## MOTION TO ADMIT DIANE L. SIMERSON *PRO HAC VICE*

Stephen L. Coco, a member in good standing of the bar of this Court, respectively moves for the admission of Diane L. Simerson *Pro Hac Vice* in this matter. In support of this Motion, Attorney Coco states as follows:

1. Attorney Simerson is an attorney practicing with the law firm Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402.

2. Attorney Simerson is admitted to practice in the highest court of the State of Minnesota, and is admitted to practice in the following Federal Courts: United States District Court for the District of Minnesota; United States Court of Appeals, Federal Circuit; and the United States Supreme Court.

3. Attorney Simerson is a member of the bar in good standing of every jurisdiction where she has been admitted to practice.

4. There are no disciplinary proceedings pending against Attorney Simerson as a member of the bar of any jurisdiction.

5. Attorney Simerson is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this Motion, Attorney Coco submits his own affidavit as well as the Affidavit of Diane Simerson, attached hereto as Exhibits A and B respectively.

Wherefore, Attorney Coco respectively requests that this Court allow this Motion in its entirety.


Dated: October 4, 2007               Respectfully Submitted,



                                     By: /s/ Stephen L. Coco
                                         Stephen L. Coco, Esq. (BBO# 561169)
                                         ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                         800 Boylston Street, 25th Floor
                                         Boston, MA  02199
                                         Telephone: (617) 267-2300
                                         Facsimile: (617) 267-8288
                                         E-mail: slcoco@rkmc.com


                                         ATTORNEYS FOR DEFENDANT
                                         AMERICAN MEDICAL SYSTEMS, INC.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

   I hereby certify that on October 4, 2007, counsel for American Medical Systems, Inc. conferred in accordance with Local Rule 7.1 in an attempt to resolve or narrow the issue raised in this Motion and plaintiffs' counsel indicated that he had no objection to this motion.

/s/ Stephen L. Coco

**CERTIFICATE OF SERVICE**

   I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 4th day of October, 2007.

/s/ Stephen L. Coco

# Exhibit A

Case 1:04-cv-12482-RGS   Document 62-2   Filed 10/04/2007   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. AND
JEFFREY DANN, M.D.,

         Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

         Defendant.
_____

Civil Action No.: 04-12482RGS

### AFFIDAVIT OF STEPHEN L. COCO IN SUPPORT OF THE MOTION TO ADMIT DIANE L. SIMERSON *PRO HAC VICE*

The affiant, Stephen L. Coco, under oath hereby deposes and states:

1. I am a partner in the Boston office of the law firm Robins, Kaplan, Miller & Ciresi L.L.P. I am counsel of record for the Defendant, American Medical Systems, Inc.

2. I am a member in good standing of the Bar of the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the Massachusetts Supreme Judicial Court and have made an appearance in this case.

3. This affidavit is submitted in support of the Motion to Admit Diane L. Simerson *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 4th day of October, 2007.

                                        /s/ Stephen L. Coco

BN1 35041527.1

## CERTIFICATE OF SERVICE

    I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 4th day of October, 2007.

/s/ Stephen L Coco

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. AND
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.

Civil Action No.: 04-12482RGS

## AFFIDAVIT OF DIANE L. SIMERSON IN SUPPORT OF THE MOTION TO ADMIT DIANE L. SIMERSON *PRO HAC VICE*

The affiant, Diane L. Simerson, under oath hereby deposes and states:

1. I am a partner in the Minnesota office of the law firm Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402.

2. I am admitted to practice in the highest court of the State of Minnesota, and I am admitted to practice in the following Federal Courts: United States District Court for the District of Minnesota; United States Court of Appeals, Federal Circuit; and the United States Supreme Court.

3. I am a member of the Bar in good standing of every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

5.I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.This affidavit is submitted in support of Stephen L. Coco's Motion to Admit Diane L. Simerson *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 4th day of October, 2007.

/s/Diane L. Simerson


## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 4th day of October, 2007.

/s/ Diane L. Simerson