IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

Civil Action No.: 04-cv-12482 (RGS)

## NOTICE OF APPEARANCE OF ROBERT J. SILVERMAN

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of Plaintiffs NEBL, Inc. and Jeffrey Dann, M.D. in the above-identified action.

Respectfully submitted,

/s/ Robert J. Silverman
Robert J. Silverman (BBO# 633164)
rsilverman@ll-a.com
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

Dated: October 16, 2007

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE OF ROBERT J. SILVERMAN was filed through the ECF system and that all parties have counsel registered as ECF participants, such that this document will be served electronically to the registered participants, on this 16th day of October, 2007.

Dated: October 16, 2007                             /s/ Robert J. Silverman