IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

NEBL, INC. AND
JEFFREY DANN, M.D.,

      Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

      Defendant.

---

Civil Action No.: 04-12482RGS

## MOTION TO ADMIT ALLEN A. SLAUGHTER, JR. *PRO HAC VICE*

Stephen L. Coco, a member in good standing of the bar of this Court, respectively moves for the admission of Allen A. Slaughter, Jr. *Pro Hac Vice* in this matter. In support of this Motion, Attorney Coco states as follows:

1. Attorney Allen A. Slaughter, Jr. is an attorney practicing with the law firm Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402.

2. Attorney Allen A. Slaughter, Jr. is admitted to practice in the highest court of the State of Minnesota, the highest court of the State of South Dakota, and the United States District Court for the District of Minnesota.

3. Attorney Allen A. Slaughter, Jr. is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

4. There are no disciplinary proceedings pending against Attorney Allen A. Slaughter, Jr. as a member of the bar of any jurisdiction.

5. Attorney Allen A. Slaughter, Jr. is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this Motion, Attorney Coco submits his own affidavit as well as the Affidavit of Allen A. Slaughter, Jr., attached hereto as Exhibits A and B respectively.

Wherefore, Attorney Coco respectively requests that this Court allow this Motion in its entirety.

Dated:  October 18, 2007               Respectfully Submitted,

                                       By:  /s/ Stephen L. Coco
                                            Stephen L. Coco, Esq. (BBO# 561169)
                                            ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                            800 Boylston Street, 25th Floor
                                            Boston, MA  02199
                                            Telephone: (617) 267-2300
                                            Facsimile: (617) 267-8288
                                            E-mail: slcoco@rkmc.com


                                            ATTORNEYS FOR DEFENDANT
                                            AMERICAN MEDICAL SYSTEMS, INC.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on October 18, 2007, counsel for American Medical Systems, Inc. conferred in accordance with Local Rule 7.1 in an attempt to resolve or narrow the issue raised in this Motion and plaintiffs' counsel indicated that he had no objection to this motion.

/s/ Stephen L. Coco

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 18th day of October, 2007.

/s/ Stephen L. Coco