IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. AND
JEFFREY DANN, M.D.,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

Civil Action No.: 04-12482RGS

## AFFIDAVIT OF ALLEN A. SLAUGHTER, JR. IN SUPPORT OF THE MOTION TO ADMIT ALLEN A. SLAUGHTER, JR. *PRO HAC VICE*

The affiant, Allen A. Slaughter, Jr., under oath hereby deposes and states:

1. I am an associate in the Minnesota office of the law firm Robins, Kaplan, Miller & Ciresi L.L.P. located at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402.

2. I am admitted to practice in the highest court of the State of Minnesota, the highest court of the State of South Dakota, and the United States District Court for the District of Minnesota.

3. I am a member of the Bar in good standing of every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  This affidavit is submitted in support of Stephen L. Coco's Motion to Admit Allen A. Slaughter, Jr. *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 18th day of October, 2007.

/s/Allen A. Slaughter, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 18th day of October, 2007.

/s/ Allen A. Slaughter, Jr.

BN1 35041836.1