IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. AND
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.
_____

Civil Action No.:  04-12482RGS

## AFFIDAVIT OF STEPHEN L. COCO IN SUPPORT OF THE MOTION TO ADMIT ALLEN A. SLAUGHTER, JR. *PRO HAC VICE*

The affiant, Stephen L. Coco, under oath hereby deposes and states:

1.  I am a partner in the Boston office of the law firm Robins, Kaplan, Miller & Ciresi L.L.P.  I am counsel of record for the Defendant, American Medical Systems, Inc.

2.  I am a member in good standing of the Bar of the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the Massachusetts Supreme Judicial Court and have made an appearance in this case.

3.  This affidavit is submitted in support of the Motion to Admit Allen A. Slaughter, Jr. *Pro Hac Vice*.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 18th day of October, 2007.

                                                /s/ Stephen L. Coco

BN1 35041834.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 18th day of October, 2007.

                                               /s/ Stephen L Coco