UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NEBL, INC.

    V.                                            CIVIL ACTION NO. 04-12482-RGS

AMERICAN MEDICAL SYSTEMS, INC.

# **O R D E R**

STEARNS, DJ.                                                     OCTOBER 23, 2007

      IT IS THE PRACTICE OF THIS COURT TO SET TIME LIMITS ON CIVIL CASES LASTING MORE THAN ONE WEEK.  IT IS THE OPINION OF THIS COURT THAT THIS CASE MEETS THAT CRITERIA, AND THEREFORE ORDERS COUNSEL FOR BOTH PARTIES TO FILE WITH THIS COURT THEIR ESTIMATION OF THE LENGTH OF THIS TRIAL, IN HOURS.  SUCH ESTIMATION FOR THE TRIAL OF THIS CASE SHALL BE <u>INCLUSIVE</u> OF CROSS-EXAMINATION, BUT <u>EXCLUSIVE</u> OF OPENINGS, CLOSINGS, AND JURY EMPANELMENT.

      COUNSEL SHALL ELECTRONICALLY  FILE THEIR WRITTEN ESTIMATIONS WITH THE COURT ON OR BEFORE <u>NOVEMBER  5,  2007.</u>

      SO ORDERED.

                                                                  RICHARD G. STEARNS
                                                                  UNITED STATES DISTRICT JUDGE

            **By:**                             **/s/ Mary H. Johnson**
                                                _____
                                                **Deputy Clerk**