IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No.:  04-cv-12482 (RGS) |

**JOINT STATEMENT OF COUNSEL REGARDING ESTIMATION OF TRIAL**

  Pursuant to the Trial Limit Order, dated October 23, 2007 [Court's Dkt. No. 68], the parties jointly file this written estimation with the court that the trial shall require approximately thirty-two hours of testimony, inclusive of cross-examinations, but exclusive of openings, closings and jury empanelment.

Respectfully submitted:  October 24, 2007

/s/ Carla M. Levy
Matthew B. Lowrie (BBO# 563414)
Robert J. Silverman (BBO# 633164)
Carla M. Levy (BBO# 654212)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

COUNSEL FOR PLAINTIFFS NEBL, INC.
AND DR. JEFFREY DANN, M.D.

/s/ Jake M. Holdreith
Jake Holdreith *(pro hac vice)*
Andrea L. Gothing *(pro hac vice)*
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Stephen L. Coco (BBO# 646725)
slcoco@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300

COUNSEL FOR DEFENDANT AMERICAN
MEDICAL SYSTEMS, INC.