IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.

        Defendant.

Civil Action No.: 04-12482RGS

**DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION
FOR NEW TRIAL DATE**

On behalf of Defendant American Medical Systems ("AMS"), the undersigned submits this unopposed Motion for New Trial date and states the following:

1. Defendant AMS respectfully requests a new trial date because AMS's lead trial counsel, Jake M. Holdreith, is trial counsel in another action in the District Court for the Federal District of Delaware on dates that overlap with the expected dates of trial in this action.

2. On Wednesday, October 31, 2007, the Court filed a Notice of Rescheduling, setting Jury Trial for Tuesday, February 19, 2008. AMS's counsel immediately conferred with plaintiff's counsel regarding a request for a continuance, which is unopposed. AMS's counsel has since attempted to contact this Court to request an informal conference to request a continuance. In order to avoid delay, having been unsuccessful in contacting the Court for an informal conference, AMS now respectfully makes this motion for a short continuance of the trial date.

3. AMS expects trial of this action to extend from February 19 through March 4, 2008 based on this Court's past instruction that the Court will utilize a trial schedule of 9:00 a.m.

to 1:00 p.m. and the parties' jointly filed estimation of 32 hours for trial excluding openings, closings and jury empanelment.

4. AMS's lead trial counsel, Jake M. Holdreith, is scheduled to participate in a seven-day jury trial in the District of Delaware beginning March 3, 2008 in *Finjan Software Ltd. v. Secure Computing*, No. 1:06 cv 00369. A copy of the order of the Honorable Gregory A. Sleet of the District Court for the District of Delaware setting the firm trial date in that action is provided as Exhibit 1 to the Declaration of Jake M. Holdreith.

5. Mr. Holdreith is lead trial counsel for defendant AMS in this action and is the only partner at the offices of defendant's counsel who has devoted time to AMS's defense in this action. Mr. Holdreith has already completed substantial personal trial preparation of this action based on the previous pretrial conference date in this action of November 20, 2007.

6. Mr. Holdreith has also been the lead attorney in the Delaware action and has taken and defended many of the depositions in that action. That action is a patent case involving computer security. Mr. Holdreith has developed substantial knowledge of the technology and issues specific to the action and recently argued the Markman claims construction hearing to the Delaware court on October 24, 2007.

7. Based on the current schedule, Mr. Holdreith will not be able to fully represent his clients in each of the two actions now scheduled for overlapping trials.

8. To avoid this conflict, defendant AMS respectfully requests the Court reschedule this matter for jury trial to the first available date in April 2008.

9. The parties have conferred regarding the above-described facts and Plaintiffs' counsel does not oppose this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 7, 2007 | By: s/Jake M. Holdreith<br>Jake M. Holdreith<br>Andrea L. Gothing<br>Allen A. Slaughter, Jr.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Ave.<br>Minneapolis, MN 55402<br>(612) 349-8500<br><br>Stephen L. Coco<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 Boylston Street, 25th Floor<br>Boston, MA 02199<br><br>ATTORNEYS FOR DEFENDANT<br>AMERICAN MEDICAL SYSTEMS |

MP3 20249061.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that these documents are being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on plaintiff this 7th day of November 2007.

                s/Jake M. Holdreith
                Jake M. Holdreith