IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.

        Defendant.

Civil Action No.: 04-12482RGS

**DECLARATION OF JAKE M. HOLDREITH IN SUPPORT OF DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION FOR A NEW TRIAL DATE**

I, JAKE M. HOLDREITH, declare:

1. I am a partner with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and lead trial counsel for Defendant American Medical Systems, Inc. ("AMS") in the above-captioned action.

2. I submit this declaration in support of AMS's Motion for a New Trial Date.

3. Attached as Exhibit 1 is a true and correct copy of the court order in Finjan Software Ltd. v. Secure Computing, No. 1:06 cv 00369, District of Delaware setting trial for March 3, 2008.

4. I am lead trial counsel for defendant AMS in this action and the only partner at the offices of defendant's counsel who has devoted time to AMS's defense in this action. I have completed substantial personal trial preparation of this action based on the previous pretrial conference date in this action of November 20, 2007.

5. I am also trial counsel in the Delaware action and have taken and defended many of the depositions in that action. That action is a patent case involving computer security. I have

2

developed substantial knowledge of the technology and issues specific to the action and recently argued the Markman claims construction hearing to the Delaware court on October 24, 2007.

6. I have contacted plaintiff's counsel regarding this motion, and I have been advised by plaintiff's counsel, Matthew Lowrie, that this motion is unopposed.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all the statements made by me are true.

Dated: November 7, 2007                              s/Jake M. Holdreith
                                                     Jake M. Holdreith

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

        Defendant.
_____

Civil Action No.: 04-12482RGS

# Exhibit 1

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Tuesday, December 05, 2006 11:01 AM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00369-GMS Finjan Software Ltd. v. Secure Computing Corporation et al SO ORDERED

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 12/5/2006 at 12:00 PM EST and filed on 12/5/2006
**Case Name:**      Finjan Software Ltd. v. Secure Computing Corporation et al
**Case Number:**    1:06-cv-369
**Filer:**
**Document Number:** No document attached

## Docket Text:
SO ORDERED, re [29] Proposed Order filed by Finjan Software Ltd., ORDER, Setting Scheduling Order Deadlines: Case referred to the Magistrate Judge for the purpose of exploring ADR. Claim Construction Opening Brief due by 5/24/2007., Claim Construction Answering brief due by 6/19/2007 [PLEASE NOTE THAT THE COURT HAS CHANGED THE DATE FOR CLAIM CONSTRUCTION ANSWERING BRIEF; BRIEFNG SHALL BE COMPLETED THIRTY (30) DAYS PRIOR TO THE MARKMAN HEARING]., Pretrial Conference set for 2/6/2008 at 10:00 AM in Courtroom 4A before Honorable Gregory M. Sleet.,Amended Pleadings due by 4/5/2007 - (THIS DATE HAS BEEN CHANGED TO 4/5/2007 DUE TO THE COURT BEING CLOSED ON 4/6/2007).,Discovery due by 9/14/2007.,Joinder of Parties due by 4/5/2007 - (THIS DATE HAS BEEN CHANGED TO 4/5/2007 DUE TO THE COURT BEING CLOSED ON 4/6/2007).,Dispositive Motions due by 9/24/2007. Summary Judgment Letter briefing schedule: Opening Brief due 8/20/2007.,Answering Brief due 8/27/2007.,Reply Brief due 8/31/2007., T! elephone Conference Re: Summary Judgment set for 9/10/2007 at 02:00 PM before Honorable Gregory M. Sleet.,Motions in Limine due by 1/7/2008.,(1/2 day) Markman Hearing set for 7/19/2007 at 09:30 AM in Courtroom 4A before Honorable Gregory M. Sleet.,Proposed Pretrial Order due by 1/7/2008., 7-day Jury Trial set for 3/3/2008 at 09:00 AM in Courtroom 4A before Honorable Gregory M. Sleet.. Ordered by Judge Gregory M. Sleet on 12/5/2006. (asw)

EXHIBIT 1

**1:06-cv-369 Notice has been electronically mailed to:**

Frederick L. Cottrell, III cottrell@rlf.com

Philip A. Rovner provner@potteranderson.com, iplitigation@potteranderson.com, mstackel@potteranderson.com, nmcmenamin@potteranderson.com

Matthew W. King king@rlf.com

Paul J. Andre pandre@perkinscoie.com

Lisa Kobialka lkobialka@perkinscoie.com

Radhika Tandon Rtandon@perkinscoie.com

**1:06-cv-369 Notice has been delivered by other means to:**