IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEBL, INC. and<br>JEFFREY DANN, M.D.,<br><br>   Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>   Defendant. | Civil Action No.: 04-cv-12482 (RGS) |

## NOTICE OF WITHDRAWAL

To the Clerk of the United States District Court:

  Please note my withdrawal as counsel for NEBL, Inc. and Jeffrey Dann, M.D. in the above action.

Dated: December 20, 2007    /s/ Emily A. Berger
                 Emily A. Berger, BBO No. 650,841
                 LOWRIE, LANDO & ANASTASI, LLP
                 Riverfront Office Park
                 One Main Street, 11th Floor
                 Cambridge, Massachusetts 02142
                 Telephone: 617-395-7000

## **CERTIFICATE OF SERVICE**

      I hereby certify that this NOTICE OF WITHDRAWAL for Emily A. Berger is being filed through the ECF system and that all parties have counsel registered as ECF participants, such that the document will be served electronically on defendants this 20th day of December 2007.

Dated: December 20, 2007                          /s/ Emily A. Berger
                                                                                   Emily A. Berger