IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

        Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.

        Defendant.

Civil Action No.: 04-12482RGS

**NOTICE AND STIPULATION REGARDING SETTLEMENT**

Defendant American Medical Systems, Inc. ("AMS") and Plaintiffs NEBL, Inc. and Dr. Jeffrey Dann ("NEBL") submit this notice and stipulated request regarding settlement between the parties.

AMS and NEBL have reached a resolution of this matter through settlement. The settlement is expected to become final and effective on February 25, 2008 upon expiration of a required notice to AMS's lender. The parties therefore expect to file notice of dismissal on or shortly after February 25, 2008.

This matter is set for pretrial filings on February 7, 2008, and for trial on February 19, 2008. The parties respectfully request that this matter and all deadlines be taken off the calendar pending the anticipated conclusion of settlement and that this Court hold this case in abeyance, to save the Court and parties the expenses associated with these proceedings. In the event that there is some unforeseen difficulty and the parties have not filed the expected dismissal papers, the parties will notify the Court by March 3, 2008.

MP3 20261373.1

Dated: February 6, 2008                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Jake M. Holdreith
    Jake M. Holdreith *(pro hac vice)*
    Allen A. Slaughter, Jr. *(pro hac vice)*
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402
    (612) 349-8500

    Stephen L. Coco (BBO #561169)
    Robins, Kaplan, Miller & Ciresi L.L.P.
    800 Boylston Street, 25th Floor
    Boston, MA 02119
    (617) 267-2300

    ATTORNEYS FOR DEFENDANT
    AMERICAN MEDICAL SYSTEMS, INC.

Dated: February 6, 2008                LOWRIE, LANDO & ANASTASI, LLP

By: /s/ Matthew B. Lowrie
    Matthew B. Lowrie (BBO #563414)
    Robert J. Silverman (BBO #633164)
    Carla M. Levy (BBO #654212)
    Riverfront Office Park
    One Main Street – 11th Floor
    Cambridge, MA 02142
    (617) 397-7000
    COUNSEL FOR PLAINTIFFS NEBL, INC.
    AND DR. JEFFREY DANN, M.D.

MP3 20261373.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing:

## NOTICE AND STIPULATION REGARDING SETTLEMENT

was served this 6th day of February, 2008, on the following:

**Via Electronic Filing**
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, MA 02142
**emailservice@LL-A.com**
Counsel for Plaintiffs
Dr. Dann and NEBL

                                                     /s/ Jake M. Holdreith
                                                     Jake M. Holdreith
                                                     Counsel for Defendant American Medical Systems, Inc.