## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS


**NEBL, INC., ET AL**
        **Plaintiff**

                v.                                    **CIVIL ACTION NO. 04-12482-RGS**

**AMERICAN MEDICAL SYSTEMS, INC.**
        **Defendant**

### <u>SETTLEMENT ORDER OF DISMISSAL</u>

**STEARNS, DJ.**

        **THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED**

**ACTION HAS SETTLED:**


        **IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND**

**WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE**

**THIS  ACTION TO THE DOCKET WITHIN 35  DAYS IF SETTLEMENT IS NOT CONSUMMATED.**


        **SO ORDERED.**

                                **RICHARD G. STEARNS**
                                **UNITED STATES DISTRICT JUDGE**


                **BY:**

                        **/s/ Mary  H. Johnson**
                        _____
                        **Deputy Clerk**

**DATED: 2-7-08**