## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NEBL, INC. and
JEFFREY DANN, M.D.,

          Plaintiffs,                  Civil Action No.:  04-12482RGS

v.

AMERICAN MEDICAL SYSTEMS, INC.

          Defendant.

      NEBL, Inc., Jeffrey Dann, M.D., and American Medical Systems, Inc., having settled and resolved all claims between them; IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the settling parties that all claims asserted by NEBL, Inc. and Jeffrey Dann ("NEBL") in the above entitled action be, and the same hereby are, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs to any party.

Dated:  February 26, 2008.

FOR PLAINTIFFS                    FOR DEFENDANT
NEBL, INC. & JEFFREY DANN, M.D.      AMERICAN MEDICAL SYSTEMS, INC.

By: LOWRIE, LANDO & ANASTASI, LLP   ROBINS, KAPLAN, MILLER & CIRESI LLP

 /s/ Carla Miriam Levy              /s/ Allen A. Slaughter
    Matthew B. Lowrie (BBO #563414)     Jake M. Holdreith *(pro hac vice)*
    Robert J. Silverman (BBO #633164)    Allen A. Slaughter, Jr. *(pro hac vice)*
    Carla M. Levy (BBO #654212)       2800 LaSalle Plaza
    Riverfront Office Park           800 LaSalle Avenue
    One Main Street – 11th Floor       Minneapolis, MN 55402
    Cambridge, MA 02142         (612) 349-8500
    (617) 397-7000

                         Stephen L. Coco (BBO #561169)
                         Robins, Kaplan, Miller & Ciresi L.L.P.
                         800 Boylston Street, 25th Floor
                         Boston, MA 02119
                         (617) 267-2300

BY:     _____
        United States District Court Judge

February _____, 2008

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served this 26th day of

February, 2008, on the following:


**<u>Via Electronic Filing</u>**

     Jake M. Holdreith (jmholdreith@rkmc.com)
     Allen A. Slaughter, Jr. (aaslaughter@rkmc.com)
     Robins, Kaplan, Miller & Ciresi L.L.P.
     2800 LaSalle Plaza
     800 LaSalle Avenue
     Minneapolis, MN 55402

     Stephen L. Coco (slcoco@rkmc.com)
     Robins, Kaplan, Miller & Ciresi L.L.P.
     800 Boylston Street, 25th Floor
     Boston, MA 02119

Counsel for Defendant American Medical Systems, Inc.


     /s/ Carla Miriam Levy
     Carla M. Levy
     Counsel for Plaintiffs NEBL and Jeffrey Dann, M.D.